**PLAINTIFF'S INDEX OF EXHIBITS**

1. Exhibit-A-   DVD of Officers at Plaintiffs' residence on October 30, 2007. (Hand Delivered-Copies previously provided to Defense Counsel).   Filed in the Traditional Manner.

2. Exhibit B-   Victor Gojcaj's Deposition Transcript pp. 1-102.

3. Exhibit B-1   Victor Gojcaj' Deposition Transcript pp. 103-158.

4. Exhibit C-   Victor Gojcaj's Affidavit

5. Exhibit D-   Antoinette Fett's Deposition Transcript

6. Exhibit E-   Leo Melise's Deposition Transcript

7. Exhibit F-   Aaron Burgess' Deposition Transcript

8. Exhibit G-   David Cattaneo's Deposition Transcript

9. Exhibit H-   Audio Transcription from Exhibit A.

10. Exhibit I-   Medical Records of Maria Perovich's October 30, 2007 hospital visit.

11. Exhibit J-   Medical Records

12. Exhibit K-   Medical Records

13. Exhibit L-   Pictures of Injuries to Ms. Maria Perovich taken by Victor Gojcaj

14. Exhibit M-   Picture of Living Room of Perovich Residence.