```
 1   A   I don't have a -- Yeah.

 2   Q   The Help Forgotten Disabled Americans is located at

 3       12020 Hickory West, Utica, Michigan?

 4   A   Yeah, I changed it.  Yes.

 5   Q   Okay.  And I'm still not getting it.  How do you get

 6       four hundred and fifty dollars a month to pay this

 7       rent?  Where's the money come from?

 8   A   Friends.  Relations.

 9   Q   Your friends give you money to pay rent?

10   A   Yeah.

11   Q   What are your friends' names and how much are they

12       giving you?

13   A   My friends names?

14   Q   Right.  Do you keep a log or a list --

15   A   No.

16   Q   -- of who gives you money and how much?

17   A   No.

18   Q   Is there a single -- Strike that.  Is there a major

19       benefactor that gives you money?

20   A   No.

21   Q   So who gives you money?

22   A   My friends.

23   Q   Okay.  Give me some of their names.

24   A   Well, there's Pete.

25   Q   Pete.  What's Pete's -- I need Pete's full name and
```

```
 1          telephone number.

 2    A     Well, I'd have to look in my phone.

 3    Q     Okay.  Would you do that for us, please.

 4    A     Peter J. Lucido.

 5    Q     Peter J. Lucido.

 6    A     Yeah.

 7    Q     The attorney.

 8    A     Yep. 206 --

 9    Q     Well, I know who he is.  How much money has he given

10          you?

11    A     Not much.

12    Q     How much is not much?

13    A     Twenty/thirty/forty bucks here and there.

14    Q     Okay.  And that goes towards rent?

15    A     It goes towards my living expenses.

16    Q     Okay.  Well, do you keep track -- Have you kept

17          track on how much money Mr. Lucido's given you?

18    A     Yeah, on my mind.  I mean --

19    Q     How much do you think he's --

20    A     It's less than a hundred dollars.

21    Q     Okay.  Who else has given you money?

22    A     Jack Toco.

23    Q     Chad Toco.

24    A     Jack.

25    Q     Jack Toco.  And do you have a telephone number for
```

```
 1          Jack?

 2    A     Yes.  I mean Joe Toco.  I'm sorry.

 3    Q     Joe Toco.  Okay.  Oh, why don't we do this, Victor.

 4          Why don't you get a list of all the people that have

 5          given you money to help pay your rent and living

 6          expenses.  Get their names, addresses and telephone

 7          numbers and give those to Mr. McQueeney within say

 8          seven days.  Is that fair?

 9    A     Yeah, that's fair.

10    Q     Okay.  Why don't you do that then and that will save

11          us a little time.

12    A     Okay.

13    Q     You pay four-fifty a month in rent and then what

14          other living expenses do you have?

15    A     That's it.

16    Q     Do you have a car?

17    A     It's paid for.

18    Q     By whom?

19    A     By whom?

20    Q     Yes.

21    A     Well, it was on my mother's name.  She passed way

22          and I put it on my name.  It was donated actually

23          before she passed away.  I'm sorry.

24    Q     Donated to what?

25    A     To my charity.
```

```
 1   Q    Okay.  But you gotta put gas and oil in the car and
 2        whatnot; don't you?
 3   A    Yeah.
 4   Q    How do you pay for that?
 5   A    Well, I had some money from the insurance.
 6   Q    Okay.  How much money did you get from insurance?
 7        Upon your mother's death?
 8   A    Yeah, thirty thousand.
 9   Q    Okay.  And how much of that is left?
10   A    Zero.
11   Q    Where did all the money go?
12   A    Towards expenses.
13   Q    Of.
14   A    Bills and just expenses.
15   Q    Did the house --
16   A    Funeral costs.  That ran twelve thousand dollars.
17   Q    What happened to the house on Penny Drive?
18   A    I couldn't sell it and I couldn't live there no more
19        'cause of what happened and I gave it back to the
20        bank.  I only owed forty-five thousand on the house.
21        So I didn't -- never transferred it over to my name.
22   Q    What do you mean you couldn't live there because of
23        what happened?
24   A    I couldn't live there no more.
25   Q    'Cause your mom died and it was your mom's house?
```

```
 1   A     I couldn't live there no more because of the
 2         incident that happened October 30.  It kept
 3         reminding me.
 4   Q     Okay.  There were three vehicles that you said that
 5         were associated with you and your mom; is that
 6         correct?
 7   A     Correct.
 8   Q     Were those vehicles in your name or your mom's name?
 9   A     None of them was on my name.
10   Q     Was that the pickup truck?
11   A     No, that was the Suburban.
12   Q     The Suburban was in -- And what vehicle did you take
13         to P.F. Chang's?
14   A     The pickup truck.
15   Q     Okay.  And who maintained those three vehicles, gas,
16         oil, upkeep?
17   A     I did.
18   Q     And that was just your mom's money?
19   A     With my money.  I had some money saved up from
20         working.
21   Q     For your company.
22   A     For my company from working.
23   Q     How long was your company in business again?
24   A     Well, that -- I've been in business since 1996, May
25         1.
```

Page 108

1    Q    And the name of that company was.

2    A    VMG Masonry.

3    Q    Okay.  And where was that at?

4    A    And then I had Victory Masonry filed and then there

5         was one more.  Posada Industries I also had.

6              MS. McGRAIL BELAU: How do you spell that?

7              THE WITNESS: P-o-s-a-d-a.

8    BY MR. PEACOCK:

9    Q    Now, were all those companies in existence at the

10        same time or were they successor companies?

11   A    They were successor.  At different times.

12   Q    Okay.

13   A    But they were all my construction companies since

14        1996.

15   Q    Did you file income tax returns as a result of the

16        corporate business?

17   A    Some years I did.  Some years I didn't.  Depending

18        on how much I made.

19   Q    Well, you still have to file your tax returns.  You

20        understand that; don't you?

21   A    Well, I was told that under seven thousand you don't

22        have to.

23   Q    Who told you that?

24   A    This guy Ray.  He's a tax.

25   Q    Is he a CPA?

```
 1    A    Yeah.

 2    Q    In answers to interrogatories you have indicated

 3         that you don't have tax returns for the past five

 4         years.

 5    A    Right, I haven't worked since '96 or '97.  I don't

 6         remember.

 7    Q    Okay.  That's when you became disabled?

 8    A    Yes.

 9    Q    And that's because of your back?

10    A    Yes.

11    Q    And that's when Noto slammed the garage door on you?

12    A    Yes.

13    Q    Are you -- I'm sorry.  Go ahead.

14    A    I had back injuries from 2003.  I fell off a roof,

15         but I went back to work.

16    Q    You looked at that tape that was outside your house;

17         is that correct?

18    A    Correct.

19    Q    And in that tape your mom says to the officers that

20         you got beat up at work.  Is that the instance that

21         we're talking about where the garage door was

22         slammed on you?

23    A    Yes.

24    Q    Okay.  Were you ever beat up at work by the Notos or

25         anybody else, other than that one time?
```

Page 110

```
 1   A    At work?

 2   Q    Right.

 3   A    Never.

 4   Q    Okay.  Were you beat up by the Notos or anybody else

 5        outside of work?

 6   A    By my neighbor.

 7   Q    Is that Brian Adams?

 8   A    Yes.

 9   Q    Okay.  What did Brian Adams do to you?

10   A    He punched me numerous times in the face.  He came

11        on my property at three o'clock in the morning.

12   Q    Was this on a single date?  One time?

13   A    Single time, yeah.

14   Q    And how many times did he strike your face?

15   A    Oh, probably, six/seven times.

16   Q    Did you call the police?

17   A    Yes.

18   Q    Okay.  Did you prosecute him?

19   A    Yes.

20   Q    Okay.  What happened to him?

21   A    He pled guilty.

22   Q    Okay.  Did he go to jail?

23   A    For that night.  He was on probation.  I guess

24        reporting probation for 18 months.

25   Q    Now, you testified that you lived in the Penny Drive
```

1           residence for 22 years.

2    A      Yes.

3    Q      When did you put the cameras in?

4    A      When Brian moved in.

5    Q      When was that?

6    A      Two thousand six.

7    Q      And why did you put them in in 2006?

8    A      'Cause he was an obnoxious partier.

9    Q      Well, why do you have cameras in your house?

10   A      Because I was afraid he was going to do something to

11          my premises.

12   Q      Did he --

13   A      For protection.

14   Q      Did he indicate that he was going to do that?

15   A      Yes.

16   Q      What did he say or do?

17   A      He would threaten me with -- He just talked garbage

18          to me.  You know, he'd be snobby and everything.

19          He's 21-years-old.  He's got his own house.  He had

20          all his friends over every day.

21   Q      Victor, what did Brian Adams say to you that you

22          perceived as a threat?

23   A      That I perceived as a threat?

24   Q      Right.

25   A      He said numerous -- a number of things like I'm

```
 1            gonna -- I'm gonna follow you around.  You're not

 2            gonna be able to work no more.  I'm going to screw

 3            up your jobs.  I'm gonna screw you up.  All sorts of

 4            -- All sorts of disgusting things.

 5   Q        Well, tell me what he said.  What did he say?

 6   A        He says --

 7   Q        And don't hold back because there's two nice ladies

 8            in this room.  I'll guaranty you these two ladies

 9            have probably heard more things than you and I can

10            ever think of saying so.

11                 MS. McGRAIL BELAU:  Said more.

12   BY MR. PEACOCK:

13   Q        And one may have said more.

14   A        He called -- He said you fuckin ginny.  You're an

15            oily haired ginny piece of shit.  What the hell you

16            doing living on my street.  Piece of garbage.  I

17            don't like you.  I don't like your kind.

18   Q        Victor, when Brian Adams would say these things to

19            you or threaten you, did you call the police about

20            this?

21   A        I did at first.

22   Q        And what happened as a result of those calls?

23   A        Nothing.

24   Q        Did the police come out to your house?

25   A        Yes.
```

1    Q    Did they go and talk to Mr. Adams?

2    A    Yes.

3    Q    Okay.  But they continued; is that correct?

4    A    Right.

5    Q    And did you stop calling the Sterling Heights Police

6         Department because Mr. Adams continued to do it

7         despite the fact that the Sterling Heights Police

8         Department instructed him not to do it?

9    A    Well --

10             MR. McQUEENEY: I'm going to object to the

11        form of the question.  He doesn't know what the --

12        unless he was present he couldn't know what the

13        Sterling Heights Police told Brian Adams.

14   BY MR. PEACOCK:

15   Q    Did the Sterling Heights Police Department indicate

16        to you what they told Mr. Adams?

17   A    No.

18   Q    Did you ever ask them?

19   A    No.

20   Q    Why?

21   A    Because I wanted to stay in my house.  I didn't want

22        to go outside.

23   Q    How big is Mr. Adams?

24   A    He's 6/2.

25   Q    Muscular guy?

```
 1   A    A little bit, yeah.  He's muscular with the
 2        construction.
 3   Q    Would it be fair to say that you were afraid of him?
 4   A    Yeah, with my back injuries the way I had them, I'm
 5        afraid of him, yes.
 6   Q    Did you ever call the Macomb County Sheriff's
 7        Department relative to Mr. Adams?
 8   A    No, not that I can recall.
 9   Q    Okay.  And you ultimately lost the house and gave it
10        back to the bank, correct?
11   A    I couldn't sell it.  So I gave it back to the bank.
12        I couldn't live there no more.
13   Q    And when did that happen?
14   A    November 9 of 2009.  Three months ago.
15   Q    Okay.  And that's when you moved in with Andrea
16        Piccolo, right?
17   A    Yeah.  Yes.
18   Q    How do you know Andrea Piccolo?
19   A    From Dooley's Bar and Grill on Hall Road.
20   Q    Does she work up there?
21   A    No, she's a customer.
22   Q    Okay.  And you're a customer there?
23   A    Yes.
24   Q    Do you still go there?
25   A    Yes.
```

1  Q  Now, on October 29, 2007 you went to P.F. Chang's

2     with Paul Lutori, correct?

3  A  No.

4  Q  No.

5  A  I seen him up there.

6  Q  Oh, you met him up there.

7  A  No, I seen him up there.  I ran into him up there.

8  Q  Okay.  And that's --

9  A  I didn't go up there with him.

10  Q  Okay.  That's at the new mall, Partridge Creek?

11  A  Yes.

12  Q  So you went up to Partridge Creek for what reason?

13  A  Just to socialize.

14  Q  Do you usually go to the mall to socialize?

15  A  Yes, I used to go everywhere to socialize before.

16  Q  Now, when you go to the mall to socialize, what

17     would you do?  Would you just walk around and see if

18     there's people that you knew?

19  A  Yeah.

20  Q  Okay.  So you see Paul Lutori at the mall, correct?

21  A  Correct.

22  Q  And did you invite him to dinner?

23  A  No, he was sitting at the bar.

24  Q  So you saw him at P.F. Chang's.

25  A  Yes.

| | | |
|---|---|---|
| 1 | Q | Okay.  So you go and you sit at the bar and sit next |
| 2 | | to Paul? |
| 3 | A | Yes. |
| 4 | Q | How long have you known Paul at this time on October |
| 5 | | 29, 2007? |
| 6 | A | A few years. |
| 7 | Q | So did you have the mission to go to P.F. Chang's |
| 8 | | and have dinner too? |
| 9 | A | Not really. |
| 10 | Q | Sometime while you were at the mall you decided to |
| 11 | | have dinner at P.F. Chang's? |
| 12 | A | That didn't -- No. |
| 13 | Q | Well, you said the meal that was ordered was yours. |
| 14 | A | I did order after.  I mean you're talking about |
| 15 | | right when I got there, right?  Isn't that what |
| 16 | | you're asking me? |
| 17 | Q | No.  While you were at the mall you made a decision |
| 18 | | I'm going to have some dinner, correct? |
| 19 | A | When I was at P.F. Chang's I made the decision then. |
| 20 | Q | Okay.  And did Paul want to eat too, do you know? |
| 21 | A | Sure.  Yeah. |
| 22 | Q | Okay.  Did Paul order anything? |
| 23 | A | I don't remember. |
| 24 | Q | But you ordered some food, correct? |
| 25 | A | Yeah, I ordered some food.  I had the appetizer. |

| 1 | Q | You ate the appetizer.  Did you have any drinks? |
|---|---|---|
| 2 | A | I had one drink and I bought Paul a beer. |
| 3 | Q | Okay. |
| 4 | A | He had a beer and I bought it. |
| 5 | Q | All right.  And then you ordered your dinner or a |
| 6 | | meal, correct? |
| 7 | A | I ordered a meal, but I didn't eat the meal.  Paul - |
| 8 | | - |
| 9 | Q | Why didn't you eat the meal? |
| 10 | A | 'Cause I wanted to leave.  I seen -- |
| 11 | Q | The Notos.  You said you saw the Notos, right? |
| 12 | A | Yeah. |
| 13 | Q | Okay.  And you get up and you start to leave, |
| 14 | | correct? |
| 15 | A | Yes. |
| 16 | Q | And did the waiter ask you what you were doing? |
| 17 | A | No. |
| 18 | Q | Did you volunteer to the waiter that you were going |
| 19 | | out to your car to get your wallet? |
| 20 | A | Yes. |
| 21 | Q | Okay.  Was Paul walking out with you at the same |
| 22 | | time? |
| 23 | A | No. |
| 24 | Q | Paul was still sitting at the bar? |
| 25 | A | Yes. |

```
 1   Q    So you walk out to your car to go get your wallet,

 2        correct?

 3   A    Yes.

 4   Q    The waiter's with you; isn't that correct?  Doesn't

 5        he walk out with you?

 6   A    He walked out to the door right there, yes.

 7   Q    Did he walk out to your car or just to the door?

 8   A    To the car, actually.

 9   Q    Okay.  And you got in your car.

10   A    Yeah, to the car.

11   Q    And you got in your vehicle and you just took off.

12   A    It wasn't the waiter though.  It was some guy in

13        regular clothes.

14   Q    Okay.  So --

15   A    I didn't know who it was.

16   Q    Okay.  But --

17   A    I didn't know who it was.

18   Q    Okay.  But it was somebody from the restaurant.

19   A    I don't know if he worked at the restaurant or what.

20        I seen the Notos and I fled.  I wanted to leave.

21   Q    Well, I'm not talking about that right now.

22   A    All right.

23   Q    You tell the waiter you're going out to your car to

24        get your wallet, correct?

25   A    Yes.
```

| | | |
|---|---|---|
| 1 | Q | And somebody walks out there with you; don't they? |
| 2 | A | Yes. |
| 3 | Q | Somebody from the restaurant. |
| 4 | A | I don't know. |
| 5 | Q | Did you say anything to the person who was walking |
| 6 | | out with you? |
| 7 | A | No. |
| 8 | Q | You just let this guy walk with you and go to your |
| 9 | | car? |
| 10 | A | He wasn't walking with me.  He was behind me. |
| 11 | Q | Was he talking to you? |
| 12 | A | No. |
| 13 | Q | Okay.  So you get in your car and you just decide to |
| 14 | | take off. |
| 15 | A | Yeah, because I told Paul to pay the bill. |
| 16 | Q | When did you tell that to Paul? |
| 17 | A | Before I got up. |
| 18 | Q | Okay.  So you're sitting at the bar.  You see the |
| 19 | | Notos.  You say, Paul, pay the bill.  I'm out of |
| 20 | | here. |
| 21 | A | Yes. |
| 22 | Q | Something like that, right? |
| 23 | A | Something like that. |
| 24 | Q | What did Paul say? |
| 25 | A | Sure.  He went like this. |

| | | |
|---|---|---|
| 1 | Q | Why did you tell the waiter then that you were going |
| 2 | | to your car to get your wallet? |
| 3 | A | I don't know. |
| 4 | Q | Why didn't you tell the waiter that Paul was paying |
| 5 | | the bill? |
| 6 | A | I don't know.  I don't know why I said that. |
| 7 | Q | But that wasn't true, was it?  You weren't going to |
| 8 | | your car to get your wallet. |
| 9 | A | Well, I was.  My wallet was in the car. |
| 10 | Q | Were you going to your car to get your wallet to pay |
| 11 | | for the dinner? |
| 12 | A | No. |
| 13 | Q | Okay.  Well, isn't that what you told the waiter, |
| 14 | | you had to go to the car to get your wallet to pay |
| 15 | | for dinner? |
| 16 | A | Yeah, and then I told Paul to pay for it. |
| 17 | Q | Okay.  So what you told the waiter was untrue. |
| 18 | A | No. |
| 19 | Q | Well, then why didn't you come back in and pay for |
| 20 | | dinner? |
| 21 | A | 'Cause I told Paul to pay for dinner. |
| 22 | Q | No.  No.  No.  You tell the waiter you're going out |
| 23 | | to your car to get your wallet to pay for dinner and |
| 24 | | you say that's true, correct? |
| 25 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Why didn't you come back and pay for dinner? |
| 2 | A | 'Cause I told Paul to pay for dinner after that. |
| 3 | Q | Oh, you told Paul after that. |
| 4 | A | Yeah, and then I got up and left. |
| 5 | Q | Okay.  So you tell your waiter -- Did you ever tell |
| 6 | | your waiter that Paul's paying for dinner? |
| 7 | A | No. |
| 8 | Q | Why? |
| 9 | A | I wanted to get out of there.  I seen the Notos. |
| 10 | | This was like -- |
| 11 | Q | Well, Paul's paying for dinner.  That doesn't take a |
| 12 | | lot of -- |
| 13 | A | It happened like this, I said Paul, you eat dinner. |
| 14 | | You have the dinner.  You have the dinner and pay |
| 15 | | for it. |
| 16 | Q | Did you pay for Paul's -- |
| 17 | A | 'Cause I left the wallet in the car. |
| 18 | Q | Did you pay for Paul's beer with cash? |
| 19 | A | No, that was on the -- |
| 20 | Q | How did you pay for it if your wallet was in the |
| 21 | | car? |
| 22 | A | I didn't pay for it. |
| 23 | Q | You just told the server -- |
| 24 | A | It was on the tab.  On my tab. |
| 25 | Q | Okay. |

```
 1    A    I had it on my tab.  On the tab.

 2    Q    And Paul didn't give you any money; did he?

 3    A    No.

 4    Q    And Paul's response to you the next day was so,

 5         correct?

 6    A    Yes.

 7    Q    Okay.

 8    A    I didn't want to come back to P.F. Chang's inside

 9         'cause of the Notos.

10    Q    Why, the Notos would have --

11    A    That's why I was leaving.

12    Q    Do the Notos hang out at P.F. Chang's?

13    A    I don't know.

14              MR. McQUEENEY: Objection as to the form of

15         the question.

16    BY MR. PEACOCK:

17    Q    If you know.

18    A    I don't know.

19    Q    Okay.  Do you have a driver's license right now?

20    A    Yes.

21    Q    Can I see it, please.  This is a CDL; is that

22         correct?

23    A    Correct.

24    Q    It expires November 10.  When did you get this back?

25         When did you get this license?
```

1    A    When did I get my license back?

2    Q    Yeah, wasn't your license suspended as a result of

3         the OWI in 2000?

4    A    Yeah.

5    Q    How long was it suspended for?

6    A    Well, because I got caught driving on a suspended,

7         they suspended it longer.  I think I got it back --

8         My full license?

9    Q    Right.

10   A    'Cause they gave me a restricted back.  My full

11        license I think I got it back in 2003.

12   Q    Was there a period of time --

13   A    Or 2004.

14   Q    How long was your license suspended for?

15   A    Well, for a year and a half or two years.

16   Q    Okay.

17   A    And then they gave me a restricted license after

18        that with a blowing machine in my vehicle.

19   Q    Okay.

20   A    And I had that for a year and then it still was

21        restricted after that but without the blowing

22        machine and then finally they gave me my full

23        license.

24   Q    And you haven't gone to get your license address

25        changed; have you?

```
 1    A    Not yet because it's not going to be a permanent
 2         address for me.
 3    Q    How long are you going to live there?
 4    A    Probably, until my lease is up on March 7 'cause
 5         it's a month to month lease.
 6    Q    Where are you going to go?
 7    A    I don't know yet.
 8    Q    Did you start looking?
 9    A    I kind of, yeah, been looking on Craig's list.
10    Q    Now, Clinton Township Officer Melise arrives at your
11         house, correct?
12    A    Correct.
13    Q    And did you see him at all before you woke up -- I
14         mean before he was knocking on the door, which I
15         presume you woke up to?
16    A    I woke up to him knocking on the door.  I didn't see
17         him before that.
18    Q    And you said the video -- Well, strike that.  Your
19         lawyer seemed to indicate that the scene -- when the
20         Clinton Township officer arrives was about an hour
21         and a half into the video; is that correct?
22    A    I don't -- I don't know how far into it it was.
23    Q    Well, have you looked at the video?
24    A    Yes, I've looked at it.
25    Q    When was the last time you looked at the video?
```

```
 1   A   Maybe six months ago.

 2   Q   How many times have you looked at the video?

 3   A   Probably, four times.

 4   Q   Okay.  And did you do any timing of it when --

 5   A   No.

 6   Q   -- this instance starts?  I'm sorry.

 7   A   No, I haven't.

 8   Q   So you said Melise arrives at your house and he's

 9       there for a half an hour pounding on the door; is

10       that correct?

11   A   Yes.

12   Q   And that's what woke you up.

13   A   Yes.

14   Q   And then after a half an hour the Sterling Heights

15       P.D. arrives, correct?

16   A   Yeah.

17   Q   Okay.

18   A   It didn't take them a half an hour.

19   Q   Well, I didn't say that.

20   A   Okay.

21   Q   I said after Melise is pounding on the door,

22       according to you, for a half an hour, then your mom

23       calls the Sterling Heights P.D. and then they

24       arrive, correct?

25   A   Correct.
```

Page 126

```
 1   Q   At any time during this half hour time frame, did
 2       Clinton Township Officer Melise ever show his badge
 3       into the camera?
 4   A   Correct.
 5   Q   How many times?
 6   A   I don't know.  I don't know.
 7   Q   Do you know if your mother believed it was a real
 8       police officer?
 9   A   I didn't know if he was or not.
10   Q   No.  No.  I didn't ask you that.  I said do you know
11       if your mom believed it was a real police officer.
12   A   No, she didn't.  She did not.
13   Q   She did not believe it was a real police officer?
14   A   She did not.
15   Q   Did she tell you that?
16   A   Yes.
17   Q   When did she tell you that?
18   A   When she seen the badge.  She said you don't look
19       like a cop.
20   Q   Okay.  Because why?  Did she tell you?
21   A   Yeah, 'cause he was not in uniform.  The car he was
22       driving wasn't a police vehicle.
23   Q   Okay.  And then the Sterling Heights Police
24       Department -- But according to you Melise keeps
25       pounding on the door; is that correct?
```

```
 1    A    Correct.  Yes.

 2    Q    And the video we have has not been spliced, changed,

 3         edited or anything; is that correct?

 4    A    That's correct.

 5    Q    Okay.  So the time frame we have on that tape is the

 6         total time frame from the beginning to when the

 7         Sterling Heights officers and Clinton Township

 8         Melise go into the house; is that correct?

 9    A    Correct.

10    Q    No changes in time, right?

11    A    No changes.

12    Q    Okay.  You said your mother didn't want you to go to

13         the door; is that correct?

14    A    Correct.

15    Q    Do you know why your mother didn't want you to go to

16         the door?

17    A    Yeah.

18    Q    Why?

19    A    She said they looked like they wanted to cause

20         trouble for me.

21    Q    Why did they -- Do you know why she said they wanted

22         to cause trouble for you?

23    A    I don't know why.

24    Q    Were you in trouble?

25    A    No.
```

```
 1   Q    Had you committed some crime --

 2   A    No.

 3   Q    -- prior to -- Let me finish.  Prior to their

 4        arrival and you told your mom about it and she was

 5        concerned.

 6   A    No.

 7   Q    Okay.  Then why would she be concerned that they

 8        were going to cause trouble for you, if you know?

 9   A    'Cause of the way they were acting so hostile.

10   Q    Okay.

11   A    And he was pounding on the door for a half an hour

12        like an animal.

13   Q    Like an animal.  What kind of animal?

14   A    Like a gorilla.

15   Q    Like a gorilla.  And the whole time he was asking

16        for you; wasn't he?  He wanted to see you.

17   A    I believe so.

18   Q    Okay.  And your mom was getting agitated?  Getting

19        ticked there.

20   A    Yes.

21   Q    Becoming stressful.

22   A    Yes.

23   Q    Okay.  'Cause you said she was your mother, father

24        and best friend.  So you'd know if her emotional

25        state changed; wouldn't you?
```

1   A     Know what?

2   Q     You would know if her emotional state changed.

3   A     Yes.  Yes, definitely.

4   Q     And so she was becoming stressful.

5   A     Yes.

6   Q     Aggravated.

7   A     Yes.

8   Q     And that could have all been alleviated if you would

9         have gone to the door; don't you think?

10   A     Yeah.

11   Q     Well, why didn't you do it then?

12   A     She said no.

13   Q     Would she have gotten more aggravated?

14   A     Yeah.

15   Q     Have you seen her more aggravated than that?

16   A     No, but I didn't want to see her.

17   Q     Well, how do you know she could be more aggravated

18         than that then?

19   A     From living with her all my life.

20   Q     Well, if you've never seen her any more aggravated

21         than you saw her then, how do you know she could be

22         any more aggravated?

23   A     I don't.

24   Q     Okay.  But you would agree with me if you had gone

25         out, the whole thing would have been taken care of?

```
 1   A      She wouldn't let me.
 2              MR. McQUEENEY: Objection.
 3   BY MR. PEACOCK:
 4   Q      Was she bigger than you?
 5              MR. McQUEENEY: Objection.  Let me make my
 6          objection for the record.  Objection.  Only if he
 7          knows.
 8              MR. PEACOCK: Okay.
 9   BY MR. PEACOCK:
10   Q      Is your mother bigger than you?  Can she stop you?
11   A      No.
12   Q      Okay.  So you could have gone out and said, mom, I'm
13          going to go talk to this officer -- these officers
14          and calm this whole thing down; couldn't you?
15   A      No.
16   Q      You couldn't.  Why couldn't you?
17   A      Because she was there by the door and she was
18          saying, no, no, no, and I said okay.
19   Q      The police officers are looking for you and your
20          mom's lying to the police officers saying you're not
21          there.  She's becoming aggravated, stressful and you
22          could have alleviated all that by just going to the
23          door; is that fair?
24              MR. McQUEENEY: Objection.  The objection is
25          form and foundation.  If you can answer it.
```

```
 1   BY MR. PEACOCK:

 2   Q      Is that fair, Victor?

 3   A      What?

 4   Q      You could have alleviated all that; couldn't you?

 5   A      If I knew they were going to come and jump on her, I

 6          would have been at the door, but I didn't know that

 7          either.  So there's a lot of things I didn't know

 8          that was going to happen.

 9   Q      Victor, you gotta answer my question.  You could

10          have alleviated all of this if you had just gone to

11          the door.  Is it fair to say that?

12              MR. McQUEENEY: Objection as to the form of

13          the question.  He can't possibly predict a number of

14          people what their actions are going to be whether he

15          goes to the door or not.

16   BY MR. PEACOCK:

17   Q      Well, Victor, they were looking for you; weren't

18          you?

19              MR. McQUEENEY: There was five people at the

20          door.  Four police officers and a woman.  I don't

21          know if he can make a conscious answer for that.  If

22          you know.

23   BY MR. PEACOCK:

24   Q      Victor, they were looking for you; weren't they?

25          That's who they were looking for.
```

```
 1    A    Yeah.

 2    Q    And you knew that, right?  Didn't you?

 3    A    Yep.

 4    Q    Okay.  You could hear it because there's audio

 5         associated with the cameras; isn't there?

 6    A    Yes.

 7    Q    So you knew they were looking for you.  Your mom

 8         knew they were looking for you, but your mom went

 9         ahead and told a lie, didn't she, to those officers?

10    A    Yeah.

11    Q    Do you have any idea or know why your mother would

12         say she's going to get a gun?

13    A    She was influenced.

14    Q    By what?

15    A    By the verbal abuse.

16    Q    How do you know that?

17    A    Because I witnessed it.

18    Q    But how do you know she was influenced by the verbal

19         communications between the officers and your mom?

20    A    Because I viewed it.

21    Q    Okay.  But how do you know it influenced her?

22    A    'Cause of the tone of her voice.  Her agitatations.

23    Q    What kind of gun does your mom have?

24    A    She never had a gun.

25    Q    Do you have a gun?
```

```
 1    A      Nope.

 2    Q      Is there a gun in the house?

 3    A      Nope.

 4    Q      Ever been a gun in the house?

 5    A      Nope, I don't believe in them.

 6    Q      So your mom not only lied about telling them that

 7           you weren't there.  She lied about having a gun.  Is

 8           that correct?

 9                  MR. McQUEENEY: Objection as to the form of

10           the question.  If you know what your mother was

11           thinking at the time she made that statement.

12                  MR. PEACOCK: Okay.  Fair enough.

13    BY MR. PEACOCK:

14    Q      Your mother told untruths to the Sterling Heights

15           Police Department and Clinton Township Police

16           Department when she said you weren't there and she

17           had a gun; isn't that true?

18                  MR. McQUEENEY: Same objection.

19    BY MR. PEACOCK:

20    Q      Isn't that true, Victor?

21    A      I can't answer that.

22    Q      Well, what do you mean?  She said you weren't there.

23           Were you there?

24    A      I was there.

25    Q      Okay.  She doesn't have a gun but she told them she
```

```
 1           had a gun; didn't she?
 2    A      Yeah, but they told her a few things too like what
 3           are you going to do.
 4    Q      I'm done with that.  Now, your mom -- You're in the
 5           bedroom, correct?
 6    A      Correct.
 7    Q      And the officers come in and your mom -- You come
 8           out of your bedroom and your mom is on the ground;
 9           is that correct?
10    A      Correct.
11    Q      In the living room?
12    A      Correct.
13    Q      You never saw how she got down there, right?
14    A      No.
15    Q      You don't know if she stumbled off the -- It's a
16           step-down living room; isn't it?
17    A      No.
18    Q      It's not a one-step down?
19    A      No.
20    Q      There's no step there?
21    A      There's no step.
22    Q      Okay.  You don't know whether she tripped on
23           something or fell; do you?
24    A      There's nothing there to trip on.
25    Q      Well, you don't necessarily need anything to trip
```

```
 1        on; do you?  You can trip over your own two feet;
 2        can't you?
 3   A    Yeah, she was pretty weak.
 4   Q    So you don't know how she got down there; is that
 5        correct?
 6   A    No, I don't.
 7   Q    You could hear your mom, but you couldn't see what
 8        her actions were doing until you came out of that
 9        bedroom, right?
10   A    Right.
11   Q    Exhibit Three, which I think is that complaint you
12        filed in pro per when you -- the summons of
13        complaint against the Sterling Heights P.D.  Do you
14        remember that?
15   A    Correct.
16   Q    You said you were angry about what happened to you;
17        is that correct?
18   A    Correct.
19   Q    What happened to you?
20   A    I had a taser pointed at me.
21   Q    Okay.
22   A    In my own front room.
23   Q    Okay.  So you were angry about it?
24   A    Yeah.
25   Q    That's it?
```

```
 1   A      No.

 2   Q      What else?

 3   A      They were on top of my ma.

 4   Q      That's not what you said.  You said what happened to

 5          you.  I want to know what happened to you.

 6   A      Also to me too.

 7   Q      It is?

 8   A      Yeah.

 9   Q      Fighting angry?

10   A      Huh.

11   Q      Fighting angry?

12   A      No.

13   Q      No.  Controlled anger?

14   A      Controlled anger.

15   Q      But you never had them served, correct?

16   A      Never had them served.

17   Q      Did the anger dissipate?

18   A      What do you mean dissipate?

19   Q      Did it go away?

20              MR. McQUEENEY: Objection as to the form of

21          the question.  What time frame are you looking for?

22   BY MR. PEACOCK:

23   Q      Ever.  You never served them with this complaint;

24          did you?

25   A      No.
```

```
 1   Q    The Sterling Heights Police Department.  So did you

 2        --

 3   A    'Cause I didn't do it right.

 4   Q    Did your anger just go away?

 5   A    No.

 6   Q    Okay.

 7   A    So I never served them because it was improper.

 8   Q    What was improper?

 9   A    The complaint.  I didn't have everything stated on

10        there that I wanted to state.

11   Q    And are you taking any kind of medication as a

12        result of the emotional trauma you sustained in this

13        incident?

14   A    No.

15   Q    You're treating with -- or your counseling with

16        Reverend Zeaven.

17   A    Zeaven.

18   Q    Zeaven.  And I know you told Ms. McGrail that you've

19        counseled with him on numerous occasions.  Did you

20        keep a log or a history of those treatments?

21   A    No.

22   Q    Do you know if the Reverend did?

23   A    No, I don't think so.  It was all verbal.

24   Q    Did you have to set up an appointment to go see him

25        or did you just show up at the church?
```

```
 1   A      Show up at the church.

 2   Q      Okay.

 3   A      Or I'd call his cell phone.  He gave me his cell

 4          phone number.  His personal cell phone number.

 5   Q      And that was to treat -- that was to counsel

 6          regarding your mother's passing; is that correct?

 7   A      Correct.

 8   Q      How many times did you -- Rough estimate.  How many

 9          times did you counsel with him?

10   A      I don't know.  Many times.

11   Q      Over a hundred?

12   A      Maybe.

13   Q      Do you still counsel with him?

14   A      Not as much, but, yes, I do still counsel with him.

15   Q      And how often do you counsel with him now?

16   A      I try to go a couple times a month to church.

17              MS. McGRAIL BELAU: Can I step out for a

18          minute.  Can we take a break.

19              MR. PEACOCK: Sure.

20              (Whereupon, there was a brief pause in the

21          proceedings.)

22   BY MR. PEACOCK:

23   Q      Victor, Paul, I believe, Lutori.

24   A      Yes.

25   Q      Do you have his phone number in your phone --
```

Page 139

```
 1   A      No.

 2   Q      And you don't know where he lives?

 3   A      No.

 4   Q      Or where he lived.

 5   A      He lived on Player Drive.  He don't live there no

 6          more.

 7   Q      Player Drive where?

 8   A      In Troy.

 9   Q      Okay.  And do you know what he did for a living?

10   A      Chrysler.

11   Q      The assembly plant or something?

12   A      Yeah.

13   Q      Okay.  Would you agree with me it's fair to say what

14          you see on that tape while you're in that room

15          sleeping -- Strike that.  While you're in that room

16          the view that we have on the tape is the same view

17          that you had; is that correct?  On your TV.  On the

18          monitor.

19   A      On the monitor?

20   Q      Correct.

21   A      It was a better view of the door and my mother was

22          the angle of that camera.

23   Q      Was that recording?  Was that the one recording?

24   A      No.

25   Q      No.  Okay.  You didn't see any actions of your mom
```

```
 1            while she was talking to those officers; did you?

 2    A       Yeah, I did.

 3    Q       You saw all of her actions?

 4    A       Yeah.

 5    Q       Because your mom was pictured in your video screen.

 6    A       Yes.

 7    Q       And you don't have a tape of that.

 8    A       No, I don't.

 9    Q       Why not?

10    A       I didn't think of it.

11    Q       What do you mean you didn't think of it?

12    A       I didn't think of recording that 'cause I knew the

13            one in the front room was recording it.

14    Q       Is that the one you went on and turned on because

15            you realized it was off?

16    A       Yes.

17    Q       And when you realized that one was off, didn't you

18            check yours, the one in your room?

19    A       No.

20    Q       Why?

21    A       I was just amazed at what was going on at the door.

22    Q       No.  No.  An hour and a half earlier when you

23            realized that the tape wasn't on, you said -- you

24            testified that you went and turned it on to record.

25    A       The one in the front room.
```

Page 141

| | | |
|---|---|---|
| 1 | Q | Why didn't you turn the one on in your room?  Check |
| 2 | | the one in your room. |
| 3 | A | I didn't check it. |
| 4 | Q | Huh. |
| 5 | A | I didn't check it. |
| 6 | Q | Are you sure it wasn't on and you just got rid of |
| 7 | | that tape? |
| 8 | A | No, it was not recording. |
| 9 | Q | Okay.  You said in your complaint that your mother |
| 10 | | was forced to the floor.  Do you remember reading |
| 11 | | that in your complaint? |
| 12 | A | Yes, that was her testimony. |
| 13 | Q | You never saw that; did you? |
| 14 | A | No, but that was her testimony. |
| 15 | Q | To who? |
| 16 | A | To me.  We filed a complaint -- I mean I filed the |
| 17 | | complaint, but it was based upon what she said and I |
| 18 | | said on making the complaint. |
| 19 | Q | You didn't see it; did you? |
| 20 | A | I didn't see it, but the bruises on her arm and then |
| 21 | | the way they acted -- |
| 22 | Q | You didn't see it.  Isn't that fair, you didn't see |
| 23 | | it?  You didn't see how she got to the ground. |
| 24 | A | I didn't see it. |
| 25 | Q | All right. |

```
 1    A    She told me how --

 2    Q    You've answered the question.  Did you ever get any

 3         money back from Paul for that meal that he ate for

 4         you?

 5    A    No.

 6    Q    No.

 7    A    Thirty-three dollars.

 8    Q    Sure.  You were pretty angry he didn't pay it;

 9         weren't you?

10    A    Yeah, I didn't talk to him anymore because of it.  I

11         couldn't believe it.

12    Q    And you're sure you told him --

13    A    For thirty-three dollars.

14    Q    And you're sure you told him he had to pay for

15         dinner?

16    A    Yeah.

17    Q    If there's testimony contrary to that, that's --

18         they're lying?

19    A    Who's lying?

20    Q    If there's testimony contrary to that, they're

21         lying?

22              MR. McQUEENEY: Objection.  Do you have any

23         testimony to the contrary or?

24  BY MR. PEACOCK:

25    Q    Victor, is that what you're telling us?
```

1          MR. McQUEENEY: Do you know?

2          THE WITNESS: What?

3    BY MR. PEACOCK:

4    Q    If someone tells us -- If a bartender tells us that

5         you never said that to Paul, is he lying?

6    A    The bartender?

7    Q    Right.

8    A    Sure he'd be lying 'cause I did say it.

9    Q    Okay.  That's all I have.  Thank you.

10         MR. McQUEENEY: I have some follow up.

11                    EXAMINATION

12   BY MR. McQUEENEY:

13   Q    Do you know if the bartender overheard the

14        conversation you had with you and Paul for him to

15        pay?

16   A    Probably not because the bar is so --

17         MR. PEACOCK: No.  No.  Do you know?  The

18        question is do you know.  Not probably.

19         THE WITNESS: Do I know?

20   BY MR. McQUEENEY:

21   Q    Yeah.

22   A    Yeah, I know.

23   Q    Was he within earshot to overhear your conversation?

24   A    No, he wasn't.

25   Q    You testified in your response to Mr. Peacock's

Page 144

```
 1        question that your mother told you that she was

 2        forced to the floor, right?

 3   A    Yes.

 4   Q    And that's what you put in that complaint --

 5   A    Yes.

 6   Q    -- you drafted by yourself.  Have you had any legal

 7        training?

 8   A    No.

 9   Q    Okay.  And you were trying to fill out these

10        complaints.  You had a complaint against Brian

11        Adams.

12   A    Adams.

13   Q    And the Notos.

14   A    The Notos.

15   Q    And the one against Sterling Heights.  And those

16        were drafted by yourself, right?

17   A    Yes.

18   Q    Did you consult with an attorney?

19   A    No.

20   Q    Did you know what to put in a complaint?

21   A    I did some web research on the web.

22   Q    Okay.  Is it fair to say you didn't know entirely

23        what you were doing?

24   A    No, I didn't know exactly.

25   Q    When the police -- You said you saw the police at
```

| 1 |  | the front door and then they came in and you came |
|---|---|---|
| 2 |  | out of your bedroom and saw your mother on the |
| 3 |  | floor. |
| 4 | A | Yes. |
| 5 | Q | How quick was that? |
| 6 | A | Within a second. |
| 7 | Q | Okay.  You weren't waiting in the bedroom for a long |
| 8 |  | period of time? |
| 9 | A | No. |
| 10 | Q | How far from your bedroom to where your mother was |
| 11 |  | on the floor did you have to come out? |
| 12 | A | The bedroom door's around the corner.  I probably |
| 13 |  | had to run 10 feet to see -- to see my mother on the |
| 14 |  | floor. |
| 15 | Q | Okay. |
| 16 | A | She was -- When I heard her scream, that was a |
| 17 |  | second. |
| 18 | Q | Did your mother ever tell you she tripped and fell |
| 19 |  | on the floor? |
| 20 | A | No. |
| 21 | Q | When did she tell you that she was forced to the |
| 22 |  | floor? |
| 23 | A | She told me when we talked about it at the hospital. |
| 24 | Q | All right.  You said that you were woken up by the |
| 25 |  | Clinton Township -- what you later learned was a |

Page 146

```
 1        Clinton Township detective pounding at the door,

 2        right?

 3   A    Yeah.

 4   Q    Okay.

 5   A    Yes.

 6   Q    Okay.  Was he with anybody else?

 7   A    No.

 8   Q    And you said he was in plain clothes.

 9   A    Yes.

10   Q    And you said you could see your mother's actions

11        from the monitor you were watching in the bedroom?

12   A    Yes.

13   Q    And what was she doing?

14   A    She had the storm door open and I could see her hand

15        and her face.  The hand holding the storm door open

16        'cause it was a full pane glass and they couldn't

17        hear her at first.  They told her to open it.  So

18        she opened it and she had her head out so they could

19        talk.

20   Q    Have you ever looked at the video at any time other

21        than you were watching it on the monitor?

22   A    Yeah.

23   Q    Okay.  Did you see where Detective Melise suggested

24        he's going to tow her vehicle?

25   A    Yes.
```

```
 1   Q    Do you know why Detective Melise was going to tow
 2        your mother's vehicle?
 3   A    No, he didn't state why.  He just said he was going
 4        to tow it.
 5   Q    Okay.
 6   A    As far as I can remember what the video says.
 7   Q    There were a number of questions asked by Mr.
 8        Peacock about whether if you had come to the door,
 9        this whole thing could have been averted.  Do you
10        know what the cops were going to do if you had come
11        to the door?
12   A    I had no idea.
13   Q    Are you certain, as you sit here today, that if you
14        had gone to the door, this whole incident would have
15        been averted?
16   A    No, I'm not certain.  They could have done the same
17        thing to me that they did to my ma.  I didn't think
18        they were going to do --
19   Q    There is no question out.
20   A    All right.
21   Q    We've discussed this.  You can only answer questions
22        that are being asked of you.  When your mother came
23        to the door, was she using a cane or a walker?
24   A    Yes.
25   Q    How long has she used that?
```

```
1    A    Twenty years.

2    Q    Did she have it with her when she came to the door?

3    A    Yes.

4    Q    Okay.  You said you took pictures of your mother's

5         injuries.

6    A    Yes.

7    Q    Did she tell you when you were talking about the

8         incident at the hospital what was bothering her?

9    A    Yes.

10   Q    What did she say?

11   A    She said her back was bothering her and her head.

12   Q    Now, you said that you came out to where your mother

13        was lying on the floor.  Is that the living room

14        area?  A family room?

15   A    That's the start of the living room.

16   Q    Okay.  How far back from the door was your mother on

17        the floor?

18   A    Two feet.

19   Q    Two feet.

20   A    Not even.  One foot.

21   Q    Okay.  Do you know if the police officers conducted

22        a search of the residence to see if there were any

23        firearms in the residence?

24   A    No.

25   Q    And your mother wasn't apprehended on that day.  She
```

```
 1           was eventually let go to the hospital, right?
 2    A      Yes.
 3    Q      How many times did you tell the police officers that
 4           you wanted your mother to go to a hospital?
 5    A      A dozen times.
 6    Q      You said you were treating with Reverend -- was it
 7           Zeaven.
 8    A      Zeaven.
 9    Q      Zeaven.  And that's following your mother's death?
10    A      Yes.
11    Q      Have you told him anything about the October 30
12           incident?
13    A      Yes.
14    Q      How many times did you tell him that?
15    A      I told him like once or twice.
16    Q      All right.  Have you told anybody else -- Other
17           than your testimony and putting it in your
18           complaint, have you told other people about what
19           happened to your mother on October 30?
20    A      I told a few people.  It's a hard subject to talk
21           about.
22    Q      All right.  There was questions as to this videotape
23           that you had.  There were two videotapes at the
24           Sterling Heights Police Department.  One involving
25           the October 30 incident and the other one involving
```

| | | |
|---|---|---|
| 1 | | Brian -- |
| 2 | A | Adams. |
| 3 | Q | -- Adams.  And you received one videotape, and that |
| 4 | | was the October 30 incident?  You received that on |
| 5 | | the first occasion? |
| 6 | A | I believe so.  I don't know. |
| 7 | Q | You don't know if you received it? |
| 8 | A | I don't remember which one I received, but I |
| 9 | | received both. |
| 10 | Q | You received both.  Okay.  And did you do anything |
| 11 | | to those videotapes after you received them? |
| 12 | A | Nothing. |
| 13 | Q | You said you received the tape back from Mr. Boyer. |
| 14 | A | Yes. |
| 15 | Q | Is that involving the October 30 incident? |
| 16 | A | Yes. |
| 17 | Q | Do you know if he did anything with the videotape? |
| 18 | A | No, I don't know. |
| 19 | Q | Do you believe he modified it? |
| 20 | A | No, I doubt it. |
| 21 | Q | Okay. |
| 22 | A | 'Cause it was the same.  From what I seen that day |
| 23 | | that happened on the monitor it was the same. |
| 24 | Q | Okay.  There's a lot of discussion centered around |
| 25 | | this dinner at this P.F. Chang's.  What was your |

```
 1           intention on that evening when you left?
 2    A      What was my intention?
 3               MR. KASZUBSKI: When he left P.F. Chang's or -
 4               -
 5               MR. McQUEENEY: Yeah.  I'm sorry.
 6    BY MR. McQUEENEY:
 7    Q      Yes, when you left P.F. Chang's.
 8    A      My intentions were to go home.
 9    Q      Okay.  Was it your intention to not pay the bill?
10    A      No.
11    Q      You didn't want to do a dine and dash?
12    A      Of course not.
13    Q      You testified you had offered to Detective Melise to
14           pay the bill the next day.
15    A      Yeah, when he was over at the house, I offered to
16           give him the thirty-three dollars.
17    Q      How did you know that Paul didn't pay the thirty-
18           three dollars?  Did Detective Melise tell you that?
19    A      Detective Melise told me that the bill wasn't paid.
20           That's why he's over.
21    Q      Okay.
22    A      So, obviously, I figured that Paul didn't pay.
23    Q      Okay.
24    A      That he left himself.
25    Q      And based upon the fact that Paul didn't pay and you
```

```
 1            hadn't paid, he didn't place you under arrest,
 2            right?
 3     A      No.
 4     Q      He said just go pay it.
 5     A      Right.
 6     Q      Okay.
 7     A      And I said I'll go pay it today later after the
 8            hospital.
 9     Q      You testified you couldn't put a financial amount on
10            your damages, but have you been damaged?
11     A      Yes.
12     Q      And have you ever been asked to sit down and
13            quantify your damages by anyone?
14     A      No.
15     Q      You believe your mother has been damaged?
16     A      Yes.
17     Q      No further questions.
18                            REEXAMINATION
19     BY MS. McGRAIL BELAU:
20     Q      Mr. Gojcaj, how do you think Lutori's spelt?
21     A      L-o-t-o-r.
22     Q      t-o-r.
23     A      i.
24     Q      i.  You said he worked at Chrysler?
25     A      Yeah.
```

| | | |
|---|---|---|
| 1 | Q | Do you know approximately how old he is? |
| 2 | A | He's thirty-four. |
| 3 | Q | Thirty-four now or was he thirty-four at the time? |
| 4 | A | Was thirty-four at the time. |
| 5 | Q | Do you know what his birthday is? |
| 6 | A | No. |
| 7 | Q | How did you know him? |
| 8 | A | Just through other people I met him. |
| 9 | Q | Who did you know him through? |
| 10 | A | Mario -- Well, Thomas Cooper.  He changed his name |
| 11 | | after to Mario. |
| 12 | Q | Thomas Cooper. |
| 13 | A | Yeah. |
| 14 | Q | Do you have Thomas's phone number? |
| 15 | A | No, I haven't talked to him in a long time.  Many |
| 16 | | years. |
| 17 | Q | Who is Mario? |
| 18 | A | Huh. |
| 19 | Q | Who is Mario? |
| 20 | A | Mario is Thomas.  He changed his name to Mario. |
| 21 | Q | Okay. |
| 22 | A | I don't know what the last name was changed to. |
| 23 | Q | Okay. |
| 24 | A | I don't have his number.  It's been years. |
| 25 | Q | Okay.  Anyone else know Paul? |

Page 154

```
 1   A      That I know?  No.

 2   Q      Does Paul have any other hangouts or places of

 3          retail?

 4              MR. McQUEENEY: Objection as to the form of

 5          the question.  Only if you know.  Do you know?

 6              THE WITNESS: No, not really.  I mean he hung

 7          out at -- we used to go sometimes where I'd see him

 8          -- I wouldn't go with him.  I'd see him at Hamlin on

 9          22 Mile and Hayes once in a while and I don't know

10          where else I'd see him at.

11   BY MS. McGRAIL BELAU:

12   Q      Was he kind of a regular up there?

13              MR. McQUEENEY: Objection as to --

14   BY MS. McGRAIL BELAU:

15   Q      If you know.

16   A      He was.  I don't know about now 'cause I haven't

17          been up there.  I don't really do anything anymore.

18   Q      You said Paul Lutori.

19   A      Yeah.

20   Q      And you're not sure of the spelling or you are sure

21          of the spelling?

22   A      I'm not sure of the spelling, but it should be real

23          close.

24   Q      Do you know what he did at Chrysler?

25   A      No, I don't know.
```

1  Q    And you said he used to live on Player Drive in

2       Troy?

3  A    Yes.

4  Q    And you're not sure if he still lives there or he --

5  A    He doesn't live there no more.  He did move, but I

6       don't know where he -- Oh, he moved to Dearborn, but

7       I don't know his address.

8  Q    When did he move to Dearborn?

9  A    Because he was close to work.  He worked at the

10      Chrysler in Dearborn.

11 Q    What did he do at Chrysler?

12 A    I don't know.

13 Q    Okay.

14 A    I don't remember.

15 Q    All right.  Nothing further.

16                        REEXAMINATION

17 BY MR. PEACOCK:

18 Q    Victor, briefly.  You testified that in your

19      response to Mr. McQueeney that you could have had

20      the same thing done to you that was done to your

21      mom.  Do you remember saying that?

22 A    Yes.

23 Q    You had mentioned you did speak to Detective Melise;

24      didn't you?

25 A    Yes.

```
 1    Q    On the front lawn of your house.

 2    A    Yes.

 3    Q    And he asked you what was going on about the

 4         payment, right?

 5    A    Yes.

 6    Q    In fact, he asked you why you didn't pay for the

 7         meal and you said 'cause your next door neighbor was

 8         there, right?

 9    A    Well, I don't remember if it was my next door

10         neighbor or the Notos.  I was suing them both.

11    Q    But you never told Detective Melise that you said

12         Paul was going to pay for the meal; did you?

13    A    No.  No, I never said that.

14    Q    Why didn't you tell him that?  Wouldn't you say it's

15         important?

16    A    Well, I didn't think it was important.

17    Q    You didn't think it was important?

18    A    I didn't think it was important.  He asked me why I

19         left.  I told him why I left.  He didn't say why you

20         didn't pay the bill.

21    Q    Didn't he tell you that the meal at P.F. Chang's

22         hadn't been paid?

23    A    Well, after what happened to my mother --

24    Q    No, listen to my question.  Didn't Officer Melise

25         tell you that the meal at P.F. Chang's had not been
```

Page 157

```
 1        paid for?
 2    A   Yes.
 3    Q   And he asked you why you didn't pay for it; didn't
 4        he?
 5    A   Yes.
 6    Q   Why didn't you tell him then that Paul was going to
 7        pay for it?
 8    A   After what happened to my mother --
 9    Q   Why didn't you tell him --
10    A   I don't know.
11    Q   Okay.  So you had a conversation with Officer Melise
12        and then he let you go; didn't he?
13    A   Yeah.
14    Q   He didn't arrest you.
15    A   Nope.
16    Q   He said well, just take of the bill; didn't he?
17    A   Right.
18    Q   So he treated you like a gentleman; didn't he?
19    A   No, he didn't treat me like a gentleman.
20    Q   Why didn't he treat you like a gentleman?
21    A   'Cause he was talking to me very ruggedly.
22    Q   Did that hurt your feelings?
23    A   Yes.
24    Q   Okay.  That's all I have.  Thanks.
25                        REEXAMINATION
```

1   BY MR. McQUEENEY:

2   Q      And in follow up to Mr. Peacock's question about the

3          P.F. Chang's thirty-three dollar tab.  When you were

4          talking to Detective Melise, was that more prevalent

5          in your mind, the thirty-three dollar P.F. Chang's

6          bill or was it what was going on with your mother,

7          was that more prevalent?

8   A      What was going on with my mother.

9   Q      Okay.  Was she on her way to the hospital when you –

10         –

11  A      Yes.

12  Q      Okay.

13  A      They had loaded her up into the ambulance and I

14         wanted to leave behind the ambulance.

15  Q      What was more important to you at that very

16         instance?

17  A      Being close to my ma.

18  Q      Nothing else.

19              MS. McGRAIL BELAU: Nothing further.

20              (Whereupon, the deposition was concluded at

21         about 3:25 p.m.)

22

23

24

25

CERTIFICATE

1

STATE OF MICHIGAN

2

COUNTY OF MACOMB

3

4        I, Jan Flynn, C.E.R. and Notary Public in

5 and for the County of Macomb, State of Michigan, do hereby certify

6 that the witness whose attached deposition was taken before me on the

7 date hereinbefore stated, was first duly sworn by the Notary Public

8 to testify the truth, the whole truth and nothing but the truth in

9 the cause aforesaid; that the testimony contained in said deposition

10 then given by said witness was by me reduced to writing in the

11 presence of said witness by means of shorthand and afterwards

12 transcribed upon a computer by myself.  The said deposition is a true

13 and correct transcript of the testimony given by said witness as

14 aforesaid.

15        I do further certify that the deposition herein

16 attached was taken at the time and place mentioned and described in the

17 caption of said deposition.

18        I do further certify that no request was made by

19 any party for the witness' signature to be attached to said deposition.

20

21        I do further certify that the parties were

22 represented by counsel as hereinbefore designated.

23        I do further certify that I am not connected by

24 blood or marriage with any of the parties or their attorneys or agents

25 and that I am not an employee of either of them, nor interested

1    directly or indirectly in the matters of controversy either as counsel,

2    agent or otherwise.

3            I do further certify that my certificate annexed

4    hereto implies to the original and typewritten copies only, signed

5    and certified transcripts only.  The undersigned assumes no

6    responsibility for the accuracy of any reproduced copies not made

7    under my control or direction.

8

9

10   Jan Flynn, CER - 5416
     Notary Public, Macomb County
11   My Commission Expires: 09-29-2013

12

13

14   DATED: _____, 2010
             Mt. Clemens, Michigan
15

16

17

18

19

20

21

22

23

24

25