Anoinette Fett
3/19/2010

1                  UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

3

4     THE ESTATE OF MARIA PEROVICH,

5     VICTOR GOJCAJ,

6              Plaintiffs,

7         -vs-                      No. 2:09-CV-12192-PJD-VMM

8                                   Hon. Patrick J. Duggan

9     STERLING HEIGHTS POLICE OFFICER

10    ANTOINETTE FETT, STERLING HEIGHTS

11    SERGEANT DAVID CATTANEO, STERLING

12    HEIGHTS POLICE OFFICER AARON BURGESS

13    AND CLINTON TOWNSHIP POLICE

14    DETECTIVE LEO MELISE

15              Defendants.

16    _____/

17

18    PAGE 1 - 110

19

20         The Deposition of OFFICER ANTOINETTE FETT,

21         Taken at 12900 Hall Road,

22         Sterling Heights, Michigan,

23         Commencing at 9:30 a.m.,

24         Friday, March 19, 2010,

25         Before Rhonda M. Foster, RMR, RPR, CSR-3612.

Anoinette Fett
3/19/2010

```
 1   APPEARANCES:

 2        MR. PATRICK J. McQUEENEY P45797

 3        Law Offices of Patrick J. McQueeney

 4        33830 Harper Avenue

 5        Clinton Township, Michigan  48035

 6        (586) 774-6363

 7            Appearing on behalf of the Plaintiffs.

 8        MR. MARC D. KASZUBSKI P60333

 9        O'Reilly Rancilio, P.C.

10        12900 Hall Road, Suite 350

11        Sterling Heights, Michigan  48313

12        (586) 726-1000

13            Appearing on behalf of the Defendants Sterling

14            Heights Police Officer Antoinette Fett,

15            Sergeant David Cattaneo, and Officer Aaron

16            Burgess.

17        MR. PETER W. PEACOCK P37201

18        Plunkett Cooney

19        10 South Main Street, Suite 400

20        Mount Clemens, Michigan  48043

21        (586) 466-7605

22            Appearing on behalf of the Defendant Clinton

23            Township Detective Leo Melise.

24   Also Present: Victor Gojcaj

25                 Linda McGrail
```

Anoinette Fett
3/19/2010

Page 3

1   Sterling Heights, Michigan

2   Friday, March 19, 2010

3   About 9:48 a.m.

4            OFFICER ANTOINETTE FETT,

5   having first been duly sworn, was examined and

6   testified on her oath as follows:

7            MR. McQUEENEY:  Let the record

8   reflect this is the deposition of Sterling Heights

9   Police Officer Antoinette Fett.

10            THE WITNESS:  Yes.

11            MR. McQUEENEY:  This deposition is

12   taken in the case of the Estate of Maria Perovich

13   versus Antoinette Fett, et al.

14   EXAMINATION BY MR. McQUEENEY:

15       Q.   Ms. Fett, I am Patrick McQueeney.  I

16   represent one of the -- well, both plaintiffs,

17   specifically Victor Gojcaj and Maria Perovich.

18            I am going to be asking you a series

19   of questions.  I ask that you clearly enunciate all

20   your answers.  No shaking of the head, nodding of the

21   head, shrugging of the shoulders.

22            If you answer the question, I will

23   presume you understand the question.

24            If you need the question rephrased

25   or repeated, please advice me.

Anoinette Fett
3/19/2010

1           The deposition is taken pursuant to

2    the Federal Rules of Evidence and Federal Rules of

3    Civil Procedure.

4           If you have not already done so,

5    please state your full name for the record.

6      A.    Officer Antoinette Fett.

7      Q.    And I have received a set of Answers to

8    Interrogatories prior to the deposition today, as well

9    as a set of documents in support of a request for

10   documentation.  Did you bring anything else with you

11   for this deposition?

12          MR. KASZUBSKI:  Actually before the

13   deposition she brought in a couple of general orders

14   and procedures from Sterling Heights Police Department.

15          However, as per departmental policy,

16   and I had asked you to do this when you first came into

17   the case, agree to a protective order.

18          MR. McQUEENEY:  Yeah, that's fine.

19          MR. KASZUBSKI:  So as long as we are

20   in agreement with the protective order that I proposed

21   previously, I showed it to Pete this morning, he

22   appears to be okay with this, I have added his name to

23   it, then I will provide those to you.

24          MR. McQUEENEY:  Okay.

25          MR. KASZUBSKI:  Although I am going

Anoinette Fett
3/19/2010

1  to provide them, because of the way the protective

2  order reads, provide them to you as confidential.

3              MR. McQUEENEY:  Is that it?

4              MR. KASZUBSKI:  Yes.  Yes, the one

5  that she provided me was for 2010, which I provided you

6  the one that actually was in effect at the time of the

7  incident, so --

8              MR. McQUEENEY:  This --

9              MR. KASZUBSKI:  6.23, she brought me

10  the 2010 version.  I am giving you the one that was in

11  effect at the time of the incident.

12              MR. McQUEENEY:  Okay.  Very good.

13  Okay.

14  BY MR. McQUEENEY:

15      Q.    Ms. Fett, do you prefer Officer Fett?

16      A.    Officer Fett is fine.

17      Q.    Officer Fett, other than what your attorney

18  has provided me, any other documents, recordings,

19  memoranda, or anything else that you brought to the

20  deposition with you today?

21      A.    No.

22      Q.    What did you do in preparation for your

23  deposition today?

24      A.    I met with Attorney Marc here.  And viewed

25  the videotape.

Anoinette Fett
3/19/2010

1      Q.    Okay.  Did you view your police report?

2      A.    Yes, I did.

3      Q.    Anything other than that that you just

4   testified to to prepare yourself to testify today?

5      A.    No.

6      Q.    Okay.  Did you talk about the case with

7   fellow officers in the Sterling Heights Police

8   Department?

9      A.    No, I did not.

10      Q.    Did you talk about the case with the other

11   defendants in the case, Sergeant Cattaneo?

12      A.    No, I did not.

13      Q.    How far did you go in school?

14      A.    I completed my bachelor degree.

15      Q.    And when did you complete that?

16      A.    1991.

17      Q.    Any other education other than your bachelor

18   degree that you completed in 1991?

19      A.    I went to the police academy afterwards.

20      Q.    When did you go there?

21      A.    I went there from I believe January to

22   April of '92.

23      Q.    And what police academy was that, please?

24      A.    That's the Macomb Police Academy.

25      Q.    Okay.  And after you completed the academy,

Anoinette Fett
3/19/2010

1    any other education, degrees, certificates, or anything

2    like that?

3        A.    I have gone through additional training

4    through the department.

5        Q.    Through the Sterling Heights Police

6    Department?

7        A.    Yes.

8        Q.    Currently, you are an officer with the

9    Sterling Heights Police Department?

10       A.    Yes, I am.

11       Q.    And is that your rank, officer?

12       A.    Yes, it is.

13       Q.    How long have you been employed as an

14   officer in the Sterling Heights Police Department?

15       A.    Eighteen years.

16       Q.    And prior to taking that position with the

17   Sterling Heights Police Department, did you work in any

18   other law enforcement agencies?

19       A.    No, I did not.

20       Q.    As part of a -- the discovery that was

21   provided here, there is a complaint made against you

22   regarding an incident, do you recall that?

23       A.    I recall no complaints prior to receiving

24   this complaint.

25       Q.    Well, was there a civilian complaint made

Anoinette Fett
3/19/2010

```
 1   against you involving a woman, a suicidal woman?

 2        A.    That complaint I was made aware of when

 3   conferring with my attorney.

 4        Q.    Okay.  You had no --

 5        A.    I had no knowledge prior to that.

 6        Q.    Okay.  So that was a complaint somebody

 7   made, and your department never contacted you about it?

 8        A.    No.

 9        Q.    Any other complaints made against you other

10   than this complaint?

11        A.    None that I know of.

12        Q.    On October the 30th, 2007, you were working

13   with the Sterling Heights Police Department on that

14   day?

15        A.    Yes, I was.

16        Q.    What was your shift?

17        A.    My shift was the day shift.

18        Q.    I am sorry?

19        A.    The day shift.

20        Q.    And what are the hours for the day shift?

21        A.    We start roll call at 6:45 in the morning

22   and we get off duty at 5:00 p.m.

23        Q.    And how many days a week do you work?

24        A.    Four days a week.

25        Q.    Four days.  Is that every week or is that --
```

Anoinette Fett
3/19/2010

      1        A.      That would be every week, 10 hours a day.

      2        Q.      Okay.  And prior to -- you said you started

      3    the shift at 6:45, there was roll call?

      4        A.      Yes.

      5        Q.      And then were you assigned to patrol, road

      6    patrol?

      7        A.      Yes, I was.

      8        Q.      Was that a one-person car or two-person car?

      9        A.      One-person car.

     10        Q.      And when did you start patrolling on that

     11    particular day, do you recall?

     12        A.      That would be right after roll call.

     13        Q.      You are immediately assigned a vehicle?

     14        A.      Yes.

     15        Q.      Do you go -- do you enter the vehicle?

     16        A.      Yes.

     17        Q.      And you begin patrolling?

     18        A.      Yes.

     19        Q.      Is there any specific area in Sterling

     20    Heights that you are limited to?

     21        A.      I would be assigned the what we call Adam

     22    area.

     23        Q.      What is the Adam area?

     24        A.      That would be Hall Road, Van Dyke to Hayes.

     25        Q.      Okay.  And is there anybody else in the

Anoinette Fett
3/19/2010

1    department assigned to that area other than yourself?

2         A.    There is one other area patrol car.

3         Q.    And who would that be on that particular

4    day, if you recall?

5         A.    I don't recall who my other area partner

6    was.  There was command staff working.

7         Q.    Who was the commander on that particular

8    day?

9         A.    Sergeant Cattaneo.

10        Q.    Okay.  Was there any lieutenants in command

11   on that day, or no?

12        A.    I can't recall that far back as far as other

13   command.

14        Q.    So you start patrolling, and are you

15   eventually dispatched to a location on Penny Street?

16        A.    Yes, I am.

17        Q.    When did the dispatch come through?

18        A.    It was early morning hours.  I can't say

19   exact time.

20        Q.    Okay.  Do you recall what day of the week

21   this was?

22        A.    No, I do not.

23        Q.    And you are dispatched to a location.  What

24   was the dispatch you received?

25        A.    Dispatch advised that there was a female

**Anoinette Fett**
**3/19/2010**

Page 11

```
 1   resident at the Penny address that wanted us to assist

 2   because she was questioning whether a Clinton Township

 3   detective was, in fact, indeed really a detective from

 4   Clinton Township.

 5        Q.   Okay.  So you received a dispatch that some

 6   female resident on Penny was requesting a police

 7   intervention because there was somebody at her door

 8   that -- she didn't know whether it was a Clinton

 9   Township police officer?

10        A.   Yes.

11        Q.   And to your knowledge, had anybody from

12   Clinton Township Police Department contacted the

13   Sterling Heights Police Department in advance of you

14   being dispatched to that location requesting assistance

15   to go to the home?

16        A.   It was -- to my knowledge, it was almost a

17   simultaneous that he was also calling us out.

18        Q.   Okay.  He was also calling you out at the

19   same time?

20        A.   Yes.

21        Q.   Okay.

22        A.   For assistance.

23        Q.   Who would that have been?

24        A.   That was Detective Melise from Clinton

25   Township.
```

Anoinette Fett
3/19/2010

 1      Q.    Okay.  Who did he call, do you recall?

 2      A.    It would just be the dispatch line, our main

 3  line.

 4      Q.    Did you receive a radio transmission that

 5  Detective Melise had contacted the Clinton -- or the

 6  Sterling Heights Police Department?

 7      A.    Through the dispatch, she had advised that

 8  Clinton Township was also requesting our assistance at

 9  that address.

10      Q.    And what was the specific address on Penny,

11  if you recall?

12      A.    I do not recall the exact address.

13      Q.    If I show you the incident report, would

14  that refresh your recollection?

15      A.    Yes.  43153 Penny.

16      Q.    And was anybody else dispatched to that

17  location to your recollection?

18      A.    Yes.  We always send another area unit.

19      Q.    And what time did you arrive on that day, do

20  you recall?

21      A.    That day, I arrived at --

22            MR. KASZUBSKI:  Can she look at her

23  report?  I mean, you are asking her something that

24  happened two years ago.

25            MR. McQUEENEY:  She doesn't remember

Anoinette Fett
3/19/2010

 1   all the details.

 2                    MR. KASZUBSKI:  Almost three.

 3                    THE WITNESS:  I arrived there

 4   approximately 0950 hours in the morning.

 5   BY MR. McQUEENEY:

 6        Q.    And did you identify Detective Melise?

 7        A.    Did I identify him?

 8        Q.    Right.

 9        A.    I conferred with him and did advise her that

10   that was, in fact, a Clinton Township detective.

11        Q.    Okay.  How was Detective Melise dressed?

12        A.    Casual wear.  He was not in full uniform, as

13   detectives are usually dressed down.

14        Q.    He is not dressed like you are here today?

15        A.    No.

16        Q.    And you were in a marked car?

17        A.    Yes, I was.

18        Q.    And you were dressed as though you are

19   today, with an issued uniform?

20        A.    Yes.

21        Q.    Okay.  And you said you conferred with

22   Detective Melise.  What did you confer with him about?

23        A.    At the time, he told me that he was just

24   investigating an incident where someone had failed to

25   pay at a restaurant.

Anoinette Fett
3/19/2010

Page 14

1        Q.    Did he say where the restaurant was located?

2        A.    No, he did not.

3        Q.    Did he say that the -- did he say the

4    incident occurred in -- this incident at a restaurant

5    occurred in Sterling Heights or in Clinton Township?

6        A.    It would be in his jurisdiction for him to

7    be investigating it.

8        Q.    Did he describe what he was investigating?

9    You said an incident.  Did he describe the incident?

10       A.    He described that basically they failed to

11   pay at a food eatery.

12       Q.    Did he advise you he was seeking to arrest

13   somebody for that?

14       A.    He did not advise me.

15       Q.    Did he say there was an ongoing

16   investigation?

17       A.    He was doing follow-up.

18       Q.    What's the protocol for Sterling Heights

19   police in allowing an investigation of a crime in --

20   that's not committed in its jurisdiction, do you know?

21             MR. KASZUBSKI:  Objection,

22   relevance.  If you know, you --

23             THE WITNESS:  I don't know his

24   policy in Clinton Township.  I don't know.

25   BY MR. McQUEENEY:

Anoinette Fett
3/19/2010

1      Q.    What's Sterling Heights' policy?

2                  MR. KASZUBSKI:  Same objection.

3   BY MR. McQUEENEY:

4      Q.    What is the policy for the Sterling Heights

5   Police Department to allow an investigation of an

6   incident not committed in the Sterling Heights

7   jurisdiction?

8      A.    Not committed?

9      Q.    Not committed.

10     A.    We can do follow-up.  If any arrest is going

11  to occur, then an officer would be standing by from

12  whatever jurisdiction they have authority in.

13     Q.    Okay.  So if a --

14     A.    If it is a follow-up matter, it is just a

15  follow-up matter.

16     Q.    Okay.  If Clinton Township undertakes an

17  investigation of something that occurred outside the

18  jurisdiction of Sterling Heights, does -- Sterling

19  Heights Police Department can do a follow-up, is that

20  the policy, if you know?

21     A.    I am not really understanding -- what's the

22  question?

23                 MR. KASZUBSKI:  Patrick, are you

24  saying if -- if there is an incident outside Clinton

25  Township, they have a resident that lives in Sterling

Anoinette Fett
3/19/2010

1   Heights, and Clinton Township comes into Sterling

2   Heights to do a follow-up, you are asking what the

3   policy is in that regard?

4                   MR. McQUEENEY:  Yes.  Thank you.

5                   MR. KASZUBSKI:  Does that help you?

6                   THE WITNESS:  To my knowledge, as I

7   stated before, if someone was going to make an arrest,

8   they have to call out Sterling Heights.  If it's

9   Sterling Heights police -- if we are going into Clinton

10  Township to make an arrest, we have to call out Clinton

11  Township, have them stand by.

12  BY MR. McQUEENEY:

13      Q.   That's Sterling Heights' police policy,

14  right?

15      A.   Yes.

16      Q.   Okay.  So Detective Melise based upon the

17  transmissions you heard from dispatch was at this

18  address on Penny, and was he going to make an arrest?

19      A.   The information I received is he is doing

20  follow-up.

21      Q.   He is doing follow-up.  Okay.  So

22  your -- the Sterling Heights presence was not to assist

23  Detective Melise, or was it?

24      A.   It was to assist him.  My guess would be

25  that there was a problem that he believed that he

Anoinette Fett
3/19/2010

Page 17

1   needed our assistance for.

2        Q.    Other than the description of somebody had

3   failed to pay for food at an eatery, did he say

4   anything else that he was investigating or following up

5   on to use your --

6        A.    No.

7        Q.    And you said there was somebody -- there

8   were other people dispatched to the location --

9        A.    Yes.

10       Q.    -- right?

11                   And who were they?

12       A.    Sergeant Cattaneo was first on the scene.

13       Q.    And was anybody else present at the scene

14   other than yourself, Sergeant Cattaneo, and Detective

15   Melise?

16       A.    Officer Burgess arrived as I had just

17   assisted him on a prior incident around the corner.

18       Q.    So he arrived at or near the time that you

19   arrived?

20       A.    Yes.

21       Q.    And what was Sergeant Cattaneo doing when

22   you arrived at the location?

23       A.    He was at the door with Detective Melise.

24       Q.    Okay.  At that address you just testified to

25   a couple minutes ago?

**Anoinette Fett**
**3/19/2010**

```
 1      A.    Yes.

 2      Q.    And do you know why he was at that door?

 3      A.    As I stated earlier, he was conducting

 4  follow-up on the fail to pay.

 5      Q.    So --

 6            MR. KASZUBSKI:  When you said "he,"

 7  you were talking about --

 8            THE WITNESS:  I was talking about

 9  Detective Melise.

10  BY MR. McQUEENEY:

11      Q.    Yeah.  I will break it down.  I am sorry.

12            So Sergeant Cattaneo was at the door

13  with Detective Melise?

14      A.    Yes.

15      Q.    Okay.  And you just testified that Melise

16  was conducting follow-up as you had testified a couple

17  minutes ago?

18      A.    Yes.

19      Q.    What was Sergeant Cattaneo doing?

20      A.    He was at the door with Detective Melise,

21  and advising a female resident that this was indeed, in

22  fact, a Clinton Township detective conducting follow-up

23  on this incident.

24      Q.    Okay.  Was Sergeant Cattaneo assisting

25  Detective Melise at that time?
```

Anoinette Fett
3/19/2010

Page 19

1                         MR. KASZUBSKI:  Objection,

2    foundation.

3    BY MR. McQUEENEY:

4         Q.    You can answer.

5                         MR. KASZUBSKI:  You were called out

6    by both --

7                         THE WITNESS:  We were called out

8    there.

9                         MR. KASZUBSKI:  -- Ms. Perovich as

10   well as Clinton Township --

11                        THE WITNESS:  We were standing by

12   for both parties.

13   BY MR. McQUEENEY:

14        Q.    Okay.  Was he assisting Detective Melise?

15        A.    He was at the door.

16        Q.    Okay.  I understand that you testified to

17   that.  Was he assisting Detective Melise?

18                        MR. KASZUBSKI:  Same objection,

19   foundation.

20                        THE WITNESS:  He is assisting both

21   parties.  He is assisting her, air any doubts that this

22   is, in fact, a Clinton Township detective to dispel any

23   suspicion she may have.  We are out there to assist him

24   to make sure everything is kept in order.

25   BY MR. McQUEENEY:

Anoinette Fett
3/19/2010

1    Q.    And based upon your testimony, Sergeant

2  Cattaneo was not doing anything to investigate an

3  incident that occurred in Sterling Heights, correct?

4    A.    No.  He is not the investigator.

5    Q.    Okay.  And why were three Sterling Heights

6  vehicles dispatched to the location?

7    A.    We always have two units respond.  It just

8  so happened Officer Burgess, like I stated before, was

9  out with me on a prior run, and was basically right

10  behind me -- right in front of me.

11    Q.    When you arrived and you said you conferred

12  with Detective Melise, did he show you any warrant or

13  any documentation that there was an ongoing

14  investigation involving this food incident?

15    A.    No.  Apparently there was a plate number

16  given which led him back to the address from the

17  restaurant establishment that had obtained a plate of

18  the person failing to pay and driving off.

19    Q.    Did you conduct any independent

20  investigation at that time regarding this incident that

21  occurred in Clinton Township?

22    A.    I had no other knowledge about the incident

23  or the follow-up.

24    Q.    And how long after you arrived were

25  Detective Melise and Sergeant Cattaneo on the front

Anoinette Fett
3/19/2010

1   porch, the front steps?

2       A.   It wasn't a long time.  I would say probably

3   within a minute or so.  We were a short distance around

4   the corner.

5       Q.   Did either of them tell you how long they

6   had been there before you arrived?

7       A.   No.

8       Q.   And when they were on the -- at the front

9   door, was anybody else at the front door with them,

10  anybody inside the residence?

11      A.   I could not see anyone else.

12      Q.   Okay.  When you arrived, did anybody

13  eventually come and open up the front door?

14      A.   Mrs. Perovich came to the front door.

15      Q.   How long after you had arrived did

16  Mrs. Perovich come to the front door?

17      A.   Not long after.

18      Q.   Minute, two minutes, seconds?

19      A.   I don't think we were even out there

20  minutes.  I mean, it's probably a minute or so.

21  Sergeant Cattaneo had called out just prior to me and

22  Officer Burgess arriving there.

23      Q.   Okay.  And when she came to the front

24  door -- are there two doors at the front door, a screen

25  door and a storm door?

Anoinette Fett
3/19/2010

1        A.     There's a screen door and a regular door,

2    yes.

3        Q.     And did she open the -- eventually open the

4    regular door?

5        A.     Yes.

6        Q.     Okay.  And was she using a cane or a walker?

7        A.     I could not see at that time from where I

8    was standing on the grass.

9        Q.     Did you eventually see a cane or a walker

10   when you entered the residence?

11       A.     I seen a cane.

12       Q.     Okay.  Where did you see that?

13       A.     She had been standing with it.

14       Q.     When you say "she had been standing with

15   it," the cane, is that one of those four-prong canes or

16   is it just the one?

17       A.     To my recollection it was just the one, but

18   it was a long time ago.

19       Q.     Okay.  When she was standing with it, was

20   she standing with it in her right hand or her left

21   hand?

22       A.     I don't recall.

23       Q.     Okay.  And you said that she eventually

24   opened the regular door.  There was a screen door

25   between herself and Sergeant Cattaneo and Detective

Anoinette Fett
3/19/2010

1    Melise, right?

2         A.    Yes.

3         Q.    How big is that porch area where they were

4    both standing on, if you know?

5         A.    It was a smaller porch area.  It wasn't the

6    full width of the front house or anything of that

7    effect.

8         Q.    Was it three feet, four feet?

9         A.    Probably four feet.

10        Q.    And where were you standing when Sergeant

11   Cattaneo and Detective Melise were at the front door,

12   where were you positioned?

13        A.    I was positioned on the grass.

14        Q.    And where was Officer Burgess positioned?

15        A.    I believe he was on the grass next to me.

16        Q.    Officer, while you are out there, did you

17   notice any cameras on the outside of the house?

18        A.    No, I did not.

19        Q.    Did you eventually notice them as you --

20   when you left the house at any point during that day?

21        A.    Yes, I eventually noticed.

22        Q.    Did you notice them as you came out of the

23   house, or when did you notice them?

24        A.    I noticed it upon entry.

25        Q.    Okay.  And where were the -- do you know if

Anoinette Fett
3/19/2010

Page 24

1    they were video cameras, first of all?

2         A.    I couldn't tell you.  Only thing I could

3    tell you is that I observed -- the TV had us on when we

4    went in.  I could only -- I couldn't see where the

5    cameras were located, anything aside from there was

6    full video, audio as soon as we entered.

7         Q.    Okay.  So you could see on the television

8    yourself.  And who else did you see when you went in?

9         A.    I could just tell that there were cameras

10   and video, audio.

11        Q.    Okay.

12        A.    I mean, it was a quick instance.  It was not

13   like I stood there and watched.  I --

14        Q.    I want to back up for a minute.  You said

15   you were on the grass, Officer Burgess was positioned

16   next to you, and Sergeant Cattaneo and Detective Melise

17   were somewhere on that small porch area, right?

18        A.    Yes.

19        Q.    Okay.  And did Mrs. Perovich eventually open

20   the screen door?

21        A.    Yes, she did.

22        Q.    How long after you had arrived to the time

23   that she opened the -- how much time had elapsed to the

24   time she opened that screen door?

25        A.    Probably a minute or so, I don't -- within

Anoinette Fett
3/19/2010

1    minutes, I don't -- within a minute or so.

2        Q.    Within minutes.  Okay.

3                    And when she opened it, how far did

4    she open the screen door?  All the way, part of the

5    way?

6        A.    A good part of the -- good part of the way.

7        Q.    Did she open the door with her right or left

8    hand?

9        A.    I couldn't tell you from where I was on the

10   grass.

11       Q.    Okay.  You couldn't see -- you just saw the

12   door come open --

13       A.    Yes.

14       Q.    -- part of the way?  Okay.

15                   And you couldn't see the hand?

16       A.    No.

17       Q.    Okay.  Did she come out on to the porch?

18       A.    I didn't see her on the porch.  She was -- I

19   could see her hands flailing around.  She had extended

20   her hands out to the porch.

21       Q.    She had extended her hands or hand?

22       A.    I seen one hand for sure.  She was kind of

23   flailing around.  She was agitated, visibly upset.

24       Q.    Okay.  You thought -- you said you saw a

25   hand flailing around.  What do you mean by that?

Anoinette Fett
3/19/2010

1     A.    Getting --

2     Q.    Was it going side to side, up and down, what

3  was going on?

4     A.    Probably side to side, getting agitated.

5     Q.    Okay.  Was she agitated because of something

6  you did?

7     A.    No.

8     Q.    Was she agitated because of something

9  somebody else did?

10            MR. KASZUBSKI:  Object to foundation

11  as to why she was agitated.

12            Go ahead, if you can answer.

13            THE WITNESS:  I wouldn't say it's

14  something anybody did.  Maybe something that was said.

15  BY MR. McQUEENEY:

16     Q.    What was said?

17     A.    Detective Melise was asking to speak with

18  her son.

19     Q.    Okay.  And who was her son, if you know?

20     A.    I didn't even know who he was requesting to

21  see.  I was like -- Victor, he was asking for her son.

22  Is your son Victor home?

23     Q.    Did you have any knowledge of whether Victor

24  her son was home at the time that you arrived?

25     A.    I had no knowledge, other than the truck was

Anoinette Fett
3/19/2010

Page 27

1    parked out front on the roadway.

2         Q.    Okay.  Did you run the plate to see if that

3    was registered to Victor?

4         A.    I did not.  Detective Melise did.

5         Q.    Did Detective Melise tell you that truck

6    that was out on the roadway was registered to Victor?

7         A.    Yes.  And he also informed me that was the

8    same truck obtained from personnel at the restaurant

9    involved in the fail to pay.

10        Q.    And you said that Ms. Perovich was becoming

11   agitated and she was waving her hand, which you don't

12   know which one, side to side, and she was becoming

13   agitated based -- was she becoming agitated based upon

14   Detective Melise asking to speak to her son, if you

15   know?

16        A.    It appeared so.  She said he is not home

17   right now, come back and make an appointment.

18        Q.    And was that statement "come back and make

19   an appointment" -- who was that directed to?

20        A.    That was directed at Detective Melise.

21        Q.    Did you tell Detective Melise maybe you

22   should make an appointment to see Victor, did you

23   yourself?

24        A.    No, I did not.

25        Q.    Did Sergeant Cattaneo?

**Anoinette Fett**
**3/19/2010**

1      A.    No.

2      Q.    How about Officer Burgess?

3      A.    No.

4      Q.    Was -- Victor wasn't standing at the door

5   with his mother, right?

6      A.    No.

7      Q.    Okay.  And when she suggested to make an

8   appointment, what was your response to that statement?

9      A.    I didn't have a response to that.  It was

10  Detective Melise that was conducting the follow-up.

11     Q.    Okay.  What was Detective Melise's response,

12  do you recall?

13     A.    I don't recall at the time.

14     Q.    Did you want to review your report?  If that

15  helps refresh your recollection.

16     A.    I didn't have a response back to her when he

17  said make a report.

18     Q.    Okay.

19            MR. KASZUBSKI:  Did you make an

20  appointment?  Is that --

21            THE WITNESS:  She told him to make

22  an appointment.

23  BY MR. McQUEENEY:

24     Q.    Okay.  You didn't have a response.  What

25  did -- did anybody else that was amongst the four of

Anoinette Fett
3/19/2010

Page 29

1    you -- did Detective Melise make a response?

2         A.    I don't recall what his response was.

3         Q.    Okay.

4         A.    He said that he would impound the vehicle.

5         Q.    Okay.

6         A.    Which appeared to get her that much more

7    agitated.

8         Q.    Detective Melise said he would impound the

9    vehicle because she wasn't going to get Victor to come

10   to the door?

11        A.    I wouldn't know --

12                    MR. KASZUBSKI:  Objection,

13   foundation as to why he said that.

14                    THE WITNESS:  I wouldn't know his

15   reasons --

16   BY MR. McQUEENEY:

17        Q.    Okay.  But he was --

18        A.    -- of why.

19        Q.    -- he was asking to talk to Victor, correct?

20        A.    Yes.

21        Q.    He wasn't asking for any other information,

22   right?

23        A.    No.

24        Q.    Right.

25        A.    He was asking to see Victor.

Anoinette Fett
3/19/2010

1      Q.      Okay.  Did he advise you he knew Victor was

2    in the residence when you had that -- when you first

3    came to the home and you conferred with him as you

4    testified a few minutes ago?

5      A.      No, he did not.  He just knew the truck was

6    parked out front and that was the same as the plates

7    given by the restaurant.

8      Q.      And when Ms. Perovich said make an

9    appointment, then is that when Detective Melise said he

10   was going to impound the vehicle?

11     A.      Yes.

12     Q.      And Ms. Perovich was still present, correct?

13     A.      Yes.

14     Q.      Was the door open at that point, the screen

15   door?

16     A.      Yes.

17     Q.      And that's when she became more agitated?

18     A.      Yes.

19     Q.      Okay.  And why didn't you leave at that

20   time?

21     A.      Because she had then pushed my sergeant.

22     Q.      She had pushed your sergeant?

23     A.      Yes.  And then she stated that she was going

24   to get a gun, and from what I heard, that she was going

25   to shoot us.  Followed up by profanities.

Anoinette Fett
3/19/2010

1        Q.    Okay.  You said she pushed Sergeant

2   Cattaneo?

3        A.    Yes.

4        Q.    Okay.  And was he on the porch when she

5   pushed him?

6        A.    Yes.

7        Q.    And did he fall off the porch?

8        A.    No, he didn't fall off the porch.

9        Q.    Did he stumble or did he get pushed back?

10  Did you see any reaction in response to the push?

11       A.    I seen his arm get pushed.

12       Q.    His arm.  Which arm was pushed?

13       A.    He was standing facing the door, his closest

14  arm would be his right arm.

15       Q.    Okay.  So it is your testimony that

16  Ms. Perovich pushed his right arm?

17       A.    Yes.

18       Q.    Okay.  And I just want to kind of visualize

19  this, so if I seem like -- you may have to break it

20  down.  You said she had a cane in one hand at the front

21  door, correct?  You saw that?

22       A.    I never saw it until entry.  I never

23  saw -- I saw her in the doorway.  I couldn't see much

24  more than that.

25       Q.    Okay.  But when you entered, you saw a cane

**Anoinette Fett**
**3/19/2010**

1  in her hand, correct?

2      A.    Yes.

3      Q.    She didn't bend down to pick it up at any

4  time when you were present, right?

5      A.    No.

6      Q.    And she had another hand outside the door at

7  some point, right?

8      A.    Yes.

9      Q.    And you said it was moving side to side?

10     A.    Yes.

11     Q.    Okay.  How was she propping open the door,

12  Mrs. Perovich?

13     A.    I don't know.  I assume with her body.

14     Q.    Okay.  What part of the body was she

15  propping open the door with?

16     A.    I was standing on the grass, so I couldn't

17  tell you exactly what body part she was using.

18     Q.    Okay.  But you were looking at --

19     A.    She had the door open --

20     Q.    I am sorry.  Go ahead.

21     A.    She had the door open, I could see a hand --

22     Q.    You could --

23     A.    -- flailing.

24     Q.    -- you see a hand?

25     A.    I could see her body in the doorway, and she

Anoinette Fett
3/19/2010

1   was visibly upset.

2        Q.    Okay.  And you saw her with some hand which

3   you don't know push your sergeant on the right arm,

4   right?

5        A.    Yes.

6        Q.    He is on the porch?

7        A.    Yes.

8        Q.    Okay.  And you believe some part of her body

9   was propping open the door so that she was able to push

10  his right arm?

11       A.    Yes.

12       Q.    Okay.  When she is propping open the door,

13  did you see her body come out to push Sergeant

14  Cattaneo?

15       A.    I seen her hand push.

16       Q.    You saw her hand?

17       A.    Push him.

18       Q.    And we don't know what hand that is --

19       A.    I don't recall.

20       Q.    -- as you just testified?

21                   Okay.  And you saw Sergeant

22  Cattaneo's right arm move you said?

23       A.    Yes.

24       Q.    Did it move backwards?  Did it move to the

25  side?  How did it move?

Anoinette Fett
3/19/2010

Page 34

```
 1        A.    I couldn't -- I just seen movement.

 2        Q.    You just saw movement?

 3        A.    It was --

 4        Q.    Does that mean you saw his arm move but you

 5   didn't see the push?

 6        A.    I couldn't tell you if it was up or down

 7   or -- I seen a push.

 8        Q.    You saw a push.  Okay.

 9        A.    And the threat to that, I am going to go get

10   a gun.

11        Q.    I will get to that in a minute.

12        A.    Okay.

13        Q.    I will get to that.

14              So you saw a push -- and when you

15   saw this push to the right arm, to Sergeant Cattaneo's

16   right arm, did Sergeant Cattaneo say, you have just

17   assaulted me?  Did he say you pushed me?

18        A.    I don't know any officer that says, you

19   pushed me, when someone pushes them.  It is --

20        Q.    I don't care about anybody.

21        A.    No.

22        Q.    I just care about --

23        A.    He didn't say -- no, he didn't say that.

24        Q.    Okay.  Did our Officer Burgess call out and

25   say, I saw that Sergeant Cattaneo was assaulted?
```

Anoinette Fett
3/19/2010

Page 35

 1      A.    No, no officer stated out loud, I seen that

 2  assault.

 3      Q.    Okay.  Did Sergeant Cattaneo say that I am

 4  going to arrest you for assaulting me?

 5      A.    He didn't state that at the time.  The

 6  threat of, I am going to get a gun, from what I heard,

 7  I am going to go shoot you, followed -- I can't

 8  remember if it is -- I believe she made the threat, she

 9  pushed him, and that's a threat on our lives, so --

10      Q.    Okay.  All right.  We will -- you are eager

11  to get to the threat, okay.

12                MR. KASZUBSKI:  I wonder why.

13  BY MR. McQUEENEY:

14      Q.    Let's get to the threat.  Did the threat

15  precede the push or did the push precede the threat,

16  and then -- what was the order?

17      A.    I believe the threat was first, but the push

18  followed -- the threat, the push, and the turn to

19  retreat to what I believe go do what she just said she

20  was going to do.

21      Q.    Okay.  We have got the threat, the push, and

22  then there was a retreat.  And you could see the

23  retreat?

24                MR. KASZUBSKI:  Object to the term

25  "retreat" as being used.

Anoinette Fett
3/19/2010

```
 1                         MR. McQUEENEY:  That's what she
 2    testified.
 3                         MR. KASZUBSKI:  No, she testified
 4    she was going to go turn and get the gun.  That's what
 5    she said.  Not a retreat.  But go ahead, ask the
 6    question.
 7    BY MR. McQUEENEY:
 8         Q.    Your position is she turned and she was
 9    going to go do what she threatened to do?
10         A.    She said in a very believable voice, I am
11    going to get a gun, from what I heard, I am going to
12    shoot you.
13         Q.    Okay.  You have never met Ms. Perovich
14    before, correct?
15         A.    No.
16         Q.    The very first time.  And in that instance
17    you had had a brief encounter for a few minutes as you
18    testified earlier, right?
19         A.    Yes.
20         Q.    How do you know that's a believable threat?
21         A.    Anybody that says that to a police officer
22    is a credible threat.
23         Q.    Okay.  If somebody makes that statement, it
24    automatically becomes a threat?
25         A.    Yes.
```

Anoinette Fett
3/19/2010

1        Q.    Okay.  A threat is not a violation of the

2    law, right?

3        A.    Totality of the circumstances, have a highly

4    agitated woman that just shoved my sergeant, threatened

5    to go shoot us, and then turned to what I believe go do

6    what she said she was going to do, that's highly

7    credible.

8        Q.    If I threaten to shoot you right now, am I

9    violating the law?  If I threaten to shoot you right

10   now, on any part of your body, am I violating the law?

11                MR. KASZUBSKI:  Objection to the

12   extent it calls for a legal conclusion.  However, I

13   would say yes, but that's not for me to say.

14                MR. McQUEENEY:  You are not

15   testifying.

16                MR. KASZUBSKI:  Sure.

17                MR. McQUEENEY:  I want to know from

18   the officer.

19                THE WITNESS:  I take the totality of

20   circumstances and what's going on, your demeanor, you

21   are visibly agitated, you are shaking your hands at me

22   or your hand at me, I am going to go get a gun, I am

23   going to go shoot you, you turn to go do what I believe

24   you said you are going to do.  I cannot wait until I

25   see a gun in my face.  It is too late.

Anoinette Fett
3/19/2010

1    BY MR. McQUEENEY:

2        Q.    We will get to that incident.  I want to

3    know if I make a threat right now, I am going to shoot

4    you, Officer Fett, am I violating the law?

5        A.    You are threatening a police officer.

6        Q.    Is that a violation of the law?  Is that a

7    violation of the law if I threaten to --

8                  MR. KASZUBSKI:  If you know.

9    BY MR. McQUEENEY:

10       Q.    If you know.

11       A.    A threat in and of itself, if I don't -- it

12   has to be a credible threat.  This I believed to be a

13   credible threat, like I said, because it is coupled

14   with she is highly agitated.

15       Q.    I just want an answer to my question.

16       A.    Her voice is very strong, I am going to get

17   a gun, I am going to go shoot you.  Turned to go do it.

18   And I believe a credible threat.

19       Q.    I want an answer to my question that I just

20   asked you two minutes ago.  I am going to shoot you,

21   Officer Fett, am I violating the law?

22                  MR. KASZUBSKI:  You already answered

23   the question.

24                  MR. McQUEENEY:  I don't know if she

25   has answered it or not.

Anoinette Fett
3/19/2010

Page 39

1                        THE WITNESS:  I believe you are

2      threatening a police officer.

3      BY MR. McQUEENEY:

4           Q.    Is that a violation of the law?

5           A.    A threat on my life, I would think so.

6           Q.    You would think so?

7           A.    Yes.

8           Q.    But you are not certain?

9                        MR. KASZUBSKI:  Asked and answered.

10     She would think so.

11     BY MR. McQUEENEY:

12          Q.    You are not certain?

13                       MR. KASZUBSKI:  Asked and answered.

14     BY MR. McQUEENEY:

15          Q.    Go ahead.

16                       MR. McQUEENEY:  She can answer.

17                       THE WITNESS:  It is a threat on my

18     life.

19                       MR. McQUEENEY:  Mark this one

20     Exhibit A -- or Number 1.  I am sorry.

21          DEPOSITION EXHIBIT 1

22          WAS MARKED BY THE REPORTER

23          FOR IDENTIFICATION

24     BY MR. McQUEENEY:

25          Q.    You have got 1, right?

Anoinette Fett
3/19/2010

Page 40

1        A.    Yes.

2        Q.    You have got the incident report in front of

3    you, okay.

4                Officer Fett, you have Plaintiffs'

5    Exhibit Number 1.  You also have another additional

6    copy in front of you.  First of all, would you

7    acknowledge that there are seven pages to the exhibit?

8        A.    Yes, I do.

9        Q.    And this is the incident report dated

10    10/30/2007?

11        A.    Yes, it is.

12        Q.    Okay.  And there is a report prepared by

13    Sergeant Cattaneo, correct?

14        A.    Yes, there is.

15        Q.    And his report is three pages, correct?

16        A.    Yes, it is.

17        Q.    Okay.  And your report is immediately

18    following Sergeant Cattaneo's report, correct?

19        A.    Yes, it is.

20        Q.    And that contains two pages?

21        A.    Yes.

22        Q.    And Officer Burgess' report is a one-page

23    document following your report?

24        A.    Yes.

25        Q.    And the very last part of Exhibit 1 is a

Anoinette Fett
3/19/2010

Page 41

1   Sterling Heights Police Department property record,

2   right?

3       A.    Yes, it is.

4       Q.    And it lists one item that was on this

5   report, correct?

6       A.    Yes.

7       Q.    Let's turn back --

8                   MR. PEACOCK:  Mr. McQueeney, the

9   Cattaneo report -- the substantive report is only one

10  page; is that correct?

11                  MR. McQUEENEY:  I believe Cattaneo's

12  report is three pages.

13                  MR. PEACOCK:  Three pages, but the

14  substantive part is only Page 3, isn't it?

15                  MR. McQUEENEY:  I believe that's

16  correct.

17                  MR. PEACOCK:  Okay.  Thank you.

18  BY MR. McQUEENEY:

19      Q.    Let's go to your report on -- Officer Fett,

20  and that's two pages as you testified, right?

21      A.    Yes.

22      Q.    Okay.  And I would ask that you go roughly

23  halfway down the page where -- I guess that would be

24  lines 15 through 18.  Do you see that?

25      A.    Okay.

**Anoinette Fett**
**3/19/2010**

1      Q.    And it suggests, I had informed Maria that

2   Detective Melise was a Clinton Township detective and

3   that he had some follow-up investigation to conduct.

4   That's your statement to Ms. Perovich, right?

5      A.    Yes.

6      Q.    Okay.  Detective Melise then required [sic]

7   to speak to her son Victor, and Maria stated he is not

8   home, you come back and make an appointment to speak to

9   him.  Is that her exact words, if you recall?

10      A.    Yes.

11      Q.    And you have in quotation marks, Maria then

12   became extremely hostile towards us and yelled, and

13   then there is another set of quotation marks, I'm going

14   to get a gun and I am going to shoot you.  Do you see

15   that -- those sentences or those statements?  Excuse

16   me.

17                  MR. KASZUBSKI:  The one objection I

18   have is that the quotation mark appears to be a typo,

19   there's a space, it looks like it should be at the end

20   of the word "him" with the exclamation mark.  The next

21   quoted words start with "I'm," but is that --

22   BY MR. McQUEENEY:

23      Q.    Do you see that statement in the quotation

24   marks?

25      A.    Yes.

Anoinette Fett
3/19/2010

1        Q.    Okay.  And you said, I am going to -- in

2   your report, I am going to get a gun and I am going to

3   shoot you.  Now, those are in quotes, right?

4        A.    Yes.

5        Q.    And that's -- you put that in the report,

6   that's what she said to --

7        A.    That's what I believe she said.

8        Q.    That's what you believe she said?

9        A.    Yes.

10       Q.    The reason you put it in the quotes is

11  because that's what you believe she said?

12       A.    Yes.

13       Q.    Okay.  And you made this report, at the very

14  bottom, it looks like 0937?

15       A.    Pardon me?

16       Q.    Is that when you made the report --

17       A.    That would be the sergeant that reviewed the

18  report.

19       Q.    Okay.

20       A.    That's the officer's badge -- sergeant's

21  badge number that reviews the report.

22       Q.    I don't see a badge number.

23       A.    It says reviewed by 0937.

24       Q.    Okay.  All right.  My mistake.

25              At the very top of the page, it says

Anoinette Fett
3/19/2010

1    0935, is that the time you arrived or is that the time

2    you prepared your report?  Do you see that at Line 2?

3         A.    Yeah, the arrival time would have been --

4    that would have been the time the incident occurred.

5         Q.    Okay.  All right.  So how soon after this

6    incident had ceased did you create your report?  Was it

7    the same day?

8         A.    That would be right after the incident.

9         Q.    Right after the incident.  Did you go back

10   to the department and create it or did you type it on a

11   computer?

12        A.    No, we type it in our vehicles.

13        Q.    Okay.  And when Maria made the statement, I

14   am going to get a gun and I am going to shoot you, was

15   she directing that statement towards you?

16        A.    She appeared to be directing it at all of

17   us, she followed it up with profanity, called us

18   bastards.

19        Q.    Okay.  Do you know if Maria was aware that

20   all -- that there were four officers at the time that

21   she made this threat?

22              MR. KASZUBSKI:  Object to

23   foundation.

24              THE WITNESS:  I wouldn't know.

25              MR. KASZUBSKI:  Answer if you know.

**Anoinette Fett**
**3/19/2010**

1    BY MR. McQUEENEY:

2        Q.    And she said bastards.  When she made that

3    statement, you were off the porch, correct?

4        A.    Yes.

5        Q.    Were you directly in front of the porch or

6    off to the side?

7        A.    I was off to the side.

8        Q.    Was that Officer Burgess' position also?

9        A.    Yes.

10       Q.    Off to the side?

11       A.    (Nodded).

12       Q.    And when she said bastards, you don't know

13   whether she was referring to you or to Detective Melise

14   and Sergeant Cattaneo or all four of you?

15       A.    It appeared to be all four.

16       Q.    It appeared to be all four, okay.

17                 And --

18                 MR. KASZUBSKI:  Do you need a break,

19   Victor?

20                 MR. McQUEENEY:  Do you need a break?

21                 MR. GOJCAJ:  No.

22   DEPOSITION EXHIBIT 2

23   WAS MARKED BY THE REPORTER

24   FOR IDENTIFICATION

25                 MR. PEACOCK:  This is Exhibit 2?

Anoinette Fett
3/19/2010

Page 46

1                    MR. McQUEENEY:  Exhibit 2.

2    BY MR. McQUEENEY:

3        Q.    Officer, I have handed you Plaintiffs'

4    Exhibit 2.  And these are your Answers to

5    Interrogatories -- or first of all, are these your

6    Answers to Interrogatories?

7        A.    Yes.

8        Q.    Okay.

9                    (Ms. McGrail exited room at about

10   10:46 a.m.)

11   BY MR. McQUEENEY:

12       Q.    And you signed those?

13       A.    Yes.

14       Q.    You reviewed them before you signed them?

15       A.    Yes.

16       Q.    And you swore to the statements

17   contained -- the answers contained in response to the

18   questions?

19       A.    Yes.

20       Q.    Okay.  I would ask you to turn to Page 8,

21   please.  And please review the answer to question

22   number 9 to yourself, please.

23       A.    Okay.

24       Q.    You have read the entire answer.  You would

25   admit that in your answer, there is nothing to suggest

Anoinette Fett
3/19/2010

1    that that statement -- that Ms. Perovich stated that

2    she was going to shoot you?

3                        MR. KASZUBSKI:  Objection to the

4    extent that this request asked her to state that.

5    BY MR. McQUEENEY:

6        Q.    Is there anything in your answer suggesting

7    that she was going to shoot anyone?

8                        MR. KASZUBSKI:  What did she tell

9    you?

10                       THE WITNESS:  She told me like she

11   did in quotations, she was going to get her gun, she

12   was going to shoot us, from what I heard.

13   BY MR. McQUEENEY:

14       Q.    Is that statement in your answer to

15   number -- Question Number 9?

16       A.    I have, get her gun, believed to be a

17   credible threat, she turned to do so what I believed

18   was a credible threat.

19       Q.    I understand that.

20       A.    To get a gun and turn and do so is a

21   credible threat.

22       Q.    That's not my question.

23       A.    Okay.  What is your question?

24       Q.    My question is:  Where in your statement,

25   your answer to Number 9, Question Number 9, is the

Anoinette Fett
3/19/2010

Page 48

 1   statement which is contained in Page 1 of your police

 2   report, I am going to get a gun and I am going to shoot

 3   you, where does it say I am going to shoot you in your

 4   answer?

 5                    MR. KASZUBSKI:  Same objection in

 6   that this question didn't call for her to say exactly

 7   what she stated.

 8                    MR. McQUEENEY:  Whatever.

 9                    MR. KASZUBSKI:  Are you asking

10   her -- explain why it wasn't there, at the full

11   statement what she said to her wasn't incorporated

12   because that question didn't ask her to say that.  So

13   now you are asking her to explain that.  It doesn't

14   make sense.

15                    MR. McQUEENEY:  No.  It makes

16   perfect sense.

17                    MR. KASZUBSKI:  It makes no sense.

18   BY MR. McQUEENEY:

19        Q.    There is nothing in there that says, I am

20   going to shoot you, correct, in that answer?

21        A.    In that answer, someone says, I am going to

22   get a gun, and I am a police officer, that's a credible

23   threat on my life.

24        Q.    I understand that.  Just answer my question.

25   Is it in -- is the words "I am going to shoot you" in

**Anoinette Fett**
**3/19/2010**

1    that answer?

2                      MR. KASZUBSKI:  Don't yell at my

3    officer.

4                      MR. McQUEENEY:  I am not yelling.  I

5    am just trying to make a point here.

6    BY MR. McQUEENEY:

7         Q.    Is there words in there "I am going to shoot

8    you" in that answer?  It is a simple question.

9         A.    In that answer it says, get her gun.

10        Q.    That's all that's stated in there, right?

11        A.    Yes.

12        Q.    Okay.  This answer -- let me read the

13   question into the record.  Please describe what efforts

14   you made to obtain an arrest warrant and a search

15   warrant to enter Ms. Perovich's residence on

16   October 20th -- excuse me, October 30th, 2007.  Do you

17   see that question?

18        A.    Yes.

19        Q.    And your answer is in response to that

20   question, right?

21        A.    Yes.

22        Q.    Okay.  And you described the circumstances

23   which occurred in your presence prior to the entry of

24   the home, right?

25        A.    Yes, I did.

Anoinette Fett
3/19/2010

Page 50

1      Q.    Okay.  But that is devoid of the statement

2    which is in your police report, I am going to shoot

3    you?

4                    MR. KASZUBSKI:  Objection.  Look at

5    Interrogatory 15, as to the question that's actually

6    more pertinent to what she saw that night.  It says --

7    go back to her police report.

8                    MR. McQUEENEY:  Okay.  Well, let's

9    just stay with Number 9.  I will get to 15 later.

10                   MR. KASZUBSKI:  Yeah.

11                   THE WITNESS:  Someone tells me they

12   are going to get a gun and they are highly agitated and

13   they turn to do so, what I believe to be a credible

14   threat, it is a credible threat.

15   BY MR. McQUEENEY:

16     Q.    You have made that statement at least three

17   or four times.

18     A.    Okay.  And I am reiterating it.

19     Q.    Okay.  But the answer to this Question

20   Number 9 is different from what you have got in your

21   police report, correct?

22                   MR. KASZUBSKI:  Objection to the

23   fact it is not different, but --

24                   MR. McQUEENEY:  Your objection is

25   noted.

**Anoinette Fett**
**3/19/2010**

 1   BY MR. McQUEENEY:

 2       Q.    You said in your police report, Maria then

 3   became extremely hostile -- grab Exhibit 1 for me,

 4   please, and look at your statement.

 5       A.    Okay.

 6       Q.    Maria then became extremely hostile towards

 7   us and yelled, I am going to get a gun and I am going

 8   to shoot you.  Those -- that's your statement

 9   attributed to Ms. Perovich, right?

10       A.    Yes, it is.

11       Q.    Okay.  And you put it in quotation marks

12   because you believe that's exactly what she said?

13       A.    Yes.

14       Q.    Okay.  In this Answer 9 you state,

15   Ms. Perovich threatened to get her gun, and you put

16   that in quotation marks, you have got that on your

17   answer --

18       A.    Yes, I see that.

19       Q.    -- that's Exhibit 2, and pushed Officer

20   Cattaneo away in what appeared to be an attempt to

21   carry out that threat.  Do you see that?

22       A.    Yes.

23       Q.    You don't have it in quotation marks that I

24   am going to shoot you?

25              MR. KASZUBSKI:  Same objection.

Anoinette Fett
3/19/2010

Page 52

1                    MR. McQUEENEY:  Noted.

2                    THE WITNESS:  As I have said, if

3    someone says they are going to get a gun, they have

4    been yelling at me and screaming at me, and I believe

5    it is a credible threat, very stern voice, turns to go

6    do so, it is a credible threat to me.

7    BY MR. McQUEENEY:

8         Q.    How many time have you received a --

9         A.    She has already pushed the officer.

10        Q.    She has already pushed the officer on the

11   porch as you have testified.  Did you change your

12   answer in your Interrogatory after you reviewed the

13   videotape?

14        A.    No.

15                   MR. McQUEENEY:  You need to take a

16   break?

17                   MR. GOJCAJ:  (Nodded).

18                   MR. KASZUBSKI:  Take a break.

19                   (Off the record at about 10:53 a.m.)

20                   (On the record at about 11:08 a.m.)

21                   MR. McQUEENEY:  Let the record

22   reflect we are going to play an audio tape that has

23   been provided to opposing --

24                   MR. PEACOCK:  Videotape.

25                   MR. McQUEENEY:  Excuse me, video and

**Hanson Renaissance Court Reporting & Video**
**313.567.8100    www.hansonreporting.com**

Anoinette Fett
3/19/2010

Page 53

1   audio tape, that has been provided to opposing counsel

2   during the course of discovery and which was ultimately

3   received by my client from the Sterling Heights Police

4   Department.

5                    (Video being played)

6                    MR. McQUEENEY:  We just took a

7   break.

8                    MR. GOJCAJ:  No, no, no, keep going.

9                    MR. KASZUBSKI:  You can have him go

10  sit out there for a while.

11                   MR. GOJCAJ:  I can't watch it.

12                   (Mr. Gojcaj left room at 11:11 a.m.)

13                   MR. KASZUBSKI:  Isn't he the one

14  that put it on his own computer and DVD'd it already

15  for his own use?

16                   MR. McQUEENEY:  What was that?

17                   MR. KASZUBSKI:  In his deposition he

18  testified he put it on his own computer and DVD'd it

19  for his own use.  He cut it to a DVD already.

20                   MR. McQUEENEY:  He may have

21  testified, I don't remember.

22                   MR. KASZUBSKI:  Let the record

23  reflect that Mr. Gojcaj has left the deposition.

24                   MR. McQUEENEY:  Let the record

25  reflect the plaintiff, Mr. Victor Gojcaj, is outside

**Anoinette Fett**
**3/19/2010**

1    the presence of the deposition and will be outside for

2    a few minutes.  Thank you.

3                    (Video being played)

4    BY MR. McQUEENEY:

5        Q.    Officer, is that Sergeant Cattaneo at the

6    front door?

7        A.    Yes, it is.

8        Q.    Is that Detective Leo Melise?

9        A.    Yes, it is.

10       Q.    Can you hear it okay?

11       A.    Yes.

12       Q.    Is there a marking on Detective Melise that

13   shows he's a police officer that you can see on the

14   video?

15       A.    I can't see from here.

16       Q.    At the time that you came up to the

17   residence, was there any indication in your eyes that

18   this was a detective, any badge, any markings on his

19   casual clothing that would lead you to believe he is a

20   police officer?

21       A.    I can't recall.  He is wearing a jacket

22   right now.  Typically, they have the badges on the

23   belt.  I don't know.  At the time I know they were

24   already out at the scene so I don't know what had

25   happened prior to my arrival.

Anoinette Fett
3/19/2010

```
 1                    (Video being played)

 2    BY MR. McQUEENEY:

 3         Q.    Is that Officer Burgess walking towards

 4    Detective Melise that you see on the video?

 5         A.    Yes, it is.

 6         Q.    And you haven't arrived yet?

 7         A.    I am -- I have not arrived yet.  No,

 8    actually -- actually you can't see -- I can hear

 9    myself, so I am off camera.

10         Q.    Is that Sergeant Cattaneo right there --

11         A.    Yes.

12         Q.    -- in the front -- directly in front of

13    Detective Melise?

14         A.    Yes.

15                    MR. KASZUBSKI:  Before -- sorry, I

16    wanted to point out that Officer Fett had indicated

17    that she could hear herself on the tape, so she is

18    actually there.

19                    MR. McQUEENEY:  She testified to

20    that.

21                    THE WITNESS:  I can --

22                    MR. KASZUBSKI:  I didn't know if you

23    heard that.

24                    MR. McQUEENEY:  I heard that.

25                    (Video being played)
```

Anoinette Fett
3/19/2010

Page 56

1    BY MR. McQUEENEY:

2         Q.    Is that you on the tape that we can't see

3    but you are saying hang up and talk to us?

4         A.    Yes.

5         Q.    Okay.  That's your voice?

6         A.    Yes.

7         Q.    You were the only female officer there,

8    correct?

9         A.    Yes.

10        Q.    Okay.  And I know we have got a pause, but

11   that gentleman in front of Detective Melise is still

12   Sergeant Cattaneo?

13        A.    Yes.

14        Q.    And although you can't see it on the video,

15   off to the side where you said was on the grass,

16   somewhere was Officer Burgess?

17        A.    Yes.

18        Q.    Okay.  Had anybody drawn their firearms at

19   that time?

20        A.    Walking up to the residence you are asking?

21        Q.    Yeah.

22        A.    No.

23        Q.    Okay.

24                    (Video being played)

25   BY MR. McQUEENEY:

Anoinette Fett
3/19/2010

1        Q.    You had testified before the break that you

2    saw a hand.  Was that the hand you saw gesturing you

3    saw in the video?

4        A.    She had one hand -- yeah, she is gesturing.

5        Q.    Okay.  And she is not using that hand to

6    push Sergeant Cattaneo, correct, at this time?

7        A.    Not up to this point.

8                        (Video being played)

9    BY MR. McQUEENEY:

10        Q.    You saw on the video where Ms. Perovich said

11    I am going to go get my gun and get you off my

12    premises, correct, you heard that?

13        A.    In the video now I still have a problem with

14    all the background with what's said after I am going to

15    go get my gun, on the video.

16        Q.    Okay.  But on the video, you heard exactly

17    what she said, right?

18        A.    I mean, I still think it is garbled where I

19    don't hear after, I am going to get my gun, she is kind

20    of ranting and raving, and it is hard to hear all the

21    content of --

22        Q.    Okay.

23                        (Video being played)

24    BY MR. McQUEENEY:

25        Q.    Did you hear her -- did you hear that -- on

**Anoinette Fett**
**3/19/2010**

Page 58

1   that video, that she said, I am going to get my gun and

2   shoot anybody?

3                         MR. PEACOCK:  No.  She said, I am

4   going to get my freaking gun.

5                         MR. McQUEENEY:  Whatever.

6                         MR. PEACOCK:  No, no, let's make

7   sure it is accurate.

8   BY MR. McQUEENEY:

9       Q.    Did you hear what she said?

10      A.    I heard that she said I am going to get my

11  freaking gun.

12      Q.    And?

13      A.    It is garbled.  I still do not know what the

14  rest of it is.  I am a 60-year-old milady, going crazy.

15      Q.    Did you hear at any time that she is going

16  to shoot anybody in that -- what was played a couple of

17  minutes ago, she was talking to you about?

18      A.    I heard that she is going to get her

19  freaking gun and she is gesturing, highly agitated.

20      Q.    Right.  Okay.  And did you see her push

21  Sergeant Cattaneo in that video?

22      A.    On the video?

23      Q.    Yes.

24      A.    It is not on the video.

25      Q.    Well, you testified before the break that

Anoinette Fett
3/19/2010

1    she pushed him when he was on the porch.

2         A.    Yes.

3         Q.    Would you agree that where Sergeant Cattaneo

4    and Detective Melise is out on the porch, right, in

5    this video?

6         A.    Yes.

7         Q.    Okay.  Did you see her push him while he was

8    on the porch?

9         A.    She had the door open.  He was on the porch.

10   After she makes the threat, he goes to grab for her.

11   She is pushing.  She is flailing.

12                    MR. KASZUBSKI:  She is still on the

13   porch right there, off camera.

14                    THE WITNESS:  Yeah, he is off

15   camera.

16                    (Video being played)

17   BY MR. McQUEENEY:

18        Q.    There is Sergeant Cattaneo?

19        A.    Yes.

20        Q.    You see her gesturing.

21                    While this is going on, the door is

22   partially open, right?

23        A.    Yes.

24        Q.    Did you see Sergeant Cattaneo with his left

25   hand grab something?  Was that the door?

Anoinette Fett
3/19/2010

1      A.    He goes to grab for her because she turns

2  and we believe that she is going to get a gun, so it is

3  at that -- she is flailing.  She is pushing.  She

4  turns.  I am going to get my gun.

5      Q.    Did you see her push in that video, push any

6  part of --

7      A.    In the video?

8      Q.    You said that -- before the break, that

9  Mrs. Perovich pushed on his right arm.  Did you see in

10 that video prior to him entering the residence right

11 now --

12              MR. KASZUBSKI:  Objection to the

13 extent that he was entered in the residence and still

14 on camera.  He -- there is a -- this camera does not

15 show that entire porch scene.

16              MR. McQUEENEY:  Yes, it does.

17              MR. KASZUBSKI:  No, it does not.

18 Not even close.

19 BY MR. McQUEENEY:

20      Q.    Did you see her push his right arm?

21      A.    I did see a push.  It is not --

22      Q.    Where?

23      A.    It is -- I am off to the side here, I see a

24 push.

25      Q.    Did you see it in that video?

Anoinette Fett
3/19/2010

1      A.    I don't see it on video.  It doesn't mean it

2    didn't happen because it is not on video.

3      Q.    But we will admit for the record that it

4    wasn't -- you didn't see it on the video yet, right?

5                    MR. KASZUBSKI:  It is not captured

6    on that video.

7                    (Video being played)

8                    THE WITNESS:  It is not captured on

9    that video.  Nor does it happen as soon as we enter, it

10   is not captured on the video.

11   BY MR. McQUEENEY:

12     Q.    So it is your position that the push

13   occurred off the video?

14     A.    It didn't -- the video didn't capture the

15   video, nor does it capture what is occurring as soon as

16   we enter the premises.

17     Q.    It only shows the front porch scene, right?

18     A.    It shows limited front porch.  You can't see

19   the entire front porch.  You can't even --

20     Q.    As Sergeant Cattaneo is going into the

21   residence, is that when she pushed him?

22     A.    That's when she starts flailing.  He is

23   trying to prevent her from -- yeah, the push -- she is

24   flailing around.  She pushes him, says, I am going to

25   get the gun, retreats.

Anoinette Fett
3/19/2010

1        Q.    Okay.

2        A.    It is not -- I don't see it on camera

3    because the angle of the camera is set up within the

4    home.

5        Q.    Is that Officer Burgess right there?

6        A.    Yes, it is.

7                    (Mr. Gojcaj entered room at about

8    11:28 a.m.)

9    BY MR. McQUEENEY:

10       Q.    So what's contained on the video doesn't

11   demonstrate that -- you saw a push on the right arm,

12   correct?

13       A.    That's correct.

14       Q.    Do you know how old Mrs. Perovich was at the

15   time that you were at the residence on

16   October the 30th, 2007?

17       A.    I have no idea.

18       Q.    Okay.  In your estimation, was she elderly,

19   was she young, was she middle-aged?

20                    MR. PEACOCK:  Careful how you define

21   young.

22                    MR. KASZUBSKI:  How old is Pete?

23   That would be young still.

24                    MR. PEACOCK:  Thank you.

25   BY MR. McQUEENEY:

Anoinette Fett
3/19/2010

Page 63

```
 1        Q.    Was she in her 20s, 30s?

 2        A.    I would say she was in her 60s.

 3        Q.    Elderly, 60s?

 4              MR. PEACOCK:  I am not there yet.

 5   BY MR. McQUEENEY:

 6        Q.    Was she elderly?

 7        A.    If you deem 60 elderly.

 8        Q.    Okay.  How many times has a 60-year-old or

 9   60-plus-year-old woman made a credible threat to you

10   with a gun?

11        A.    Anybody that makes a threat is credible

12   whether they are 14 or whether they are 60.

13              There's been officers shot by 14

14   year olds.  We have a training video of an officer shot

15   and killed, a State Trooper, he was about probably 70

16   or 80, with his first shot from the hip.

17        Q.    Does Sterling Heights have an S.W.A.T. team?

18        A.    Yes.

19        Q.    Was the S.W.A.T. team --

20        A.    Actually they partner up with Macomb County

21   Sheriff's.  We don't have our own.  Currently working

22   on that.

23        Q.    Okay.  On October 30th, 2007, did Sterling

24   Heights have the -- could a S.W.A.T. team have been

25   called in in this incident?
```

Anoinette Fett
3/19/2010

Page 64

1      A.    S.W.A.T. teams -- there's no time for a

2  S.W.A.T. team.  There is a credible threat to this

3  effect.

4      Q.    You could have left the residence after the

5  threat, right?

6      A.    My sergeant was pushed.  I have a threat

7  going.  I cannot run away from threats that occur.  I

8  have to address a threat that's happening in front of

9  me.  I have my sergeant just being pushed, a lady

10  saying, I am going to go get my freaking gun.  She is

11  turning to go do what I believe she is going to go get

12  a gun and shoot us.

13      Q.    A 60-year-old woman is going to turn to go

14  get a gun and shoot you and you consider that to be a

15  credible threat?

16      A.    Absolutely, yes.

17      Q.    And she has a cane.  Do you think she was

18  going to be able to sprint back into the house and get

19  the gun and shoot you?

20      A.    Yes.

21      Q.    Okay.  Very good.

22            Is Sergeant Cattaneo a member of

23  that S.W.A.T. team back on October the 30th, 2007, if

24  you know?

25      A.    He had been a member of it.  I couldn't tell

Anoinette Fett
3/19/2010

Page 65

1    you exactly on that date if he was still active.

2         Q.    Okay.  Based upon the threat, if you feel

3    that the threat was credible, you, Sergeant Cattaneo

4    and Officer Burgess and Detective Melise were going

5    into a known danger; is that what your testimony is?

6         A.    That's what we do every day, yes.  That's my

7    testimony.

8         Q.    I don't care what's going on every day.

9         A.    Okay.

10        Q.    I care what's going on October the 30th,

11   2007.

12        A.    Yes.

13        Q.    So you were -- you're putting yourself in

14   harm's risk to go into a residence which you believe is

15   a credible threat?

16        A.    I am going into a residence to stop a

17   credible threat.  I am trying to not get killed.

18        Q.    Correct.  But you could have not entered the

19   residence and left, correct?

20        A.    At the time she pushes my sergeant and turns

21   to go get -- there's not a whole lot of time.  I could

22   get shot in the back as I am trying to retreat.

23        Q.    How big is that house that you went in to?

24        A.    I couldn't tell you square footage.

25        Q.    Okay.

Anoinette Fett
3/19/2010

1        A.     It is a single-story brick ranch.

2        Q.     Ms. Perovich was brought to the floor by

3   Sergeant Cattaneo just inside the door, right?

4        A.     No.

5        Q.     No.  Okay.

6               How did she get to the floor?

7        A.     He grabbed for her left wrist and I grabbed

8   for her right wrist while she was flailing, as I

9   indicate in my report, I believe she dropped dead

10  weight right then.

11       Q.     She dropped dead weight to the floor?

12       A.     That's what I have in my report.  She was

13  not pushed.  She was not shoved.  We did nothing but

14  grab her wrist.

15       DEPOSITION EXHIBIT 3

16       WAS MARKED BY THE REPORTER

17       FOR IDENTIFICATION

18  BY MR. McQUEENEY:

19       Q.     Officer Fett, I have handed you Plaintiffs'

20  Exhibit Number 3.  Does this look like the inside of

21  the residence you entered into on October 30th, 2007?

22       A.     Yes.

23       Q.     Okay.  And that is the -- is that the front

24  door you see in the left side of the picture?

25       A.     Yes, it is.

Anoinette Fett
3/19/2010

1        Q.    Okay.  And there is it looks like an

2   entertainment unit within a few feet of the door?

3        A.    Yes.

4        Q.    Okay.  And there is also a table within a

5   few feet of that entertainment unit.  Do you see that

6   in the bottom left-hand corner?

7        A.    Yes.

8        Q.    And there's a chair in the right-hand

9   corner -- bottom right-hand corner?

10       A.    Yes.

11       Q.    Okay.  And it appears that it is a flat

12  surface, there is no depression, it looks like it is

13  all one level, right?

14       A.    It appears so.

15       Q.    Do you recall whether there was an up or

16  down from the door to -- into -- walking into that

17  area?

18                    MR. KASZUBSKI:  Can you tell?

19                    THE WITNESS:  From this picture?

20  BY MR. McQUEENEY:

21       Q.    Yeah -- well, no, from your recollection.

22  Do you recall whether there was a landing of some sort

23  at the front door inside the house?

24       A.    I thought that there might have been a step

25  up.

Anoinette Fett
3/19/2010

1      Q.    Okay.  Does it look like there is a step up

2   in the picture?

3      A.    The picture is kind of cut off.  I can't

4   tell past the entertainment center.

5      Q.    Okay.

6      A.    It doesn't show the full living room.

7      Q.    It doesn't show the full living room?

8      A.    No.

9      Q.    Could there have been a step up on the other

10  side of the living room?

11     A.    Possible.

12     Q.    Possible?

13     A.    I can't see the full view here with this

14  picture.

15     Q.    Was there any more than one door at the

16  front of the house or just this door that we see in the

17  picture?

18     A.    I believe the one door.

19     Q.    Was there a back door to the house, if you

20  know?

21     A.    I never went through the house to look for a

22  back door.

23     Q.    Okay.  Did anybody take a sweep of the

24  house?

25     A.    We did a general sweep of the area.

Anoinette Fett
3/19/2010

Page 69

1      Q.    What area?

2      A.    The living -- the immediate area right here.

3      Q.    Who did the sweep, you or Sergeant Cattaneo

4   or Officer Burgess or Detective Melise or all four of

5   you?

6      A.    Well, it would be all four of us looking

7   around the general -- I mean, that's your area here you

8   are dealing with.  That's the area we were in right

9   there, in fact.

10     Q.    Okay.

11     A.    That's it.

12     Q.    And did you -- you didn't find any weapons,

13  correct?

14     A.    No.

15     Q.    No.  I am sorry, let me rephrase that.  You

16  didn't find any firearms, correct?

17     A.    No.

18     Q.    No handguns, no shotguns, correct?

19     A.    No.

20     Q.    Okay.  And did anybody do a sweep of the

21  house to ascertain whether or not Mrs. Perovich had a

22  gun?

23     A.    We did not go room through room.

24     Q.    Okay.  And who seized the videotape that

25  you -- that you testified was listed on the last page

Anoinette Fett
3/19/2010

1    of the police report?

2         A.    Who seized it?

3         Q.    Yes.  Was it you, Officer Burgess, or

4    Sergeant Cattaneo?

5         A.    I had never viewed the videotape until I met

6    with --

7         Q.    No, who took it out of the house?

8         A.    Who took it?  Sergeant Cattaneo.

9         Q.    Where did he take it from?  Did he take it

10   from anywhere near that television set on that

11   entertainment unit?

12        A.    Yeah.  The TV was on at the time.

13        Q.    Okay.

14        A.    It would be a VHS at the time.  It was

15   confiscated by Sergeant Cattaneo.

16        Q.    Okay.  Did he say why -- to you or anybody

17   present, why he was taking the VHS tape?

18        A.    Well, it would be evidence of the crime

19   occurring.

20        Q.    What crime?

21        A.    The assault.

22        Q.    The assault?

23        A.    Yes.

24        Q.    Okay.  Evidence of the assault which there

25   is nothing on the video showing the assault occurred,

Anoinette Fett
3/19/2010

Page 71

1    right?

2                        MR. KASZUBSKI:  Objection.  There is

3    plenty on the video showing an assault occurring,

4    threatening a police officer --

5                        MR. McQUEENEY:  Let her testify.

6                        MR. KASZUBSKI:  I'm sorry.

7                        MR. McQUEENEY:  Move to strike that

8    statement.  Let her testify.

9                        MR. KASZUBSKI:  Objection,

10   mischaracterizes the testimony today and the videotape.

11   BY MR. McQUEENEY:

12       Q.    You said the videotape was taken to -- as

13   evidence of the assault?

14       A.    Yes.

15       Q.    And as you watched the videotape, there is

16   no showing of an assault on the tape, correct?

17       A.    No one knew what was on the tape.  We just

18   knew that he had a camera in place, obviously taping

19   video, audio of everything that had occurred.

20       Q.    Okay.

21       A.    Wouldn't know at the time what angles or

22   what had been captured.

23       Q.    Sure.  Could the tape have also been taken

24   to protect the -- Sergeant Cattaneo or anybody else for

25   an unlawful entry into the residence?

Anoinette Fett
3/19/2010

1              MR. KASZUBSKI:  Objection, calls for

2     speculation.  Come on, if that was the case, why did

3     they make a record?

4     BY MR. McQUEENEY:

5         Q.    Could the tape have been seized to prevent

6     anybody finding that there was an unlawful entry into

7     the residence?

8         A.    No.  It would be evidence of what occurred.

9         Q.    Okay.  How many times did -- does

10    Mrs. Perovich push Sergeant Cattaneo?  Was it once,

11    twice, more than once?

12        A.    It was once, and then action was taken.

13        Q.    I am sorry?

14        A.    It was once and then action was taken.

15        Q.    Okay.

16        DEPOSITION EXHIBIT 4

17        WAS MARKED BY THE REPORTER

18        FOR IDENTIFICATION

19    BY MR. McQUEENEY:

20        Q.    Officer Fett, I have provided you with

21    Plaintiffs' Exhibit 4.  First of all, would you

22    acknowledge that there is three pages to Plaintiffs'

23    Exhibit 4?

24        A.    I would acknowledge that.

25        Q.    Okay.  And this is an item of -- police

Anoinette Fett
3/19/2010

1    report authored by Detective Melise provided in the

2    Answers to Discovery by Detective Melise's counsel

3    and -- first of all, I would ask that you review the

4    last -- on the first page, the last four lines starting

5    with -- it says "The" and "W slash F" which I presume

6    would be white female.  Do you see that?

7         A.    Yes, I do.

8         Q.    Okay.  Read that to yourself, please.

9         A.    Okay.

10        Q.    Do you see that -- and this is I believe

11   Detective Melise's incident report.

12        A.    Okay.

13        Q.    And it says that a white female then said if

14   we didn't get off her property, she would get a gun and

15   shoot us and she closed the storm door.  Do you see

16   that?

17        A.    Okay.

18        Q.    Okay.  And then it says Sergeant Cattaneo

19   opened the screen door to speak with the lady and she

20   pushed the sergeant in the chest.  Do you see that?

21        A.    Okay.

22        Q.    And then it goes on, he told her several

23   times to calm down and she pushed him again.

24        A.    Okay.

25        Q.    Okay.  And continuing on to the next page,

Anoinette Fett
3/19/2010

1  the sergeant tried to grab her hand and she fell on her

2  side into the living room due to the step up from the

3  landing into the living room.  Do you see that?

4       A.   Yes.

5       Q.   Okay.  First of all, back to Exhibit 3,

6  there is no step up from the landing that's in that

7  picture, correct?

8       A.   As I have indicated, it is not a very good

9  picture, and I can't tell whether there is a step up or

10  step down.  It is a limited -- just a portion of the

11  living room.

12       Q.   Okay.

13       A.   I am not seeing the whole living room or --

14  you get a bigger shot.

15       Q.   That's the front door.

16       A.   I don't know.

17                 I see the front door.

18       Q.   Okay.  And do you see a landing near the

19  front door?

20       A.   Like I said, from this, it appears flat, but

21  I don't see the rest of the living room area to be able

22  to discern that.

23       Q.   Okay.  All right.  It suggests -- Detective

24  Melise has suggested that Ms. Perovich closed the storm

25  door and then Sergeant Cattaneo opened the door to

Anoinette Fett
3/19/2010

1    speak with the lady, correct?

2                    MR. PEACOCK:  Object to the term

3    "suggested."  The report states what it says.

4    Interpretation by plaintiffs' counsel.

5                    THE WITNESS:  I can't --

6    BY MR. McQUEENEY:

7        Q.    I will rephrase the question.  The statement

8    clearly states that she would get a gun and shoot us

9    and she closed the storm door.  Do you see that

10   statement?

11       A.    That's what he has written.

12       Q.    Okay.  Do you have any reason to dispute

13   that statement?

14       A.    That's what he perceived happened.

15       Q.    Okay.  But do you -- what do you have in

16   your testimony to dispute that that occurred?

17       A.    I can't dispute anything anybody says

18   occurred.  I only have my own view of where I am

19   standing and what happened.

20       Q.    Okay.  So she never closed the storm door;

21   is that what your testimony is?

22       A.    I don't recall her closing the storm door.

23       Q.    Okay.  So Detective Melise is mistaken?

24                    MR. PEACOCK:  Place an objection.

25                    THE WITNESS:  That's his perception.

Anoinette Fett
3/19/2010

 1  He is standing in an area different from where I am

 2  standing.

 3  BY MR. McQUEENEY:

 4      Q.   You saw him on that video, correct?

 5      A.   Yes.

 6      Q.   Standing outside, Sergeant Cattaneo, right?

 7      A.   Yes.

 8      Q.   Okay.  And he has a vantage point directly

 9  looking at the door, would you agree?

10                 MR. KASZUBSKI:  Objection.

11                 THE WITNESS:  I don't know what his

12  vantage point is.  I don't know if Sergeant Cattaneo is

13  in front of him, on the side.  I can't tell you what

14  his vantage point is and what he sees.

15  BY MR. McQUEENEY:

16      Q.   Okay.  But he is directly in front of the

17  door, right, other than Sergeant Cattaneo?

18      A.   Sergeant Cattaneo is directly in front of

19  the door.

20      Q.   But he is behind Sergeant Cattaneo.  He is

21  not off to the side with you and Burgess, correct?

22      A.   He would be on the opposite side from where

23  me and Burgess are.  And me and Burgess are farther.

24      Q.   And Detective Melise says Sergeant Cattaneo

25  opened the screen door to speak with the lady and she

Anoinette Fett
3/19/2010

Page 77

1  pushed the sergeant in the chest.  Do you see that in

2  his statement?

3       A.    I see that in his statement.

4       Q.    Okay.  So after the door is closed, then

5  Sergeant Cattaneo then tries to enter the residence,

6  opens the screen door?

7       A.    Well, you are asking me to testify off of

8  his report.  From -- I can't do that.  I can only

9  testify as to what I saw and what I did.  I can't

10  testify off his report of what we did.

11            MR. KASZUBSKI:  My client has got a

12  right --

13            THE WITNESS:  I can only testify

14  what I did, what I saw.

15  BY MR. McQUEENEY:

16       Q.    Is his report erroneous?

17            MR. PEACOCK:  Objection.

18            THE WITNESS:  No, that's what he

19  saw.  That's what he saw.  He is not erroneous.  That's

20  his perception from where he is standing.

21            My perception from where I am

22  standing, I have my own report.

23  BY MR. McQUEENEY:

24       Q.    So you didn't see the door close but he

25  could have, correct?

**Anoinette Fett**
**3/19/2010**

1      A.     He could have?  Who do you mean "he could

2    have"?

3                        MR. PEACOCK:  Place an objection,

4    speculation of this witness as to what Melise could

5    have seen.

6                        MR. McQUEENEY:  We are talking about

7    Detective Melise.

8                        MR. KASZUBSKI:  I have an objection

9    to make.  You are asking her to testify what it is that

10   Mr. Melise -- or Officer -- Detective Melise stated,

11   put into this report, and why he put it in the report

12   and from what vantage point.  And now you are asking

13   her to speculate what it is he actually saw.  So it is

14   an unfair question, Patrick, I mean, really.

15                       MR. McQUEENEY:  You made your

16   objection.

17                       THE WITNESS:  I can't testify off

18   what he saw.  I -- honestly I say I can only testify to

19   my report, what I saw, and how I reacted.

20   BY MR. McQUEENEY:

21      Q.     Okay.  So your testimony is you didn't see

22   that storm door close?

23      A.     No.

24      Q.     Okay.  And you didn't see Sergeant Cattaneo

25   open the screen door?

Anoinette Fett
3/19/2010

 1     A.    No.

 2     Q.    Based upon what you saw in the video, did

 3  you see him partially push the door open?

 4     A.    I seen her with hands gesturing and I --

 5  then the push, and then you see us follow in one by

 6  one.

 7     Q.    Okay.

 8               MR. PEACOCK:  Mr. McQueeney, are you

 9  going to mark that video as an exhibit?

10               MR. McQUEENEY:  No.  We are going to

11  take care of that at the end of the deposition.

12               MR. PEACOCK:  Okay.

13  BY MR. McQUEENEY:

14     Q.    Officer, why -- did anybody allow Detective

15  Melise to go into the residence?

16     A.    What do you mean, did we allow?  The way the

17  house is set up, myself -- Sergeant Cattaneo was first,

18  if you watch the video, to enter, followed by me.

19     Q.    Followed by Detective Melise?

20     A.    No, followed by Officer Burgess behind me.

21               (Video being played)

22               THE WITNESS:  Detective Melise never

23  entered the home.

24  BY MR. McQUEENEY:

25     Q.    Never entered the home?

Anoinette Fett
3/19/2010

1        A.     No.

2        Q.     Okay.

3                       (Video being played)

4    BY MR. McQUEENEY:

5        Q.     Is that Melise behind you -- was that Melise

6    behind you before Sergeant -- or Officer Burgess?

7    Excuse me.

8        A.     He is off to my side.  Sergeant Burgess is

9    right behind me.

10        Q.     I guess I am not seeing the same video.

11                       MR. KASZUBSKI:  No.  You are not

12    seeing the full picture.

13                       THE WITNESS:  You are not seeing the

14    full picture.

15    BY MR. McQUEENEY:

16        Q.     Detective Melise never entered the dwelling?

17                       MR. PEACOCK:  Mr. McQueeney, I want

18    to state for the record that this video is not a

19    complete video of the front area.  It is a very limited

20    view.  So when you are saying things aren't in the

21    video, from the limited view, you are correct.  But it

22    is not a complete view of the front porch.  I want to

23    make sure the record is clear on that.

24                       MR. McQUEENEY:  You don't know that.

25                       MR. PEACOCK:  I can tell --

Anoinette Fett
3/19/2010

Page 81

1                         MR. McQUEENEY:  I object to you

2    making statements to that effect.

3                         THE WITNESS:  We do because none of

4    it is captured when we enter, it happens all right

5    within this foyer area.

6    BY MR. McQUEENEY:

7         Q.    It is all -- it only captures what is on the

8    porch --

9         A.    And that -- none of that is captured.

10        Q.    -- and you testified that the porch is about

11   four feet wide?

12        A.    Yes.

13        Q.    Okay.  So that captures what's going on

14   outside the home to the -- confined to the porch?

15        A.    To a limited area.  You never even knew I

16   was there until I heard my own voice.  It is not

17   capturing who is off to the side.

18        Q.    It is not a wide-angle camera, but --

19        A.    So it is a limited view.

20                        MR. KASZUBSKI:  I'm not going to

21   fight about this.  The objection has been made.

22                        THE WITNESS:  It is a limited view.

23                        MR. KASZUBSKI:  My client is telling

24   you it is a limited view.  You can take whatever

25   position you want, Patrick, but let's move on from

Anoinette Fett
3/19/2010

Page 82

1    this.

2                    MR. McQUEENEY:  Yeah, it is

3    ridiculous.

4                    MR. KASZUBSKI:  Yes, you are.

5                    MR. PEACOCK:  I am hungry.

6                    MR. McQUEENEY:  I move to strike.

7                    MR. PEACOCK:  I'm hungry.  I don't

8    want to strike that.

9    BY MR. McQUEENEY:

10        Q.    So it is your testimony that Melise never

11   entered the dwelling?

12        A.    It is my testimony that when this incident

13   occurred, Sergeant Cattaneo was the first to enter,

14   followed by me, followed by Officer Burgess.  There was

15   not enough room right here in this area, because

16   Officer Burgess is up and over my shoulder here.  There

17   is no room for anyone else at this point to enter.

18   Melise is still on the porch in the corner.  You do not

19   get that view.

20                    After the whole incident, he may

21   have entered the house to speak to Victor and walk back

22   out and take him back outside which is I believe what

23   happened, he took him back outside.

24        Q.    Okay.

25        A.    And spoke with him on a conversation that I

Anoinette Fett
3/19/2010

1  wasn't present for, because I was still inside.

2      Q.    You testified a few minutes ago that

3  Ms. Perovich dropped dead weight on to the floor?

4      A.    That's what I believe happened.

5      Q.    How far into the living room of the

6  residence did she get into where she dropped dead

7  weight on to the floor according to your statement?

8      A.    Not very far.  A few feet, because she was

9  what looked like heading towards the hallway --

10     Q.    Okay.

11     A.    -- or heading past the entertainment center

12  in the direction of the hallway.  I don't know --

13     Q.    Did she --

14     A.    -- what was there.

15     Q.    Did she still have her cane when she was --

16  turned around, was heading into the hallway?

17     A.    I don't recall if she -- she --

18     Q.    Did you see it at the -- on the floor near

19  the door when you came into the -- because you said you

20  saw it after she was at the door?

21     A.    Yeah, I could see -- I didn't say I saw one

22  at the door, not until after entry.  It is a very small

23  area in the door.

24     Q.    Right.

25     A.    I was off to the side.

**Anoinette Fett**
**3/19/2010**

Page 84

1      Q.    Okay.

2      A.    So I couldn't immediately see her with a

3   cane.

4      Q.    Okay.  But you saw her as you were entering

5   the residence with the cane?

6      A.    Yes.

7      Q.    Okay.  And when she turned and was -- turned

8   around and you said walking in the hallway, did she

9   still have her cane?

10     A.    Was she -- it wasn't to the hallway area

11  that she got.

12     Q.    Okay.

13     A.    So I mean basically we were all contained

14  within this small foyer area here.

15     Q.    Okay.  Looking at Plaintiffs' Exhibit 3,

16  would you acknowledge is the -- depicts a part of the

17  living room, not the entire living room?

18     A.    A part.

19     Q.    Where in connection with the entertainment

20  center did she drop dead weight on to the floor?

21     A.    She would have been right within this foyer

22  area.

23     Q.    Closer to the door or closer to the

24  entertainment unit?

25     A.    Closer to the door.

Anoinette Fett
3/19/2010

Page 85

1       Q.    Okay.  And when she fell, dropped dead

2    weight, did she fall face first or did she land on her

3    back or on her side?  How did she fall?

4       A.    She landed on her left arm as I indicated in

5    my report.

6       Q.    Okay.  And if Sergeant Cattaneo states in

7    his report that she threw herself to the floor; is that

8    an accurate statement?

9       A.    That would be his perception.

10      Q.    Okay.  And at that point, when she drops

11   dead weight to the floor, where were you?

12      A.    I would be on her right side.  Sergeant

13   Cattaneo would be -- actually, if she fell this way on

14   her left arm, he is closer to the wall over here.  And

15   there is -- which this doesn't show, there is a couch

16   over here, so I am closer to the couch and Officer

17   Burgess is standing up and over behind me.

18      Q.    Behind you?

19      A.    Behind me.

20              MR. KASZUBSKI:  So the record is

21   clear, you are indicating there is a couch off to the

22   left of the picture?

23              THE WITNESS:  Yes.

24              MR. KASZUBSKI:  You are not talking

25   about these chairs over here?

Anoinette Fett
3/19/2010

Page 86

1                    THE WITNESS:  No.

2     BY MR. McQUEENEY:

3          Q.    All right.  And did you have your knee on --

4     at some point, did you put your knee on Ms. Perovich's

5     head?

6          A.    No.

7          Q.    No?

8          A.    No.

9          Q.    Did Sergeant Cattaneo at some point put his

10    knee in -- on Ms. Perovich's back?

11         A.    No.

12         Q.    No.  Okay.  So if Mr. Gojcaj had testified

13    that happened, that is an inaccurate statement?

14         A.    That would be a lie.

15         Q.    That would be a lie?

16         A.    Yes.

17         Q.    Did you and Sergeant Cattaneo attempt to

18    handcuff Mrs. Perovich?

19         A.    Sergeant Cattaneo would be on this side

20    here, so he had hold of what would be her right arm.  I

21    got one cuff on her right arm.  She was laying on her

22    left.

23         Q.    Okay.  Let me stop you there so we can make

24    a record of this.  Sergeant Cattaneo would be to the

25    right of Ms. Perovich and she is lying on her left arm?

Anoinette Fett
3/19/2010

1        A.    He is towards the wall right here.

2        Q.    Correct.  Okay.  And is her head facing away

3   from the door?

4        A.    It would be closest to the door.

5        Q.    Her head is closest to the door?

6        A.    Yes.

7        Q.    Okay.  When -- where are you when the

8   sergeant is on the side of -- near a couch you can't

9   see in the picture?

10       A.    He is by the wall side.  I am right here by

11  the couch side.

12       Q.    Okay.

13       A.    We are crouched down.  Officer Burgess is

14  now standing up and over behind me.

15       Q.    Okay.  And he pulls a taser gun when

16  Mr. Gojcaj comes around -- comes out in the living

17  room, right?

18       A.    Yes.

19       Q.    And Mr. Gojcaj didn't ask what's going on

20  with his mother?

21       A.    I believe he said, are you okay, Mom?

22       Q.    Okay.  And you said Ms. Gojcaj is on her

23  left side and you are trying to handcuff her right

24  arm --

25       A.    Yes.

Anoinette Fett
3/19/2010

1      Q.    -- her right hand -- I am sorry, right

2   wrist?

3      A.    Yes.

4      Q.    And what is Sergeant Cattaneo doing?

5      A.    He is just holding her, her right wrist.

6      Q.    So you are both holding her right wrist

7   trying to handcuff her?

8      A.    Well, he is holding it while I'm placing a

9   cuff on.

10     Q.    Okay.

11     A.    She is still flailing around and -- you

12  know, with that one arm, and he is holding it so I can

13  get a cuff on it.

14     Q.    And she is screaming, correct?

15     A.    She only began to scream after I got the one

16  cuff on.

17     Q.    Well, don't you hear her screaming as soon

18  as the --

19     A.    Well, she is screaming the whole time,

20  flailing around.

21     Q.    Okay.

22     A.    And then she only screams, my back, after I

23  get one handcuff on her.

24     Q.    She screams her back, so --

25     A.    So I uncuff her.

**Hanson Renaissance Court Reporting & Video**
**313.567.8100    www.hansonreporting.com**

Anoinette Fett
3/19/2010

Page 89

1        Q.    She complained of an injury to her back?

2        A.    She told me that she had prior back

3    surgery --

4        Q.    Okay.

5        A.    -- after the fact.

6        Q.    And who called the Sterling Heights

7    ambulance, the EMS?

8        A.    I believe that was Sergeant Cattaneo.

9        Q.    Sergeant Cattaneo, okay.

10                     And what were you doing?  Did you

11   help Ms. -- you said you took the handcuffs off

12   Ms. Perovich?

13       A.    Well, I only had one on, and we -- I kept

14   telling her to relax, relax in the video, you can hear

15   that.  She finally calmed down.  I said I am not going

16   to cuff her.  I uncuffed her right hand.  We got her up

17   off the floor into the chair.  We had Victor in sight,

18   so the threat and the situation had been calmed down.

19   Medical personnel was called, because she was so worked

20   up and agitated, breathing heavily.

21       DEPOSITION EXHIBIT 5

22       WAS MARKED BY THE REPORTER

23       FOR IDENTIFICATION

24   BY MR. McQUEENEY:

25       Q.    Officer, I am handing you Plaintiffs'

Anoinette Fett
3/19/2010

Page 90

1    Exhibit 5.

2                        MR. PEACOCK:  Eight pages.

3    BY MR. McQUEENEY:

4         Q.    First of all, would you acknowledge it is a

5    series of eight pages of photographs?

6         A.    Yes.

7         Q.    I would ask you to turn to Page -- the

8    second page.  Do you see that?

9         A.    Okay.

10        Q.    And is that Mrs. Perovich?

11        A.    Yes.

12        Q.    Okay.  And turn back to the first page.

13   Obviously, the entire head is not in the picture, but

14   is that Mrs. Perovich, to your vantage point?

15        A.    Yes.

16        Q.    Okay.  Page 3, is that Mrs. Perovich?

17        A.    Yes.

18        Q.    Page 4, you don't see a head or a face

19   associated with the picture, right?

20        A.    That's correct.

21        Q.    Same with Page 5?

22        A.    Correct.

23        Q.    Same with Page 6?

24        A.    Correct.

25        Q.    Same thing with Pages 7 and 8, right?

Anoinette Fett
3/19/2010

 1          A.     Correct.

 2          Q.     Okay.  Turning to Page 1, and you have

 3     identified that appears to be Ms. Perovich.  It looks

 4     like an arm is being held up; would you agree with

 5     that?

 6          A.     I see that.

 7          Q.     Okay.  Did Ms. Perovich complain to you

 8     other than her back that she had injuries to her arm?

 9          A.     No.

10          Q.     On Page 2, do you see the bruising on her

11     arm?

12          A.     I see bruising.

13          Q.     And that -- that's while she is holding her

14     arm up, correct?

15          A.     Yes.

16          Q.     Okay.  Did you see any bruising on her arm

17     at the time that you were -- you and Sergeant Cattaneo

18     were trying to handcuff her?

19          A.     I didn't have time to look for bruises while

20     we were handcuffing her.

21          Q.     Okay.  Did you look for bruises after you

22     took the handcuffs off -- or handcuff off her right

23     wrist?

24          A.     No, that would be the fire department that

25     came in and did their assessment.

Anoinette Fett
3/19/2010

1      Q.    In Page 2, she -- Ms. Perovich is holding up

2    her right arm, correct?

3      A.    Yes.

4      Q.    Okay.  And that's the arm that you and

5    Sergeant Cattaneo claim you were trying to get the

6    handcuff on and maybe you got it all the way on, right?

7      A.    Yes.

8      Q.    Okay.  And turn to Page 3, Officer.  And

9    again, you said this is Mrs. Perovich, correct?

10     A.    Yes.

11     Q.    And do you see some swelling around her

12    right wrist?

13     A.    The picture --

14               MR. PEACOCK:  I'm going to place an

15    objection -- whoa, whoa, I'm going to place an

16    objection in terms of swelling.  I mean --

17               MR. KASZUBSKI:  Same objection.

18    BY MR. McQUEENEY:

19     Q.    Do you see any swelling around her right

20    wrist?

21     A.    I see swelling.  She was a very large woman,

22    and she had swelling all over the place, she had large

23    extremities, legs were swollen.  I mean, she --

24     Q.    So you don't know whether that's swelling or

25    that's just her fatty tissue, right?

Anoinette Fett
3/19/2010

 1       A.    Yes.  Her legs appeared to be swollen, I

 2   am -- she is a bigger structured woman.

 3       Q.    Okay.  And do you see Page 4, it says, right

 4   arm?

 5       A.    Yes.

 6       Q.    Okay.  Do you see a large bruise it looks

 7   like?

 8                 MR. PEACOCK:  I'm going to place an

 9   objection to the term "large."

10                 MR. McQUEENEY:  Whatever.

11   BY MR. McQUEENEY:

12       Q.    Do you see a large bruise on the arm?

13       A.    I see a smaller bruise.  I don't see a large

14   bruise.

15       Q.    Okay.  That's a smaller bruise.  Bigger than

16   a dime?

17       A.    Possibly.

18       Q.    Bigger than a quarter possibly?

19       A.    Doesn't look larger than a quarter.

20       Q.    Turn to Page 5.  Do you see a picture of a

21   left hand?

22       A.    Yes.

23       Q.    Can you see bruising on the left hand?

24       A.    I see discoloration.

25       Q.    Okay.  Could that have been a bruise, if you

Anoinette Fett
3/19/2010

Page 94

1    know?

2         A.    Possibly.

3         Q.    Back to the right arm -- back to Page 6, is

4    that the right -- it says right arm again, correct?

5         A.    It says right arm.  I can't --

6         Q.    You don't know whether it is right arm, left

7    arm, or leg?

8         A.    I can't tell.

9         Q.    And there is a large bruise?

10                    MR. PEACOCK:  Again, I will object

11   to the term "large."

12                    THE WITNESS:  There is a smaller

13   bruise I see.

14   BY MR. McQUEENEY:

15        Q.    There is a smaller bruise.

16                    And the right arm on Page 7 is --

17   did you see some discolorization, possibly bruising?

18        A.    I see some small areas with possible

19   bruising.

20                    MR. McQUEENEY:  I want to take just

21   a very brief break.

22                    MR. KASZUBSKI:  That's fine.  I'll

23   get a menu for us anyway.

24                    (Off the record at about 12:07 p.m.)

25                    (On the record at about 12:15 p.m.)

Anoinette Fett
3/19/2010

1   BY MR. McQUEENEY:

2        Q.    Officer, turn to the last page of that last

3   Exhibit 5.  It shows -- I will admit that the -- there

4   is -- it is not that clear, but it says low back.  You

5   had testified that Ms. Perovich complained of back

6   problems or something like that?

7        A.    Prior back problems.

8        Q.    Prior back problems.  Did she say her back

9   was bothering her during this incident?

10        A.    I would just say for the momentary time that

11   she had her right hand -- that I was trying to cuff it,

12   and after I had taken the cuff off, she had no other

13   complaints of back pain.

14        Q.    Okay.  Did she complain of any other

15   injuries?  Did she complain that she was having heart

16   palpitations?

17        A.    I recall that she was breathing heavily due

18   to her agitated state, obviously the whole incident,

19   she was breathing a little heavy and that's why we had

20   called for medical.

21        Q.    Okay.  You obviously were real close to her.

22   Did you see her perspiring?

23        A.    I don't recall at the time.  She was

24   breathing heavily.  She was just calming down from

25   being agitated for quite some time, yelling, screaming,

Anoinette Fett
3/19/2010

Page 96

1    flailing, so I imagine she had to be perspiring

2    somewhat.

3        Q.    But you don't recall?

4        A.    I don't recall.

5        Q.    What was Victor doing when you were in the

6    house with Sergeant Cattaneo and Officer Burgess?  What

7    was he doing?

8        A.    I just remember him running around the

9    corner from the hallway over to us, asking, Mom, are

10   you okay?  Obviously we don't know, you know, why he is

11   running towards us, so that's why Officer Burgess tells

12   him to stop running and stand where he is at.

13       Q.    Okay.  He didn't do anything other than run

14   out to check on his mother and then he stopped when

15   Officer Burgess told him to stop?

16       A.    He was just running around the corner

17   towards us.  We didn't know what his intent was or what

18   was going to happen next.

19       Q.    And how long from the time that you,

20   Sergeant Cattaneo, and Officer Burgess entered the

21   residence, how long were you in there until

22   Ms. Perovich was taken out of the residence by Sterling

23   Heights EMT?

24       A.    We were not in there very long.  As soon as

25   the -- minutes, I mean within fire responding.

**Anoinette Fett**
**3/19/2010**

1   Obviously, they have a whole crew which comes in the

2   front room.  It is very hard to have all the personnel

3   in there.  They have probably got, you know, four or

4   five people on each rig, then you have Universal

5   responding that have two more attendants, so --

6        Q.    Okay.  But in terms of minutes, was it five

7   minutes, 10 minutes, a half an hour?

8        A.    Five to 10 minutes.

9        Q.    Five to 10 minutes, okay.

10              And other than what you described in

11   terms of attempting to handcuff Ms. Perovich, what else

12   did you do while you were present in the residence?

13   You said you conducted -- you assisted in the sweep of

14   that room, which is in Exhibit 4.  What part of the

15   room did you do the sweep in?

16       A.    It would just be our immediate area.

17       Q.    Okay.  Did you turn -- did you lift cushions

18   off the couch, see if there was a gun in there?

19       A.    I don't recall exactly.  She was sitting on

20   one of the couches, and -- that we had gotten her up

21   to.

22       Q.    After --

23       A.    Anything around his immediate area would

24   have looked for, looked at, he, like I said, came

25   running around the hallway, didn't know what the intent

Anoinette Fett
3/19/2010

1    was there.

2         Q.    Okay.

3         A.    So just that immediate area.

4         Q.    So you basically did a -- you looked around.

5    You didn't move items, correct?

6         A.    We didn't move furniture.  We didn't -- no.

7         Q.    Okay.  Other than the VHS tape which was

8    removed, was anything else removed from the premises?

9         A.    Not to my knowledge.

10        Q.    You said Sergeant Cattaneo called the

11   ambulance.  Was this when Ms. Perovich was on the floor

12   or when she had been up on the couch?

13        A.    We had quickly moved her -- she had -- like

14   I said, had one arm cupped, the right arm, that was

15   only momentarily.  We decided we were going to get her

16   up on the couch at that time to seek a warrant for our

17   charges, and have her be transported to the hospital.

18        Q.    And you decided that she wasn't going to be

19   arrested on that particular day.  Who made that

20   decision?

21        A.    I don't recall exactly.  It was a collective

22   decision that she was, you know, panting or breathing

23   heavily.  We had the situation under control.

24        Q.    Did you fear that she would suffer any

25   further -- did you fear that she would suffer perhaps a

Anoinette Fett
3/19/2010

Page 99

1    seizure or a heart attack if you continued to arrest

2    her?

3        A.    Anything is possible.

4        Q.    Well, did you personally fear that she could

5    suffer a seizure or a heart attack based on what went

6    on that morning?

7        A.    Well, I just observed her breathing heavily

8    from her agitated, visibly angry state, so I believe it

9    was in the best interest that she just have medical

10   personnel respond and seek a warrant at a later date.

11       Q.    Did you tell that to Sergeant Cattaneo, that

12   you thought it would be best that she would be arrested

13   on a later date?

14       A.    That was our understanding, that was our

15   understanding when I uncuffed her, that the situation

16   was under control, that it now would be more medical

17   mode and that, yes.

18       Q.    Okay.  Did -- when did -- when was

19   Mrs. Perovich arrested?  Was it later that week or at

20   some point thereafter?

21       A.    I couldn't tell you.  We then turn it over

22   to detective bureau who then goes to the prosecutor,

23   who would then authorize a warrant.

24       Q.    Okay.  And did you have any further

25   connection with this case after it had been turned over

Anoinette Fett
3/19/2010

1    to the detective bureau in the Wayne County

2    Prosecutor's Office?

3         A.    No, I did not.

4         Q.    Did you ever --

5                    MR. KASZUBSKI:  Wayne County?

6                    THE WITNESS:  Macomb County.

7    BY MR. McQUEENEY:

8         Q.    I am sorry, Macomb County.

9                    Did --

10        A.    I saw them at one court appearance in

11   district court afterwards.

12        Q.    Were you -- did you receive a subpoena to

13   testify at a preliminary examination?

14        A.    Yes.

15        Q.    Did you testify?

16        A.    No, I never testified.  I never had any -- I

17   never had that go to exam.

18        Q.    Just a few questions about -- I want to back

19   up for a minute.  You said that Mrs. Perovich was

20   flailing her arms.  Is this what you used as

21   justification for suggesting she be charged with

22   resisting and obstructing arrest?

23        A.    No, that would be the pushing of Sergeant

24   Cattaneo would have been.

25        Q.    And that was the basis for the resisting

**Anoinette Fett**
**3/19/2010**

 1   arrest?

 2                    MR. KASZUBSKI:  Object to

 3   foundation.

 4   BY MR. McQUEENEY:

 5       Q.    Is that the pushing, is that the basis of

 6   the resisting arrest charge?

 7       A.    Well, obstructing -- it is pretty much

 8   obstructing, interfering.  We know now Victor was home,

 9   that she had lied to us the whole time.  She had pushed

10   the sergeant.  She had threatened our lives.

11       Q.    Were you aware -- you didn't know that

12   Ms. Perovich had any knowledge that Victor was being

13   investigated for a criminal act, correct?

14       A.    What was the question?

15       Q.    I am sorry.  You had no independent

16   knowledge that Mrs. Perovich was aware that Victor was

17   being investigated for a crime, correct?

18       A.    I don't know what was said before I showed

19   up, with Sergeant Cattaneo, and I don't know what they

20   had said to her prior to my arrival.

21       Q.    But your personal observation, you didn't

22   have any knowledge that her -- that his mother was

23   aware that he was being investigated for a crime,

24   correct?

25       A.    I only know what Detective Melise had

Anoinette Fett
3/19/2010

 1    informed her of on the porch, that he is --

 2         Q.    That he wanted to talk to her?

 3         A.    That he is looking for Victor to talk to

 4    him.

 5         Q.    To talk to him.  He didn't advise while he

 6    was on the porch what the purpose to talk to Victor was

 7    for, correct?

 8         A.    I don't recall if he told her.  I just

 9    remember him asking for Victor.

10         Q.    Okay.  And she said make an appointment?

11         A.    Make an appointment.

12         Q.    And did he advise her that -- this is

13    Detective Melise, did he advise her that he was

14    investigating this failure to pay for food or

15    something?

16                    MR. KASZUBSKI:  While she was

17    present, right?

18    BY MR. McQUEENEY:

19         Q.    While she was present.

20         A.    While I was present, I -- I don't recall.  I

21    really don't.

22         Q.    Mrs. Perovich or Victor did not invite you

23    or any of the officers into the premises, correct?  She

24    didn't invite you into the house?

25         A.    Victor?

**Anoinette Fett**
**3/19/2010**

1          Q.    Victor and/or Mrs. Perovich did not invite

2    you into the premises, correct?

3          A.    No.

4          Q.    And there was no warrant, correct?

5          A.    Correct.

6          Q.    What is the protocol that the Sterling

7    Heights Police Department employs when arresting an

8    elderly woman who is hysterical?

9                    MR. KASZUBSKI:  Objection to

10   relevance.

11                   THE WITNESS:  You mean someone that

12   has made an assault on a police officer and a threat on

13   our life?

14   BY MR. McQUEENEY:

15         Q.    That's not my question.  What is the

16   protocol to --

17         A.    That would be the same situation as what we

18   had.

19         Q.    Answer my question, and then -- what is the

20   protocol as to arresting an elderly woman who is

21   hysterical?  Is there a particular protocol?

22         A.    Same as any protocol, any other individual.

23         Q.    Okay.  What is that protocol?

24         A.    Being arrested for the same?  Are you

25   talking another scenario?

Anoinette Fett
3/19/2010

1     Q.    Well, let's use this scenario, what happened

2   on October the 30th, what is the protocol?

3     A.    Same as what happened here.

4     Q.    Okay.  Enter the residence without a

5   warrant, right?

6     A.    When someone says they are going to get a

7   gun, that's exigent circumstances.

8     Q.    What were the exigent circumstances?

9     A.    Somebody saying they are going to get a gun

10   and what I perceived I am going to shoot you, that's

11   pretty exigent.

12     Q.    But as you determined, there was no gun?

13     A.    After the fact?

14     Q.    Yeah.

15     A.    After the fact?

16     Q.    And she didn't --

17     A.    I don't know that after the fact.

18     Q.    And she didn't even get into the house --

19     A.    I don't know that after the fact.

20              MR. KASZUBSKI:  Don't fight with

21   him.

22              THE WITNESS:  I just --

23              MR. KASZUBSKI:  The law is clear on

24   what an exigent circumstance is, so that's fine.  Don't

25   fight with him.

Anoinette Fett
3/19/2010

1   BY MR. McQUEENEY:

2       Q.    What is your authority to remove the VHS

3   tape in this instance?

4       A.    I didn't remove it.

5       Q.    Okay.  What is the authority for Sergeant

6   Cattaneo to remove the VHS tape?

7       A.    You have to ask him, it is his evidence.

8       Q.    Okay.  Why didn't all four of you leave when

9   the mother didn't want you to talk to her son?

10      A.    We would have had she not pushed Sergeant

11  Cattaneo and stated that she was going to get a gun and

12  shoot us and turned to go -- believe what I was -- what

13  I would believe was a credible threat and carry it out.

14                    MR. McQUEENEY:  Okay.  Let's take a

15  break.

16                    (Off the record at about 12:31 p.m.)

17                    (On the record at about 12:41 p.m.)

18  BY MR. McQUEENEY:

19      Q.    I don't know if I have covered this at the

20  beginning, just two quick areas.  Have you ever been

21  sued civilly?

22      A.    No.

23      Q.    And I don't mean just in your capacity as a

24  police officer.

25      A.    No.

Anoinette Fett
3/19/2010

1      Q.    I want to follow-up what we talked about

2   very briefly before the break.  You said there was a

3   collective decision not to arrest Ms. Perovich at that

4   time.  Who was involved in that decision-making?  Was

5   it -- obviously yourself, Sergeant Cattaneo.  Did

6   anybody else have any involvement in that decision not

7   to --

8      A.    Well, he would be the sergeant on scene, so

9   he --

10     Q.    Correct.

11     A.    -- he is in charge.  And obviously, anyone,

12  if we did arrest them, take them to the station, they

13  are having medical issues, we end up at the hospital

14  anyway, so it really doesn't make any sense.

15     Q.    Did you accompany the fire department or EMS

16  to the hospital at the time Ms. Perovich was

17  transferred to the hospital?

18     A.    No.

19     Q.    Who did?

20     A.    Nobody did.

21     Q.    Why not?  Did you feel she was a threat

22  after this resisting and obstructing felony was

23  committed?

24     A.    Well, after the -- after everything that

25  occurred, it was deemed best that she go to the

Anoinette Fett
3/19/2010

1    hospital for her difficulty breathing.

2         Q.    Okay.

3         A.    And a warrant would be sought later.

4         Q.    And you had no response -- you weren't

5    involved in tendering the warrant on Ms. Perovich?

6         A.    No, that would be turned over to the

7    detective bureau.

8         Q.    Do you know who served the warrant in this

9    case?

10        A.    I do not.

11                    MR. McQUEENEY:  That's it.

12                    MR. PEACOCK:  I don't have any

13   questions, no.

14                    MR. KASZUBSKI:  I have no questions.

15                    MR. McQUEENEY:  For the record, so

16   we know here, and Mr. Peacock brought that up, is

17   including the videotape as an exhibit, obviously, that

18   being physically impossible, what I am going to do is

19   have the videotape transcribed, and the audio portion

20   of the videotape will be incorporated into the

21   testimony taken today as Exhibit 6.

22                    MR. PEACOCK:  For the record,

23   though, could we have that -- the actual tape marked as

24   an exhibit, though, just so we have it marked as an

25   exhibit?

Anoinette Fett
3/19/2010

Page 108

1              (Off the record discussion)

2              MR. McQUEENEY:  The actual tape will

3    be 7.  There will be a transcribed portion that will be

4    Exhibit 6 which will be tendered to Hanson's Court

5    Reporting at some point in the near future.

6              Questions?

7              Good.

8              (The deposition was concluded at

9    12:46 p.m.)

10       DEPOSITION EXHIBITS 6 AND 7

11       WERE MARKED BY THE REPORTER

12       FOR IDENTIFICATION AFTER

13       PROCEEDINGS WERE CONCLUDED

14

15

16

17

18

19

20

21

22

23

24

25

Anoinette Fett
3/19/2010

Page 109

1                    CERTIFICATE OF NOTARY

2

3    STATE OF MICHIGAN    )

4                         ) SS

5    COUNTY OF ST. CLAIR )

6        I, Rhonda M. Foster, Certified Shorthand Reporter,

7    a Notary Public in and for the above county and state,

8    do hereby certify that the above deposition was taken

9    before me at the time and place hereinbefore set forth;

10   that the witness was by me first duly sworn to testify

11   to the truth, and nothing but the truth, that the

12   foregoing questions asked and answers made by the

13   witness were duly recorded by me stenographically and

14   reduced to computer transcription; that this is a true,

15   full and correct transcript of my stenographic notes so

16   taken; and that I am not related to, nor of counsel to

17   either party nor interested in the event of this cause.

18

19        _____

20

21                 Rhonda M. Foster, CSR

22                 Notary Public,

23                 St. Clair County, Michigan

24

25   My Commission expires:  March 11, 2015

Anoinette Fett
3/19/2010

```
 1                    INDEX TO EXAMINATIONS

 2   Witness                                    Page

 3   OFFICER ANTOINETTE FETT

 4

 5    EXAMINATION BY MR. McQUEENEY               3

 6

 7

 8                    INDEX TO EXHIBITS

 9

10   Exhibit                                    Page

11   (Exhibits attached to transcript)

12

13    DEPOSITION EXHIBIT 1                       39

14    DEPOSITION EXHIBIT 2                       45

15    DEPOSITION EXHIBIT 3                       66

16    DEPOSITION EXHIBIT 4                       72

17    DEPOSITION EXHIBIT 5                       89

18    DEPOSITION EXHIBITS 6 AND 7              108

19

20

21

22

23

24

25
```

Anoinette Fett
3/19/2010

**A**

**aaron** 1:12
 2:15
**able** 33:9
 64:18 74:21
**absolutely**
 64:16
**academy** 6:19
 6:23,24,25
**accompany**
 106:15
**accurate** 58:7
 85:8
**acknowledge**
 40:7 72:22
 72:24 84:16
 90:4
**act** 101:13
**action** 72:12
 72:14
**active** 65:1
**actual** 107:23
 108:2
**adam** 9:21,23
**added** 4:22
**additional**
 7:3 40:5
**address** 11:1
 12:9,10,12
 16:18 17:24
 20:16 64:8
**admit** 46:25
 61:3 95:3
**advance** 11:13
**advice** 3:25
**advise** 13:9
 14:12,14
 30:1 102:5
 102:12,13
**advised** 10:25
 12:7
**advising**
 18:21
**agencies** 7:18
**agitated**
 25:23 26:4
 26:5,8,11
 27:11,13,13
 29:7 30:17
 37:4,21
 38:14 50:12

**A**

58:19 89:20
95:18,25
99:8
**ago** 12:24
 17:25 18:17
 22:18 30:4
 38:20 58:17
 83:2
**agree** 4:17
 59:3 76:9
 91:4
**agreement**
 4:20
**ahead** 26:12
 32:20 36:5
 39:15
**air** 19:21
**al** 3:13
**allow** 15:5
 79:14,16
**allowing**
 14:19
**ambulance**
 89:7 98:11
**angle** 62:3
**angles** 71:21
**angry** 99:8
**answer** 3:22
 19:4 26:12
 38:15,19
 39:16 44:25
 46:21,24,25
 47:6,14,25
 48:4,20,21
 48:24 49:1
 49:8,9,12
 49:19 50:19
 51:14,17
 52:12
 103:19
**answered**
 38:22,25
 39:9,13
**answers** 3:20
 4:7 46:4,6
 46:17 73:2
 109:12
**antoinette**
 1:10,20
 2:14 3:4,9
 3:13 4:6
 110:3

**anybody** 9:25
 11:11 12:16
 17:13 21:9
 21:10,12
 26:14 28:25
 34:20 36:21
 56:18 58:2
 58:16 63:11
 68:23 69:20
 70:16 71:24
 72:6 75:17
 79:14 106:6
**anyway** 94:23
 106:14
**apparently**
 20:15
**appearance**
 100:10
**appearances**
 2:1
**appeared**
 27:16 29:6
 44:16 45:15
 45:16 51:20
 93:1
**appearing** 2:7
 2:13,22
**appears** 4:22
 42:18 67:11
 67:14 74:20
 91:3
**appointment**
 27:17,19,22
 28:8,20,22
 30:9 42:8
 102:10,11
**approxima...**
 13:4
**april** 6:22
**area** 9:19,22
 9:23 10:1,2
 10:5 12:18
 23:3,5
 24:17 67:17
 68:25 69:1
 69:2,7,8
 74:21 76:1
 80:19 81:5
 81:15 82:15
 83:23 84:10
 84:14,22
 97:16,23

98:3
**areas** 94:18
 105:20
**arent** 80:20
**arm** 31:11,12
 31:12,14,14
 31:16 33:3
 33:10,22
 34:4,15,16
 60:9,20
 62:11 85:4
 85:14 86:20
 86:21,25
 87:24 88:12
 91:4,8,11
 91:14,16
 92:2,4 93:4
 93:12 94:3
 94:4,5,6,7
 94:16 98:14
 98:14
**arms** 100:20
**arrest** 14:12
 15:10 16:7
 16:10,18
 35:4 49:14
 99:1 100:22
 101:1,6
 106:3,12
**arrested**
 98:19 99:12
 99:19
 103:24
**arresting**
 103:7,20
**arrival** 44:3
 54:25
 101:20
**arrive** 12:19
**arrived** 12:21
 13:3 17:16
 17:18,19,22
 20:11,24
 21:6,12,15
 24:22 26:24
 44:1 55:6,7
**arriving**
 21:22
**ascertain**
 69:21
**aside** 24:5
**asked** 4:16

38:20 39:9
39:13 47:4
109:12
**asking** 3:18
 12:23 16:2
 26:17,21
 27:14 29:19
 29:21,25
 48:9,13
 56:20 77:7
 78:9,12
 96:9 102:9
**assault** 35:2
 70:21,22,24
 70:25 71:3
 71:13,16
 103:12
**assaulted**
 34:17,25
**assaulting**
 35:4
**assessment**
 91:25
**assigned** 9:5
 9:13,21
 10:1
**assist** 11:1
 16:22,24
 19:23
**assistance**
 11:14,22
 12:8 17:1
**assisted**
 17:17 97:13
**assisting**
 18:24 19:14
 19:17,20,21
**associated**
 90:19
**assume** 32:13
**attached**
 110:11
**attack** 99:1,5
**attempt** 51:20
 86:17
**attempting**
 97:11
**attendants**
 97:5
**attorney** 5:17
 5:24 8:3
**attributed**

Anoinette Fett
3/19/2010

51:9
**audio** 24:6,10
52:22 53:1
71:19
107:19
**authored** 73:1
**authority**
15:12 105:2
105:5
**authorize**
99:23
**automatic...**
36:24
**avenue** 2:4
**aware** 8:2
44:19
101:11,16
101:23

——————
**B**
**bachelor** 6:14
6:17
**back** 10:12
20:16 24:14
27:17,18
28:16 31:9
41:7 42:8
44:9 50:7
64:18,23
65:22 68:19
68:22 74:5
82:21,22,23
85:3 86:10
88:22,24
89:1,2
90:12 91:8
94:3,3 95:4
95:5,7,8,8
95:13
100:18
**background**
57:14
**backwards**
33:24
**badge** 43:20
43:21,22
54:18
**badges** 54:22
**based** 16:16
20:1 27:13
27:13 65:2
79:2 99:5

**basically**
14:10 20:9
84:13 98:4
**basis** 100:25
101:5
**bastards**
44:18 45:2
45:12
**becoming**
27:10,12,13
**began** 88:15
**beginning**
105:20
**behalf** 2:7,13
2:22
**believable**
36:10,20
**believe** 6:21
23:15 33:8
35:8,17,19
37:5,23
38:18 39:1
41:11,15
43:7,8,11
50:13 51:12
52:4 54:19
60:2 64:11
65:14 66:9
68:18 73:10
82:22 83:4
87:21 89:8
99:8 105:12
105:13
**believed**
16:25 38:12
47:16,17
**belt** 54:23
**bend** 32:3
**best** 99:9,12
106:25
**big** 23:3
65:23
**bigger** 74:14
93:2,15,18
**body** 32:13,14
32:17,25
33:8,13
37:10
**bothering**
95:9
**bottom** 43:14
67:6,9

**break** 18:11
31:19 45:18
45:20 52:16
52:18 53:7
57:1 58:25
60:8 94:21
105:15
106:2
**breathing**
89:20 95:17
95:19,24
98:22 99:7
107:1
**brick** 66:1
**brief** 36:17
94:21
**briefly** 106:2
**bring** 4:10
**brought** 4:13
5:9,19 66:2
107:16
**bruise** 93:6
93:12,13,14
93:15,25
94:9,13,15
**bruises** 91:19
91:21
**bruising**
91:10,12,16
93:23 94:17
94:19
**bureau** 99:22
100:1 107:7
**burgess** 1:21
2:16 17:16
20:8 21:22
23:14 24:15
28:2 34:24
40:22 45:8
55:3 56:16
62:5 65:4
69:4 70:3
76:21,23,23
79:20 80:6
80:8 82:14
82:16 85:17
87:13 96:6
96:11,15,20

——————
**C**
**call** 8:21 9:3
9:12,21

12:1 16:8
16:10 34:24
48:6
**called** 19:5,7
21:21 44:17
63:25 89:6
89:19 95:20
98:10
**calling** 11:17
11:18
**calls** 37:12
72:1
**calm** 73:23
**calmed** 89:15
89:18
**calming** 95:24
**camera** 55:9
59:13,15
60:14,14
62:2,3
71:18 81:18
**cameras** 23:17
24:1,5,9
**cane** 22:6,9
22:11,15
31:20,25
64:17 83:15
84:3,5,9
**canes** 22:15
**cant** 10:12,18
35:7 53:11
54:15,21
55:8 56:2
56:14 61:18
61:19 68:3
68:13 74:9
75:5,17
76:13 77:8
77:9 78:17
87:8 94:5,8
**capacity**
105:23
**capture** 61:14
61:15
**captured** 61:5
61:8,10
71:22 81:4
81:9
**captures** 81:7
81:13
**capturing**
81:17

**car** 9:8,8,9
10:2 13:16
**care** 34:20,22
65:8,10
79:11
**careful** 62:20
**carry** 51:21
105:13
**case** 3:12
4:17 6:6,10
6:11 72:2
99:25 107:9
**casual** 13:12
54:19
**cattaneo** 1:11
2:15 6:11
10:9 17:12
17:14,21
18:12,19,24
20:2,25
21:21 22:25
23:11 24:16
27:25 31:2
33:14 34:16
34:25 35:3
40:13 41:9
45:14 51:20
54:5 55:10
56:12 57:6
58:21 59:3
59:18,24
61:20 64:22
65:3 66:3
69:3 70:4,8
70:15 71:24
72:10 73:18
74:25 76:6
76:12,17,18
76:20,24
77:5 78:24
79:17 82:13
85:6,13
86:9,17,19
86:24 88:4
89:8,9
91:17 92:5
96:6,20
98:10 99:11
100:24
101:19
105:6,11
106:5

Anoinette Fett
3/19/2010

cattaneos
  33:22 34:15
  40:18 41:11
cause 109:17
ceased 44:6
center 68:4
  83:11 84:20
certain 39:8
  39:12
certificate
  109:1
certificates
  7:1
certified
  109:6
certify 109:8
chair 67:8
  89:17
chairs 85:25
change 52:11
charge 101:6
  106:11
charged
  100:21
charges 98:17
check 96:14
chest 73:20
  77:1
circumstance
  104:24
circumsta...
  37:3,20
  49:22 104:7
  104:8
civil 4:3
civilian 7:25
civilly
  105:21
claim 92:5
clair 109:5
  109:23
clear 80:23
  85:21 95:4
  104:23
clearly 3:19
  75:8
clemens 2:20
client 53:3
  77:11 81:23
clinton 1:13
  2:5,22 11:2
  11:4,8,12

11:24 12:5
12:8 13:10
14:5,24
15:16,24
16:1,9,10
18:22 19:10
19:22 20:21
42:2
close 60:18
77:24 78:22
95:21
closed 73:15
74:24 75:9
75:20 77:4
closer 84:23
84:23,25
85:14,16
closest 31:13
87:4,5
closing 75:22
clothing
54:19
collective
98:21 106:3
come 10:17
21:13,16
25:12,17
27:17,18
29:9 33:13
42:8 72:2
comes 16:1
87:16,16
97:1
command 10:6
10:10,13
commander
10:7
commencing
1:23
commission
109:25
committed
14:20 15:6
15:8,9
106:23
complain 91:7
95:14,15
complained
89:1 95:5
complaint
7:21,24,25
8:2,6,10

complaints
7:23 8:9
95:13
complete 6:15
80:19,22
completed
6:14,18,25
computer
44:11 53:14
53:18
109:14
concluded
108:8,13
conclusion
37:12
conduct 20:19
42:3
conducted
97:13
conducting
18:3,16,22
28:10
confer 13:22
conferred
13:9,21
20:11 30:3
conferring
8:3
confidential
5:2
confined
81:14
confiscated
70:15
connection
84:19 99:25
consider
64:14
contacted 8:7
11:12 12:5
contained
46:17,17
48:1 62:10
84:13
contains
40:20
content 57:21
continued
99:1
continuing
73:25
control 98:23

99:16
conversation
82:25
cooney 2:18
copy 40:6
corner 17:17
21:4 67:6,9
67:9 82:18
96:9,16
correct 20:3
29:19 30:12
31:21 32:1
36:14 40:13
40:15,18
41:5,10,16
45:3 48:20
50:21 56:8
57:6,12
62:12,13
65:18,19
69:13,16,18
71:16 74:7
75:1 76:4
76:21 77:25
80:21 87:2
88:14 90:20
90:22,24
91:1,14
92:2,9 94:4
98:5 101:13
101:17,24
102:7,23
103:2,4,5
106:10
109:15
couch 85:15
85:16,21
87:8,11
97:18 98:12
98:16
couches 97:20
couldnt 24:2
24:4 25:9
25:11,15
31:23 32:16
34:1,6
64:25 65:24
84:2 99:21
counsel 53:1
73:2 75:4
109:16
county 63:20

100:1,5,6,8
109:5,7,23
couple 4:13
17:25 18:16
58:16
coupled 38:13
course 53:2
court 1:1
100:10,11
108:4
covered
105:19
crazy 58:14
create 44:6
44:10
credible
36:22 37:7
38:12,13,18
47:17,18,21
48:22 50:13
50:14 52:5
52:6 63:9
63:11 64:2
64:15 65:3
65:15,17
105:13
crew 97:1
crime 14:19
70:18,20
101:17,23
criminal
101:13
crouched
87:13
csr 109:21
csr3612 1:25
cuff 86:21
88:9,13,16
89:16 95:11
95:12
cupped 98:14
currently 7:8
63:21
cushions
97:17
cut 53:19
68:3

_____
        D
_____
danger 65:5
date 65:1
99:10,13

Anoinette Fett
3/19/2010

**dated** 40:9
**david** 1:11
  2:15
**day** 8:14,17
  8:19,20 9:1
  9:11 10:4,8
  10:11,20
  12:19,21
  23:20 44:7
  65:6,8
  98:19
**days** 8:23,24
  8:25
**dead** 66:9,11
  83:3,6
  84:20 85:1
  85:11
**dealing** 69:8
**decided** 98:15
  98:18
**decision**
  98:20,22
  106:3,6
**decisionm...**
  106:4
**deem** 63:7
**deemed** 106:25
**defendant**
  2:22
**defendants**
  1:15 2:13
  6:11
**define** 62:20
**degree** 6:14
  6:18
**degrees** 7:1
**demeanor**
  37:20
**demonstrate**
  62:11
**department**
  4:14 6:8
  7:4,6,9,14
  7:17 8:7,13
  10:1 11:12
  11:13 12:6
  15:5,19
  41:1 44:10
  53:4 91:24
  103:7
  106:15
**departmental**

  4:15
**depicts** 84:16
**deposition**
  1:20 3:8,11
  4:1,8,11,13
  5:20,23
  39:21 45:22
  53:17,23
  54:1 66:15
  72:16 79:11
  89:21 108:8
  108:10
  109:8
  110:13,14
  110:15,16
  110:17,18
**depression**
  67:12
**describe** 14:8
  14:9 49:13
**described**
  14:10 49:22
  97:10
**description**
  17:2
**details** 13:1
**detective**
  1:14 2:23
  11:3,3,24
  12:5 13:6
  13:10,11,22
  16:16,23
  17:14,23
  18:9,13,20
  18:22,25
  19:14,17,22
  20:12,25
  22:25 23:11
  24:16 26:17
  27:4,5,14
  27:20,21
  28:10,11
  29:1,8 30:9
  42:2,2,6
  45:13 54:8
  54:12,18
  55:4,13
  56:11 59:4
  65:4 69:4
  73:1,2,11
  74:23 75:23
  76:24 78:7

  78:10 79:14
  79:19,22
  80:16 99:22
  100:1
  101:25
  102:13
  107:7
**detectives**
  13:13
**determined**
  104:12
**devoid** 50:1
**didnt** 11:8
  25:18 26:20
  28:9,16,24
  30:19 31:8
  32:3 34:5
  34:23,23
  35:5 48:6
  48:12 55:22
  61:2,4,14
  61:14 69:12
  69:16 73:14
  77:24 78:21
  78:24 83:21
  87:19 91:19
  96:13,17
  97:25 98:5
  98:6,6
  101:11,21
  102:5,24
  104:16,18
  105:4,8,9
**different**
  50:20,23
  76:1
**difficulty**
  107:1
**dime** 93:16
**directed**
  27:19,20
**directing**
  44:15,16
**direction**
  83:12
**directly** 45:5
  55:12 76:8
  76:16,18
**discern** 74:22
**discolora...**
  93:24
**discolori...**

  94:17
**discovery**
  7:20 53:2
  73:2
**discussion**
  108:1
**dispatch**
  10:17,24,25
  11:5 12:2,7
  16:17
**dispatched**
  10:15,23
  11:14 12:16
  17:8 20:6
**dispel** 19:22
**dispute** 75:12
  75:16,17
**distance** 21:3
**district** 1:1
  1:2 100:11
**division** 1:2
**document**
  40:23
**documenta...**
  4:10 20:13
**documents** 4:9
  5:18
**doesnt** 12:25
  48:13 61:1
  62:10 68:6
  68:7 85:15
  93:19
  106:14
**doing** 14:17
  16:19,21
  17:21 18:19
  20:2 88:4
  89:10 96:5
  96:7
**dont** 10:5
  14:23,24
  21:19 22:22
  24:25 25:1
  27:11 28:13
  29:2 32:13
  33:3,18,19
  34:18,20
  38:11,24
  43:22 45:12
  49:2 51:23
  53:21 54:23
  54:24 57:19

  61:1 62:2
  63:21 65:8
  74:16,21
  75:22 76:11
  76:12 80:24
  82:7 83:12
  83:17 88:17
  90:18 92:24
  93:13 94:6
  95:23 96:3
  96:4,10
  97:19 98:21
  101:18,19
  102:8,20,21
  104:17,19
  104:20,24
  105:19,23
  107:12
**door** 11:7
  17:23 18:2
  18:12,20
  19:15 21:9
  21:9,13,14
  21:16,24,24
  21:25,25
  22:1,1,4,24
  22:24 23:11
  24:20,24
  25:4,7,12
  28:4 29:10
  30:14,15
  31:13,21
  32:6,11,15
  32:19,21
  33:9,12
  54:6 59:9
  59:21,25
  66:3,24
  67:2,16,23
  68:15,16,18
  68:19,22
  73:15,19
  74:11,17,19
  74:25,25
  75:9,20,22
  76:9,17,19
  76:25 77:4
  77:6,24
  78:22,25
  79:3 83:19
  83:20,22,23
  84:23,25

Anoinette Fett
3/19/2010

87:3, 4, 5
doors 21:24
doorway 31:23
32:25
doubts 19:21
drawn 56:18
dressed 13:11
13:13, 14, 18
driving 20:18
drop 84:20
dropped 66:9
66:11 83:3
83:6 85:1
drops 85:10
due 74:2
95:17
duggan 1:8
duly 3:5
109:10, 13
duty 8:22
dvd 53:19
dvdd 53:14, 18
dwelling
80:16 82:11
dyke 9:24

**E**

eager 35:10
earlier 18:3
36:18
early 10:18
eastern 1:2
eatery 14:11
17:3
education
6:17 7:1
effect 5:6, 11
23:7 64:3
81:2
efforts 49:13
eight 90:2, 5
eighteen 7:15
either 21:5
109:17
elapsed 24:23
elderly 62:18
63:3, 6, 7
103:8, 20
employed 7:13
employs 103:7
ems 89:7
106:15

emt 96:23
encounter
36:17
enforcement
7:18
enter 9:15
49:15 61:9
61:16 77:5
79:18 81:4
82:13, 17
104:4
entered 22:10
24:6 31:25
60:13 62:7
65:18 66:21
79:23, 25
80:16 82:11
82:21 96:20
entering
60:10 84:4
entertain...
67:2, 5 68:4
70:11 83:11
84:19, 24
entire 46:24
60:15 61:19
84:17 90:13
entry 23:24
31:22 49:23
71:25 72:6
83:22
enunciate
3:19
erroneous
77:16, 19
establish...
20:17
estate 1:4
3:12
estimation
62:18
et 3:13
event 109:17
eventually
10:15 21:13
22:3, 9, 23
23:19, 21
24:19
evidence 4:2
70:18, 24
71:13 72:8
105:7

exact 10:19
12:12 42:9
exactly 32:17
48:6 51:12
57:16 65:1
97:19 98:21
exam 100:17
examination
3:14 100:13
110:5
examinations
110:1
examined 3:5
exclamation
42:20
excuse 42:15
49:16 52:25
80:7
exhibit 39:20
39:21 40:5
40:7, 25
45:22, 25
46:1, 4 51:3
51:19 66:15
66:20 72:16
72:21, 23
74:5 79:9
84:15 89:21
90:1 95:3
97:14
107:17, 21
107:24, 25
108:4
110:10, 13
110:14, 15
110:16, 17
exhibits
108:10
110:8, 11, 18
exigent 104:7
104:8, 11, 24
exited 46:9
expires
109:25
explain 48:10
48:13
extended
25:19, 21
extent 37:12
47:4 60:13
extremely
42:12 51:3

51:6
extremities
92:23
eyes 54:17

**F**

face 37:25
85:2 90:18
facing 31:13
87:2
fact 11:3
13:10 18:22
19:22 50:23
69:9 89:5
104:13, 15
104:17, 19
fail 18:4
27:9
failed 13:24
14:10 17:3
failing 20:18
failure
102:14
fall 31:7, 8
85:2, 3
far 6:13
10:12, 12
25:3 83:5, 8
farther 76:23
fatty 92:25
fear 98:24, 25
99:4
federal 4:2, 2
feel 65:2
106:21
feet 23:8, 8, 9
67:2, 5
81:11 83:8
fell 74:1
85:1, 13
fellow 6:7
felony 106:22
female 10:25
11:6 18:21
56:7 73:6
73:13
fett 1:10, 20
2:14 3:4, 9
3:13, 15 4:6
5:15, 15, 16
5:17 38:4
38:21 40:4

41:19 55:16
66:19 72:20
110:3
fight 81:21
104:20, 25
finally 89:15
find 69:12, 16
finding 72:6
fine 4:18
5:16 94:22
104:24
fire 91:24
96:25
106:15
firearms
56:18 69:16
first 3:5
4:16 17:12
24:1 30:2
35:17 36:16
40:6 46:5
63:16 72:21
73:3, 4 74:5
79:17 82:13
85:2 90:4
90:12
109:10
five 97:4, 6, 8
97:9
flailing
25:19, 23, 25
32:23 59:11
60:3 61:22
61:24 66:8
88:11, 20
96:1 100:20
flat 67:11
74:20
floor 66:2, 6
66:11 83:3
83:7, 18
84:20 85:7
85:11 89:17
98:11
follow 79:5
followed
30:25 35:7
35:18 44:17
79:18, 19, 20
82:14, 14
following
17:4 40:18

Anoinette Fett
3/19/2010

| | | | | |
|---|---|---|---|---|
| 40:23 | 74:15,17,19 | **goes** 59:10 | **good** 5:12 | 27:11 31:20 |
| **follows** 3:6 | 76:13,16,18 | 60:1 73:22 | 25:6,6 | 32:1,6,21 |
| **followup** | 80:19,22 | 99:22 | 64:21 74:8 | 32:24 33:2 |
| 14:17 15:10 | 97:2 | **going** 3:18 | 108:7 | 33:15,16,18 |
| 15:14,15,19 | **full** 4:5 | 4:25 15:10 | **gotten** 97:20 | 37:22 57:2 |
| 16:2,20,21 | 13:12 23:6 | 16:7,9,18 | **grab** 51:3 | 57:2,4,5 |
| 18:4,16,22 | 24:6 48:10 | 26:2,3 29:9 | 59:10,25 | 59:25 74:1 |
| 20:23 28:10 | 68:6,7,13 | 30:10,23,24 | 60:1 66:14 | 88:1 89:16 |
| 42:3 106:1 | 80:12,14 | 34:9 35:4,6 | 74:1 | 93:21,23 |
| **food** 14:11 | 109:15 | 35:7,20 | **grabbed** 66:7 | 95:11 |
| 17:3 20:14 | **furniture** | 36:4,9,11 | 66:7 | **handcuff** |
| 102:14 | 98:6 | 36:11 37:6 | **grass** 22:8 | 86:18 87:23 |
| **footage** 65:24 | **further** 98:25 | 37:20,22,23 | 23:13,15 | 88:7,23 |
| **foregoing** | 99:24 | 37:24 38:3 | 24:15 25:10 | 91:18,22 |
| 109:12 | **future** 108:5 | 38:16,17,20 | 32:16 56:15 | 92:6 97:11 |
| **forth** 109:9 | | 42:13,14 | **guess** 16:24 | **handcuffing** |
| **foster** 1:25 | **G** | 43:1,2,2 | 41:23 80:10 | 91:20 |
| 109:6,21 | **garbled** 57:18 | 44:14,14 | **gun** 30:24 | **handcuffs** |
| **foundation** | 58:13 | 47:2,7,11 | 34:10 35:6 | 89:11 91:22 |
| 19:2,19 | **general** 4:13 | 47:12 48:2 | 36:4,11 | **handed** 46:3 |
| 26:10 29:13 | 68:25 69:7 | 48:2,3,20 | 37:22,25 | 66:19 |
| 44:23 101:3 | **gentleman** | 48:21,25 | 38:17 42:14 | **handguns** |
| **four** 8:24,25 | 56:11 | 49:7 50:2 | 43:2 44:14 | 69:18 |
| 23:8,9 | **gesturing** | 50:12 51:7 | 47:11,16,20 | **handing** 89:25 |
| 28:25 44:20 | 57:2,4 | 51:7,24 | 48:2,22 | **hands** 25:19 |
| 45:14,15,16 | 58:19 59:20 | 52:3,22 | 49:9 50:12 | 25:20,21 |
| 50:17 69:4 | 79:4 | 53:8 57:11 | 51:7,15 | 37:21 79:4 |
| 69:6 73:4 | **getting** 26:1 | 57:14,19 | 52:3 57:11 | **hang** 56:3 |
| 81:11 97:3 | 26:4 | 58:1,4,10 | 57:15,19 | **hansons** 108:4 |
| 105:8 | **given** 20:16 | 58:14,15,18 | 58:1,4,11 | **happen** 61:2,9 |
| **fourprong** | 30:7 | 59:21 60:2 | 58:19 60:2 | 96:18 |
| 22:15 | **giving** 5:10 | 60:4 61:20 | 60:4 61:25 | **happened** |
| **foyer** 81:5 | **go** 6:13,20 | 61:24 64:7 | 63:10 64:10 | 12:24 20:8 |
| 84:14,21 | 9:15 11:15 | 64:10,11,13 | 64:12,14,19 | 54:25 75:14 |
| **freaking** 58:4 | 26:12 32:20 | 64:18 65:4 | 69:22 73:14 | 75:19 82:23 |
| 58:11,19 | 34:9 35:7 | 65:8,10,16 | 75:8 87:15 | 83:4 86:13 |
| 64:10 | 35:19 36:4 | 79:9,10 | 97:18 104:7 | 104:1,3 |
| **friday** 1:24 | 36:5,9 37:5 | 81:13,20 | 104:9,12 | **happening** |
| 3:2 | 37:5,22,23 | 87:19 89:15 | 105:11 | 64:8 |
| **front** 20:10 | 37:23 38:17 | 92:14,15 | | **happens** 81:4 |
| 20:25 21:1 | 38:17 39:15 | 93:8 96:18 | **H** | **hard** 57:20 |
| 21:8,9,13 | 41:19,22 | 98:15,18 | **half** 97:7 | 97:2 |
| 21:14,16,23 | 44:9 50:7 | 104:6,9,10 | **halfway** 41:23 | **harms** 65:14 |
| 21:24 23:6 | 52:5 53:9 | 105:11 | **hall** 1:21 | **harper** 2:4 |
| 23:11 27:1 | 57:11,15 | 107:18 | 2:10 9:24 | **havent** 55:6 |
| 30:6 31:20 | 64:10,11,11 | **gojcaj** 1:5 | **hallway** 83:9 | **hayes** 9:24 |
| 40:2,6 45:5 | 64:13 65:14 | 2:24 3:17 | 83:12,16 | **head** 3:20,21 |
| 54:6 55:12 | 65:21 69:23 | 45:21 52:17 | 84:8,10 | 86:5 87:2,5 |
| 55:12 56:11 | 79:15 | 53:8,11,12 | 96:9 97:25 | 90:13,18 |
| 61:17,18,19 | 100:17 | 53:23,25 | **hand** 22:20,21 | **heading** 83:9 |
| 64:8 66:23 | 105:12 | 62:7 86:12 | 25:8,15,21 | 83:11,16 |
| 67:23 68:16 | 106:25 | 87:16,19,22 | 25:22,25 | **hear** 54:10 |

55:8,17
57:19,20,25
57:25 58:9
58:15 88:17
89:14
**heard** 16:17
30:24 35:6
36:11 47:12
55:23,24
57:12,16
58:10,18
81:16
**heart** 95:15
99:1,5
**heavily** 89:20
95:17,24
98:23 99:7
**heavy** 95:19
**heights** 1:9
1:10,12,22
2:11,14 3:1
3:8 4:14
6:7 7:5,9
7:14,17
8:13 9:20
11:13 12:6
14:5,18
15:1,4,6,18
15:19 16:1
16:2,8,9,13
16:22 20:3
20:5 41:1
53:3 63:17
63:24 89:6
96:23 103:7
**held** 91:4
**help** 16:5
89:11
**helps** 28:15
**hereinbefore**
109:9
**hes** 54:13
**highly** 37:3,6
38:14 50:12
58:19
**hip** 63:16
**hold** 86:20
**holding** 88:5
88:6,8,12
91:13 92:1
**home** 11:15
26:22,24

27:16 30:3
42:8 49:24
62:4 79:23
79:25 81:14
101:8
**hon** 1:8
**honestly**
78:18
**hospital**
98:17
106:13,16
106:17
107:1
**hostile** 42:12
51:3,6
**hour** 97:7
**hours** 8:20
9:1 10:18
13:4
**house** 23:6,17
23:20,23
64:18 65:23
67:23 68:16
68:19,21,24
69:21 70:7
79:17 82:21
96:6 102:24
104:18
**hungry** 82:5,7
**hysterical**
103:8,21

_____
**I**

**idea** 62:17
**identific...**
39:23 45:24
66:17 72:18
89:23
108:12
**identified**
91:3
**identify** 13:6
13:7
**ill** 94:22
**im** 42:13,21
71:6 81:20
82:7 88:8
92:14,15
93:8
**imagine** 96:1
**immediate**
69:2 97:16

97:23 98:3
**immediately**
9:13 40:17
84:2
**impossible**
107:18
**impound** 29:4
29:8 30:10
**inaccurate**
86:13
**incident** 5:7
5:11 7:22
12:13 13:24
14:4,4,9,9
15:6,24
17:17 18:23
20:3,14,20
20:22 38:2
40:2,9 44:4
44:6,8,9
63:25 73:11
82:12,20
95:9,18
**including**
107:17
**incorporated**
48:11
107:20
**independent**
20:19
101:15
**index** 110:1,8
**indicate** 66:9
**indicated**
55:16 74:8
85:4
**indicating**
85:21
**indication**
54:17
**individual**
103:22
**information**
16:19 29:21
**informed** 27:7
42:1 102:1
**injuries** 91:8
95:15
**injury** 89:1
**inside** 21:10
66:3,20
67:23 83:1

**instance**
24:12 36:16
105:3
**intent** 96:17
97:25
**interest** 99:9
**interested**
109:17
**interfering**
101:8
**interpret...**
75:4
**interroga...**
4:8 46:5,6
**interroga...**
50:5 52:12
**intervention**
11:7
**investigate**
20:2
**investigated**
101:13,17
101:23
**investiga...**
13:24 14:7
14:8 17:4
102:14
**investiga...**
14:16,19
15:5,17
20:14,20
42:3
**investigator**
20:4
**invite** 102:22
102:24
103:1
**involved** 27:9
106:4 107:5
**involvement**
106:6
**involving** 8:1
20:14
**isnt** 41:14
53:13
**issued** 13:19
**issues** 106:13
**item** 41:4
72:25
**items** 98:5

_____
**J**

**jacket** 54:21
**january** 6:21
**jurisdiction**
14:6,20
15:7,12,18
**justifica...**
100:21

_____
**K**

**kaszubski** 2:8
4:12,19,25
5:4,9 12:22
13:2 14:21
15:2,23
16:5 18:6
19:1,5,9,18
26:10 28:19
29:12 35:12
35:24 36:3
37:11,16
38:8,22
39:9,13
42:17 44:22
44:25 45:18
47:3,8 48:5
48:9,17
49:2 50:4
50:10,22
51:25 52:18
53:9,13,17
53:22 55:15
55:22 59:12
60:12,17
61:5 62:22
67:18 71:2
71:6,9 72:1
76:10 77:11
78:8 80:11
81:20,23
82:4 85:20
85:24 92:17
94:22 100:5
101:2
102:16
103:9
104:20,23
107:14
**keep** 53:8
**kept** 19:24
89:13
**killed** 63:15
65:17

Anoinette Fett
3/19/2010

**kind** 25:22
  31:18  57:19
  68:3
**knee** 86:3,4
  86:10
**knew** 30:1,5
  71:17,18
  81:15
**know** 8:11
  11:8  14:20
  14:22,23,24
  15:20  18:2
  23:4,25
  26:19,20
  27:12,15
  29:11,14
  32:13  33:3
  33:18  34:18
  36:20  37:17
  38:3,8,10
  38:24  44:19
  44:24,25
  45:12  54:23
  54:23,24
  55:22  56:10
  58:13  62:14
  64:24  68:20
  71:21  74:16
  76:11,12
  80:24  83:12
  88:12  92:24
  94:1,6
  96:10,10,17
  97:3,25
  98:22  101:8
  101:11,18
  101:19,25
  104:17,19
  105:19
  107:8,16
**knowledge** 8:5
  11:11,16
  16:6  20:22
  26:23,25
  98:9  101:12
  101:16,22
**known** 65:5

———————
        **L**
———————
**lady** 64:9
  73:19  75:1
  76:25

**land** 85:2
**landed** 85:4
**landing** 67:22
  74:3,6,18
**large** 92:21
  92:22  93:6
  93:9,12,13
  94:9,11
**larger** 93:19
**late** 37:25
**law** 2:3  7:18
  37:2,9,10
  38:4,6,7,21
  39:4  104:23
**laying** 86:21
**lead** 54:19
**leave** 30:19
  105:8
**led** 20:16
**left** 22:20
  23:20  25:7
  53:12,23
  59:24  64:4
  65:19  66:7
  66:24  85:4
  85:14,22
  86:22,25
  87:23  93:21
  93:23  94:6
**lefthand** 67:6
**leg** 94:7
**legal** 37:12
**legs** 92:23
  93:1
**leo** 1:14  2:23
  54:8
**level** 67:13
**lie** 86:14,15
**lied** 101:9
**lieutenants**
  10:10
**life** 39:5,18
  48:23
  103:13
**lift** 97:17
**limited** 9:20
  61:18  74:10
  80:19,21
  81:15,19,22
  81:24
**linda** 2:25
**line** 12:2,3

  44:2
**lines** 41:24
  73:4
**listed** 69:25
**lists** 41:4
**little** 95:19
**lives** 15:25
  35:9  101:10
**living** 68:6,7
  68:10  69:2
  74:2,3,11
  74:13,21
  83:5  84:17
  84:17  87:16
**located** 14:1
  24:5
**location**
  10:15,23
  11:14  12:17
  17:8,22
  20:6
**long** 4:19
  7:13  20:24
  21:2,5,15
  21:17  22:18
  24:22  96:19
  96:21,24
**look** 12:22
  50:4  51:4
  66:20  68:1
  68:21  91:19
  91:21  93:19
**looked** 83:9
  97:24,24
  98:4
**looking** 32:18
  69:6  76:9
  84:15  102:3
**looks** 42:19
  43:14  67:1
  67:12  91:3
  93:6
**lot** 65:21
**loud** 35:1
**low** 95:4
**lying** 86:25

———————
        **M**
———————
**macomb** 6:24
  63:20  100:6
  100:8
**main** 2:19

  12:2
**making** 81:2
**marc** 2:8  5:24
**march** 1:24
  3:2  109:25
**maria** 1:4
  3:12,17
  42:1,7,11
  44:13,19
  51:2,6
**mark** 39:19
  42:18,20
  79:9
**marked** 13:16
  39:22  45:23
  66:16  72:17
  89:22
  107:23,24
  108:11
**marking** 54:12
**markings**
  54:18
**marks** 42:11
  42:13,24
  51:11,16,23
**matter** 15:14
  15:15
**mcgrail** 2:25
  46:9
**mcqueeney** 2:2
  2:3  3:7,11
  3:14,15
  4:18,24  5:3
  5:8,12,14
  12:25  13:5
  14:25  15:3
  16:4,12
  18:10  19:3
  19:13,25
  26:15  28:23
  29:16  35:13
  36:1,7
  37:14,17
  38:1,9,24
  39:3,11,14
  39:16,19,24
  41:8,11,15
  41:18  42:22
  45:1,20
  46:1,2,11
  47:5,13
  48:8,15,18

  12:2
**making** 81:2
**marc** 2:8  5:24
  49:4,6  50:8
  50:15,24
  51:1  52:1,7
  52:15,21,25
  53:6,16,20
  53:24  54:4
  55:2,19,24
  56:1,25
  57:9,24
  58:5,8
  59:17  60:16
  60:19  61:11
  62:9,25
  63:5  66:18
  67:20  71:5
  71:7,11
  72:4,19
  75:6  76:3
  76:15  77:15
  77:23  78:6
  78:15,20
  79:8,10,13
  79:24  80:4
  80:15,17,24
  81:1,6  82:2
  82:6,9  86:2
  89:24  90:3
  92:18  93:10
  93:11  94:14
  94:20  95:1
  100:7  101:4
  102:18
  103:14
  105:1,14,18
  107:11,15
  108:2  110:5
**mean** 12:23
  21:20  24:12
  25:25  34:4
  51:18  61:1
  69:7  78:1
  78:14  79:16
  84:13  92:16
  92:23  96:25
  103:11
  105:23
**medical** 89:19
  95:20  99:9
  99:16
  106:13
**melise** 1:14
  2:23  11:24

Anoinette Fett
3/19/2010

12:5 13:6
13:11,22
16:16,23
17:15,23
18:9,13,15
18:20,25
19:14,17
20:12,25
23:1,11
24:16 26:17
27:4,5,14
27:20,21
28:10 29:1
29:8 30:9
42:2,6
45:13 54:8
54:12 55:4
55:13 56:11
59:4 65:4
69:4 73:1
74:24 75:23
76:24 78:4
78:7,10,10
79:15,19,22
80:5,5,16
82:10,18
101:25
102:13
**melises** 28:11
73:2,11
**member** 64:22
64:25
**memoranda**
5:19
**menu** 94:23
**met** 5:24
36:13 70:5
**michigan** 1:2
1:22 2:5,11
2:20 3:1
109:3,23
**middleaged**
62:19
**milady** 58:14
**minute** 21:3
21:18,20
24:14,25
25:1 34:11
100:19
**minutes** 17:25
18:17 21:18
21:20 25:1

25:2 30:4
36:17 38:20
54:2 58:17
83:2 96:25
97:6,7,7,8
97:9
**mischarac...**
71:10
**mistake** 43:24
**mistaken**
75:23
**mode** 99:17
**mom** 87:21
96:9
**momentarily**
98:15
**momentary**
95:10
**morning** 4:21
8:21 10:18
13:4 99:6
**mother** 28:5
87:20 96:14
101:22
105:9
**mount** 2:20
**move** 33:22,24
33:24,25
34:4 71:7
81:25 82:6
98:5,6
**moved** 98:13
**movement** 34:1
34:2
**moving** 32:9

___N___

**name** 4:5,22
**near** 17:18
70:10 74:18
83:18 87:8
108:5
**need** 3:24
45:18,20
52:15
**needed** 17:1
**never** 8:7
31:22,22
36:13 68:21
70:5 75:20
79:22,25
80:16 81:15

82:10
100:16,16
100:17
**night** 50:6
**nodded** 45:11
52:17
**nodding** 3:20
**notary** 109:1
109:7,22
**noted** 50:25
52:1
**notes** 109:15
**notice** 23:17
23:19,22,23
**noticed** 23:21
23:24
**number** 20:15
39:20 40:5
43:21,22
46:22 47:15
47:15,25,25
50:9,20
66:20

___O___

**oath** 3:6
**object** 26:10
35:24 44:22
75:2 81:1
94:10 101:2
**objection**
14:21 15:2
19:1,18
29:12 37:11
42:17 47:3
48:5 50:4
50:22,24
51:25 60:12
71:2,9 72:1
75:24 76:10
77:17 78:3
78:8,16
81:21 92:15
92:16,17
93:9 103:9
**observation**
101:21
**observed** 24:3
99:7
**obstructing**
100:22
101:7,8

106:22
**obtain** 49:14
**obtained**
20:17 27:8
**obviously**
71:18 90:13
95:18,21
96:10 97:1
106:5,11
107:17
**occur** 15:11
64:7
**occurred** 14:4
14:5 15:17
20:3,21
44:4 49:23
61:13 70:25
71:19 72:8
75:16,18
82:13
106:25
**occurring**
61:15 70:19
71:3
**october** 8:12
49:16,16
62:16 63:23
64:23 65:10
66:21 104:2
**office** 100:2
**officer** 1:9
1:12,20
2:14,15 3:4
3:9 4:6
5:15,16,17
7:8,11,14
11:9 15:11
17:16 20:8
21:22 23:14
23:16 24:15
28:2 34:18
34:24 35:1
36:21 37:18
38:4,5,21
39:2 40:4
40:22 41:19
45:8 46:3
48:22 49:3
51:19 52:9
52:10 54:5
54:13,20
55:3,16

56:7,16
62:5 63:14
65:4 66:19
69:4 70:3
71:4 72:20
78:10 79:14
79:20 80:6
82:14,16
85:16 87:13
89:25 92:8
95:2 96:6
96:11,15,20
103:12
105:24
110:3
**officers** 6:7
43:20 44:20
63:13
102:23
**offices** 2:3
**okay** 4:22,24
5:12,13 6:1
6:6,25 8:4
8:6 9:2,25
10:10,20
11:5,18,21
12:1 13:11
13:21 15:13
15:16 16:16
16:21 17:24
18:15,24
19:14,16
20:5 21:12
21:23 22:6
22:12,19,23
23:25 24:7
24:11,19
25:2,11,14
25:17,24
26:5,19
27:2 28:7
28:11,18,24
29:3,5,17
30:1,19
31:1,4,15
31:18,25
32:11,14,18
33:2,8,12
33:21 34:8
34:12,24
35:3,10,11
35:21 36:13

Anoinette Fett
3/19/2010

36:23 37:1
40:3,12,17
41:17,22,25
42:6 43:1
43:13,19,24
44:5,13,19
45:16 46:8
46:20,23
47:23 49:12
49:22 50:1
50:8,18,19
51:5,11,14
54:10 56:5
56:10,18,23
57:5,16,22
58:20 59:7
62:1,18
63:8,23
64:21 65:2
65:9,25
66:5,23
67:1,4,11
68:1,5,23
69:10,20,24
70:13,16,24
71:20 72:9
72:15,25
73:8,9,12
73:17,18,21
73:24,25
74:5,12,18
74:23 75:12
75:15,20,23
76:8,16
77:4 78:21
78:24 79:7
79:12 80:2
81:13 82:24
83:10 84:1
84:4,7,12
84:15 85:1
85:6,10
86:12,23
87:2,7,12
87:15,21,22
88:10,21
89:4,9 90:9
90:12,16
91:2,7,16
91:21 92:4
92:8 93:3,6
93:15,25

95:14,21
96:10,13
97:6,9,17
98:2,7
99:18,24
102:10
103:23
104:4 105:5
105:8,14
107:2
**old** 62:14,22
**olds** 63:14
**once** 72:10,11
72:12,14
**onepage** 40:22
**oneperson** 9:8
9:9
**ongoing** 14:15
20:13
**open** 21:13
22:3,3
24:19 25:4
25:7,12
30:14 32:11
32:15,19,21
33:9,12
59:9,22
78:25 79:3
**opened** 22:24
24:23,24
25:3 73:19
74:25 76:25
**opens** 77:6
**opposing**
52:23 53:1
**opposite**
76:22
**order** 4:17,20
5:2 19:24
35:16
**orders** 4:13
**oreilly** 2:9
**outside** 15:17
15:24 23:17
32:6 53:25
54:1 76:6
81:14 82:22
82:23

_____
P
_____
**p37201** 2:17
**p45797** 2:2

**p60333** 2:8
**page** 1:18
41:10,14,23
43:25 46:20
48:1 69:25
73:4,25
90:7,8,12
90:16,18,21
90:23 91:2
91:10 92:1
92:8 93:3
93:20 94:3
94:16 95:2
95:13
**pages** 40:7,15
40:20 41:12
41:13,20
72:22 90:2
90:5,25
**pain** 95:13
**palpitations**
95:16
**panting** 98:22
**pardon** 43:15
**parked** 27:1
30:6
**part** 7:20
25:4,6,6,14
32:14,17
33:8 37:10
40:25 41:14
60:6 84:16
84:18 97:14
**partially**
59:22 79:3
**particular**
9:11 10:3,7
98:19
103:21
**parties** 19:12
19:21
**partner** 10:5
63:20
**party** 109:17
**patrick** 1:8
2:2,3 3:15
15:23 78:14
81:25
**patrol** 9:5,6
10:2
**patrolling**
9:10,17

10:14
**pause** 56:10
**pay** 13:25
14:11 17:3
18:4 20:18
27:9 102:14
**peacock** 2:17
41:8,13,17
45:25 52:24
58:3,6
62:20,24
63:4 75:2
75:24 77:17
78:3 79:8
79:12 80:17
80:25 82:5
82:7 90:2
92:14 93:8
94:10
107:12,16
107:22
**penny** 10:15
11:1,6
12:10,15
16:18
**people** 17:8
97:4
**perceived**
75:14
104:10
**perception**
75:25 77:20
77:21 85:9
**perfect** 48:16
**perovich** 1:4
3:12,17
19:9 21:14
21:16 24:19
27:10 30:8
30:12 31:16
32:12 36:13
42:4 47:1
51:9,15
57:10 60:9
62:14 66:2
69:21 72:10
74:24 83:3
86:18,25
89:12 90:10
90:14,16
91:3,7 92:1
92:9 95:5

96:22 97:11
98:11 99:19
100:19
101:12,16
102:22
103:1 106:3
106:16
107:5
**perovichs**
49:15 86:4
86:10
**person** 20:18
**personal**
101:21
**personally**
99:4
**personnel**
27:8 89:19
97:2 99:10
**perspiring**
95:22 96:1
**pertinent**
50:6
**pete** 4:21
62:22
**peter** 2:17
**photographs**
90:5
**physically**
107:18
**pick** 32:3
**picture** 66:24
67:19 68:2
68:3,14,17
74:7,9
80:12,14
85:22 87:9
90:13,19
92:13 93:20
**place** 71:18
75:24 78:3
92:14,15,22
93:8 109:9
**placing** 88:8
**plaintiff**
53:25
**plaintiffs**
1:6 2:7
3:16 40:4
46:3 66:19
72:21,22
75:4 84:15

89:25
**plate** 20:15
  20:17 27:2
**plates** 30:6
**play** 52:22
**played** 53:5
  54:3 55:1
  55:25 56:24
  57:8,23
  58:16 59:16
  61:7 79:21
  80:3
**please** 3:25
  4:5 6:23
  46:21,21,22
  49:13 51:4
  73:8
**plenty** 71:3
**plunkett** 2:18
**point** 23:20
  30:14 32:7
  49:5 55:16
  57:7 76:8
  76:12,14
  78:12 82:17
  85:10 86:4
  86:9 90:14
  99:20 108:5
**police** 1:9,12
  1:13 2:14
  3:9 4:14
  6:1,7,19,23
  6:24 7:5,9
  7:14,17
  8:13 11:6,9
  11:12,13
  12:6 14:19
  15:5,19
  16:9,13
  36:21 38:5
  39:2 41:1
  48:1,22
  50:2,7,21
  51:2 53:3
  54:13,20
  70:1 71:4
  72:25 103:7
  103:12
  105:24
**policy** 4:15
  14:24 15:1
  15:4,20

16:3,13
**porch** 21:1
  23:3,5
  24:17 25:17
  25:18,20
  31:4,7,8
  33:6 45:3,5
  52:11 59:1
  59:4,8,9,13
  60:15 61:17
  61:18,19
  80:22 81:8
  81:10,14
  82:18 102:1
  102:6
**portion** 74:10
  107:19
  108:3
**position** 7:16
  36:8 45:8
  61:12 81:25
**positioned**
  23:12,13,14
  24:15
**possible**
  68:11,12
  94:18 99:3
**possibly**
  93:17,18
  94:2,17
**precede** 35:15
  35:15
**prefer** 5:15
**preliminary**
  100:13
**premises**
  57:12 61:16
  98:8 102:23
  103:2
**preparation**
  5:22
**prepare** 6:4
**prepared**
  40:12 44:2
**presence**
  16:22 49:23
  54:1
**present** 2:24
  17:13 30:12
  32:4 70:17
  83:1 97:12
  102:17,19

102:20
**presume** 3:23
  73:5
**pretty** 101:7
  104:11
**prevent** 61:23
  72:5
**previously**
  4:21
**prior** 4:8
  7:16,23 8:5
  9:2 17:17
  20:9 21:21
  49:23 54:25
  60:10 89:2
  95:7,8
  101:20
**probably** 21:2
  21:20 23:9
  24:25 26:4
  63:15 97:3
**problem** 16:25
  57:13
**problems** 95:6
  95:7,8
**procedure** 4:3
**procedures**
  4:14
**proceedings**
  108:13
**profanities**
  30:25
**profanity**
  44:17
**property** 41:1
  73:14
**proposed** 4:20
**propping**
  32:11,15
  33:9,12
**prosecutor**
  99:22
**prosecutors**
  100:2
**protect** 71:24
**protective**
  4:17,20 5:1
**protocol**
  14:18 103:6
  103:16,20
  103:21,22
  103:23

104:2
**provide** 4:23
  5:1,2
**provided** 5:5
  5:5,18 7:21
  52:23 53:1
  72:20 73:1
**public** 109:7
  109:22
**pulls** 87:15
**purpose** 102:6
**pursuant** 4:1
**push** 31:10
  33:3,9,13
  33:15,17
  34:5,7,8,14
  34:15 35:15
  35:15,17,18
  35:21 57:6
  58:20 59:7
  60:5,5,20
  60:21,24
  61:12,23
  62:11 72:10
  79:3,5
**pushed** 30:21
  30:22 31:1
  31:5,9,11
  31:12,16
  34:17,19
  35:9 51:19
  52:9,10
  59:1 60:9
  61:21 64:6
  64:9 66:13
  73:20,23
  77:1 101:9
  105:10
**pushes** 34:19
  61:24 65:20
**pushing** 59:11
  60:3 100:23
  101:5
**put** 43:5,10
  51:11,15
  53:14,18
  78:11,11
  86:4,9
**putting** 65:13

      **Q**
**quarter** 93:18

93:19
**question** 3:22
  3:23,24
  15:22 36:6
  38:15,19,23
  46:21 47:15
  47:22,23,24
  47:25 48:6
  48:12,24
  49:8,13,17
  49:20 50:5
  50:19 75:7
  78:14
  101:14
  103:15,19
**questioning**
  11:2
**questions**
  3:19 46:18
  100:18
  107:13,14
  108:6
  109:12
**quick** 24:12
  105:20
**quickly** 98:13
**quite** 95:25
**quotation**
  42:11,13,18
  42:23 51:11
  51:16,23
**quotations**
  47:11
**quoted** 42:21
**quotes** 43:3
  43:10

      **R**
**radio** 12:4
**ranch** 66:1
**rancilio** 2:9
**rank** 7:11
**ranting** 57:20
**raving** 57:20
**reacted** 78:19
**reaction**
  31:10
**read** 46:24
  49:12 73:8
**reads** 5:2
**real** 95:21
**really** 11:3

Anoinette Fett
3/19/2010

Page 122

15:21 78:14
102:21
106:14
**reason** 43:10
75:12
**reasons** 29:15
**recall** 7:22
7:23 9:11
10:4,5,12
10:20 12:1
12:11,12,20
22:22 28:12
28:13 29:2
33:19 42:9
54:21 67:15
67:22 75:22
83:17 95:17
95:23 96:3
96:4 97:19
98:21 102:8
102:20
**receive** 12:4
100:12
**received** 4:7
10:24 11:5
16:19 52:8
53:3
**receiving**
7:23
**recollection**
12:14,17
22:17 28:15
67:21
**record** 3:7
4:5 41:1
49:13 52:19
52:20,21
53:22,24
61:3 72:3
80:18,23
85:20 86:24
94:24,25
105:16,17
107:15,22
108:1
**recorded**
109:13
**recordings**
5:18
**reduced**
109:14
**referring**

45:13
**reflect** 3:8
52:22 53:23
53:25
**refresh** 12:14
28:15
**regard** 16:3
**regarding**
7:22 20:20
**registered**
27:3,6
**regular** 22:1
22:4,24
**reiterating**
50:18
**related**
109:16
**relax** 89:14
89:14
**relevance**
14:22
103:10
**remember**
12:25 35:8
53:21 96:8
102:9
**remove** 105:2
105:4,6
**removed** 98:8
98:8
**repeated** 3:25
**rephrase**
69:15 75:7
**rephrased**
3:24
**report** 6:1
12:13,23
28:14,17
40:2,9,12
40:15,17,18
40:22,23
41:5,9,9,12
41:19 43:2
43:5,13,16
43:18,21
44:2,6 48:2
50:2,7,21
51:2 66:9
66:12 70:1
73:1,11
75:3 77:8
77:10,16,22

78:11,11,19
85:5,7
**reporter**
39:22 45:23
66:16 72:17
89:22
108:11
109:6
**reporting**
108:5
**represent**
3:16
**request** 4:9
47:4
**requesting**
11:6,14
12:8 26:20
**required** 42:6
**residence**
21:10 22:10
30:2 49:15
54:17 56:20
60:10,13
61:21 62:15
64:4 65:14
65:16,19
66:21 71:25
72:7 77:5
79:15 83:6
84:5 96:21
96:22 97:12
104:4
**resident** 11:1
11:6 15:25
18:21
**resisting**
100:22,25
101:6
106:22
**respond** 20:7
99:10
**responding**
96:25 97:5
**response** 28:8
28:9,11,16
28:24 29:1
29:2 31:10
46:17 49:19
107:4
**rest** 58:14
74:21
**restaurant**

13:25 14:1
14:4 20:17
27:8 30:7
**retreat** 35:19
35:22,23,25
36:5 65:22
**retreats**
61:25
**review** 28:14
46:21 73:3
**reviewed**
43:17,23
46:14 52:12
**reviews** 43:21
**rhonda** 1:25
109:6,21
**ridiculous**
82:3
**rig** 97:4
**right** 9:12
13:8 16:14
17:10 20:9
20:10 22:20
23:1 24:17
25:7 27:17
28:5 29:22
29:24 31:14
31:16 32:4
32:7 33:3,4
33:10,22
34:15,16
35:10 36:18
37:2,8,9
38:3 39:25
41:2,20
42:4 43:3
43:24 44:5
44:8,9
49:10,20,24
51:9 54:22
55:10 57:17
58:20 59:4
59:13,22
60:9,10,20
61:4,17
62:5,11
64:5 66:3,8
66:10 67:13
69:2,8 71:1
74:23 76:6
76:17 77:12
80:9 81:4

82:15 83:24
84:21 85:12
86:3,20,21
86:25 87:1
87:10,17,23
88:1,1,5,6
89:16 90:19
90:25 91:22
92:2,6,12
92:19,25
93:3 94:3,4
94:4,5,6,16
95:11 98:14
102:17
104:5
**righthand**
67:8,9
**risk** 65:14
**rmr** 1:25
**road** 1:21
2:10 9:5,24
**roadway** 27:1
27:6
**roll** 8:21 9:3
9:12
**room** 46:9
53:12 62:7
68:6,7,10
69:23,23
74:2,3,11
74:13,21
82:15,17
83:5 84:17
84:17 87:17
97:2,14,15
**roughly** 41:22
**rpr** 1:25
**rules** 4:2,2
**run** 20:9 27:2
64:7 96:13
**running** 96:8
96:11,12,16
97:25

_____

**S**

**saw** 25:11,24
31:21,22,23
31:23,25
33:2,16,21
34:2,4,8,14
34:15,25
50:6 57:2,2

Anoinette Fett
3/19/2010

57:3,10
62:11 76:4
77:9,14,19
77:19 78:13
78:18,19
79:2 83:20
83:21 84:4
100:10
**saying** 15:24
56:3 64:10
80:20 104:9
**says** 34:18
36:21 43:23
43:25 48:19
48:21 49:9
50:6 52:3
61:24 73:5
73:13,18
75:3,17
76:24 93:3
94:4,5 95:4
104:6
**scenario**
103:25
104:1
**scene** 17:12
17:13 54:24
60:15 61:17
106:8
**school** 6:13
**scream** 88:15
**screaming**
52:4 88:14
88:17,19
95:25
**screams** 88:22
88:24
**screen** 21:24
22:1,24
24:20,24
25:4 30:14
73:19 76:25
77:6 78:25
**search** 49:14
**second** 90:8
**seconds** 21:18
**see** 21:11
22:7,9,12
24:4,7,8
25:11,15,18
25:19 26:21
27:2,22

29:25 31:10
31:23 32:21
32:24,25
33:13 34:5
35:22 37:25
41:24 42:14
42:23 43:22
44:2 49:17
51:18,21
54:13,15
55:4,8 56:2
56:14 58:20
59:7,20,24
60:5,9,20
60:21,23,25
61:1,4,18
62:2 66:24
67:5 68:13
68:16 73:6
73:10,15,20
74:3,17,18
74:21 75:9
77:1,3,24
78:21,24
79:3,5
83:18,21
84:2 87:9
90:8,18
91:6,10,12
91:16 92:11
92:19,21
93:3,6,12
93:13,13,20
93:23,24
94:13,17,18
95:22 97:18
**seeing** 74:13
80:10,12,13
**seek** 98:16
99:10
**seeking** 14:12
**seen** 22:11
25:22 31:11
33:15 34:1
34:7 35:1
78:5 79:4
**sees** 76:14
**seized** 69:24
70:2 72:5
**seizure** 99:1
99:5
**send** 12:18

**sense** 48:14
48:16,17
106:14
**sentences**
42:15
**sergeant** 1:11
2:15 6:11
10:9 17:12
17:14,21
18:12,19,24
20:1,25
21:21 22:25
23:10 24:16
27:25 30:21
30:22 31:1
33:3,13,21
34:15,16,25
35:3 37:4
40:13,18
43:17 45:14
54:5 55:10
56:12 57:6
58:21 59:3
59:18,24
61:20 64:6
64:9,22
65:3,20
66:3 69:3
70:4,8,15
71:24 72:10
73:18,20
74:1,25
76:6,12,17
76:18,20,24
77:1,5
78:24 79:17
80:6,8
82:13 85:6
85:12 86:9
86:17,19,24
87:8 88:4
89:8,9
91:17 92:5
96:6,20
98:10 99:11
100:23
101:10,19
105:5,10
106:5,8
**sergeants**
43:20
**series** 3:18

90:5
**served** 107:8
**set** 4:7,9
42:13 62:3
70:10 79:17
109:9
**seven** 40:7
**shaking** 3:20
37:21
**sheriffs**
63:21
**shift** 8:16,17
8:17,19,20
9:3
**shoot** 30:25
35:7 36:12
37:5,8,9,23
38:3,17,20
42:14 43:3
44:14 47:2
47:7,12
48:2,3,20
48:25 49:7
50:2 51:8
51:24 58:2
58:16 64:12
64:14,19
73:15 75:8
104:10
105:12
**short** 21:3
**shorthand**
109:6
**shot** 63:13,14
63:16 65:22
74:14
**shotguns**
69:18
**shoulder**
82:16
**shoulders**
3:21
**shoved** 37:4
66:13
**show** 12:13
20:12 60:15
68:6,7
85:15
**showed** 4:21
101:18
**showing** 70:25
71:3,16

**shows** 54:13
61:17,18
95:3
**shrugging**
3:21
**sic** 42:6
**side** 26:2,2,4
26:4 27:12
27:12 32:9
32:9 33:25
45:6,7,10
56:15 60:23
66:24 68:10
74:2 76:13
76:21,22
80:8 81:17
83:25 85:3
85:12 86:19
87:8,10,11
87:23
**sight** 89:17
**signed** 46:12
46:14
**simple** 49:8
**simultaneous**
11:17
**singlestory**
66:1
**sit** 53:10
**sitting** 97:19
**situation**
89:18 98:23
99:15
103:17
**slash** 73:5
**small** 24:17
83:22 84:14
94:18
**smaller** 23:5
93:13,15
94:12,15
**somebody** 8:6
11:7 14:13
17:2,7 26:9
36:23 104:9
**somewhat** 96:2
**son** 26:18,19
26:21,22,24
27:14 42:7
105:9
**soon** 24:6
44:5 61:9

Anoinette Fett
3/19/2010

| | | | | |
|---|---|---|---|---|
| 61:15 88:17 | 35:5 47:4 | 16:22 20:3 | 97:15 | **tell** 21:5 |
| 96:24 | 51:14 63:15 | 20:5 41:1 | **swelling** | 24:2,3,9 |
| **sorry** 8:18 | 80:18 95:18 | 53:3 63:17 | 92:11,16,19 | 25:9 27:5 |
| 18:11 32:20 | 99:8 109:3 | 63:23 89:6 | 92:21,22,24 | 27:21 32:17 |
| 39:20 55:15 | 109:7 | 96:22 103:6 | **swollen** 92:23 | 34:6 47:8 |
| 69:15 71:6 | **stated** 16:7 | **stern** 52:5 | 93:1 | 64:25 65:24 |
| 72:13 88:1 | 18:3 20:8 | **stood** 24:13 | **swore** 46:16 | 67:18 68:4 |
| 100:8 | 30:23 35:1 | **stop** 65:16 | **sworn** 3:5 | 74:9 76:13 |
| 101:15 | 42:7 47:1 | 86:23 96:12 | 109:10 | 80:25 94:8 |
| **sort** 67:22 | 48:7 49:10 | 96:15 | | 99:11,21 |
| **sought** 107:3 | 78:10 | **stopped** 96:14 | **T** | **telling** 81:23 |
| **south** 2:19 | 105:11 | **storm** 21:25 | **table** 67:4 | 89:14 |
| **southern** 1:2 | **statement** | 73:15 74:24 | **take** 37:19 | **tells** 50:11 |
| **space** 42:19 | 27:18 28:8 | 75:9,20,22 | 52:15,18 | 96:11 |
| **speak** 26:17 | 36:23 42:4 | 78:22 | 68:23 70:9 | **tendered** |
| 27:14 42:7 | 42:23 44:13 | **street** 2:19 | 70:9 79:11 | 108:4 |
| 42:8 73:19 | 44:15 45:3 | 10:15 | 81:24 82:22 | **tendering** |
| 75:1 76:25 | 47:1,14,24 | **strike** 71:7 | 94:20 | 107:5 |
| 82:21 | 48:1,11 | 82:6,8 | 105:14 | **term** 35:24 |
| **specific** 9:19 | 50:1,16 | **strong** 38:16 | 106:12 | 75:2 93:9 |
| 12:10 | 51:4,8 71:8 | **structured** | **taken** 1:21 | 94:11 |
| **specifically** | 75:7,10,13 | 93:2 | 3:12 4:1 | **terms** 92:16 |
| 3:17 | 77:2,3 83:7 | **stumble** 31:9 | 71:12,23 | 97:6,11 |
| **speculate** | 85:8 86:13 | **subpoena** | 72:12,14 | **testified** 3:6 |
| 78:13 | **statements** | 100:12 | 95:12 96:22 | 6:4 17:24 |
| **speculation** | 42:15 46:16 | **substantive** | 107:21 | 18:15,16 |
| 72:2 78:4 | 81:2 | 41:9,14 | 109:8,16 | 19:16 30:4 |
| **spoke** 82:25 | **states** 1:1 | **sued** 105:21 | **talk** 6:6,10 | 33:20 36:2 |
| **sprint** 64:18 | 75:3,8 85:6 | **suffer** 98:24 | 29:19 56:3 | 36:3,18 |
| **square** 65:24 | **station** | 98:25 99:5 | 102:2,3,5,6 | 41:20 52:11 |
| **ss** 109:4 | 106:12 | **suggest** 46:25 | 105:9 | 53:18,21 |
| **st** 109:5,23 | **stay** 50:9 | **suggested** | **talked** 106:1 | 55:19 57:1 |
| **staff** 10:6 | **stenographic** | 28:7 74:24 | **talking** 18:7 | 58:25 69:25 |
| **stand** 16:11 | 109:15 | 75:3 | 18:8 58:17 | 81:10 83:2 |
| 96:12 | **stenograp...** | **suggesting** | 78:6 85:24 | 86:12 95:5 |
| **standing** | 109:13 | 47:6 100:21 | 103:25 | 100:16 |
| 15:11 19:11 | **step** 67:24 | **suggests** 42:1 | **tape** 52:22 | **testify** 6:4 |
| 22:8,13,14 | 68:1,9 74:2 | 74:23 | 53:1 55:17 | 71:5,8 77:7 |
| 22:19,20 | 74:6,9,10 | **suicidal** 8:1 | 56:2 70:17 | 77:9,10,13 |
| 23:4,10 | **steps** 21:1 | **suite** 2:10,19 | 71:16,17,23 | 78:9,17,18 |
| 28:4 31:13 | **sterling** 1:9 | **support** 4:9 | 72:5 98:7 | 100:13,15 |
| 32:16 75:19 | 1:10,11,22 | **sure** 19:24 | 105:3,6 | 109:10 |
| 76:1,2,6 | 2:11,13 3:1 | 25:22 37:16 | 107:23 | **testifying** |
| 77:20,22 | 3:8 4:14 | 58:7 71:23 | 108:2 | 37:15 |
| 85:17 87:14 | 6:7 7:5,9 | 80:23 | **taping** 71:18 | **testimony** |
| **start** 8:21 | 7:14,17 | **surface** 67:12 | **taser** 87:15 | 20:1 31:15 |
| 9:10 10:14 | 8:13 9:19 | **surgery** 89:3 | **team** 63:17,19 | 65:5,7 |
| 42:21 | 11:13 12:6 | **suspicion** | 63:24 64:2 | 71:10 75:16 |
| **started** 9:2 | 14:5,18 | 19:23 | 64:23 | 75:21 78:21 |
| **starting** 73:4 | 15:1,4,6,18 | **sweep** 68:23 | **teams** 64:1 | 82:10,12 |
| **starts** 61:22 | 15:18,25 | 68:25 69:3 | **television** | 107:21 |
| **state** 4:5 | 16:1,8,9,13 | 69:20 97:13 | 24:7 70:10 | **thank** 16:4 |

Anoinette Fett
3/19/2010

41:17 54:2
62:24
**thats** 4:18
6:24 14:20
16:13 30:17
35:9 36:1,4
36:20 37:6
37:13 41:15
41:20 42:4
43:5,6,7,8
43:11,20
47:22 48:22
49:10,10
50:5 51:8
51:12,19
56:5 61:22
62:13 64:8
65:6,6
66:12 69:7
69:8,11
74:6,15
75:11,14,25
77:18,19,19
83:4 90:20
91:13 92:4
92:24,25
93:15 94:22
95:19 96:11
103:15
104:7,10,24
107:11
**theres** 22:1
42:19 63:13
64:1 65:21
67:8
**thing** 24:2
90:25
**things** 80:20
**think** 21:19
39:5,6,10
57:18 64:17
**thought** 25:24
67:24 99:12
**threat** 34:9
35:6,8,9,11
35:14,14,15
35:17,18,21
36:20,22,24
37:1 38:3
38:11,12,13
38:18 39:5
39:17 44:21

47:17,18,21
48:23 50:14
50:14 51:21
52:5,6
59:10 63:9
63:11 64:2
64:5,6,8,15
65:2,3,15
65:17 89:18
103:12
105:13
106:21
**threaten** 37:8
37:9 38:7
**threatened**
36:9 37:4
51:15
101:10
**threatening**
38:5 39:2
71:4
**threats** 64:7
**three** 13:2
20:5 23:8
40:15 41:12
41:13 50:16
72:22
**threw** 85:7
**time** 5:6,11
10:19 11:19
12:19 13:23
17:18 18:25
20:20 21:2
22:7,18
24:22,23,24
26:24 28:13
30:20 32:4
35:5 36:16
44:1,1,3,4
44:20 52:8
54:16,23
56:19 57:6
58:15 62:15
64:1 65:20
65:21 70:12
70:14 71:21
88:19 91:17
91:19 95:10
95:23,25
96:19 98:16
101:9 106:4
106:16

109:9
**times** 50:17
63:8 72:9
73:23
**tissue** 92:25
**today** 4:8
5:20,23 6:4
13:14,19
71:10
107:21
**told** 13:23
28:21 47:10
73:22 89:2
96:15 102:8
**top** 43:25
**totality** 37:3
37:19
**township** 1:13
2:5,23 11:2
11:4,9,12
11:25 12:8
13:10 14:5
14:24 15:16
15:25 16:1
16:10,11
18:22 19:10
19:22 20:21
42:2
**training** 7:3
63:14
**transcribed**
107:19
108:3
**transcript**
109:15
110:11
**transcrip...**
109:14
**transferred**
106:17
**transmission**
12:4
**transmiss...**
16:17
**transported**
98:17
**tried** 74:1
**tries** 77:5
**trooper** 63:15
**truck** 26:25
27:5,8 30:5
**true** 109:14

**truth** 109:11
109:11
**trying** 49:5
61:23 65:17
65:22 87:23
88:7 91:18
92:5 95:11
**turn** 35:18
36:4 37:23
41:7 46:20
47:20 50:13
64:13 90:7
90:12 92:8
93:20 95:2
97:17 99:21
**turned** 36:8
37:5 38:17
47:17 83:16
84:7,7
99:25
105:12
107:6
**turning** 64:11
91:2
**turns** 52:5
60:1,4
65:20
**tv** 24:3 70:12
**twice** 72:11
**two** 12:24
20:7 21:18
21:24 38:20
40:20 41:20
97:5 105:20
**twoperson** 9:8
**type** 44:10,12
**typically**
54:22
**typo** 42:18

——————
**U**
**ultimately**
53:2
**uncuff** 88:25
**uncuffed**
89:16 99:15
**understand**
3:23 19:16
47:19 48:24
**understan...**
15:21 99:14
99:15

**undertakes**
15:16
**unfair** 78:14
**uniform** 13:12
13:19
**unit** 12:18
67:2,5
70:11 84:24
**united** 1:1
**units** 20:7
**universal**
97:4
**unlawful**
71:25 72:6
**upset** 25:23
33:1
**use** 17:5
53:15,19
104:1
**usually** 13:13

——————
**V**
**van** 9:24
**vantage** 76:8
76:12,14
78:12 90:14
**vehicle** 9:13
9:15 29:4,9
30:10
**vehicles** 20:6
44:12
**version** 5:10
**versus** 3:13
**vhs** 70:14,17
98:7 105:2
105:6
**victor** 1:5
2:24 3:17
26:21,22,23
27:3,6,22
28:4 29:9
29:19,25
30:1 42:7
45:19 53:25
82:21 89:17
96:5 101:8
101:12,16
102:3,6,9
102:22,25
103:1
**video** 24:1,6
24:10 52:25

Anoinette Fett
3/19/2010

| | | | | |
|---|---|---|---|---|
| 53:5 54:3 | **wait** 37:24 | 24:4,8 | **wouldnt** 26:13 | 40:10 46:10 |
| 54:14 55:1 | **walk** 82:21 | 65:23 68:21 | 29:11,14 | 52:19 97:7 |
| 55:4,25 | **walker** 22:6,9 | 99:5 | 44:24 71:21 | 97:8,9 |
| 56:14,24 | **walking** 55:3 | **whats** 14:18 | **wrist** 66:7,8 | **108** 110:18 |
| 57:3,8,10 | 56:20 67:16 | 15:1,21 | 66:14 88:2 | **11** 52:20 |
| 57:13,15,16 | 84:8 | 37:20 57:14 | 88:5,6 | 53:12,12 |
| 57:23 58:1 | **wall** 85:14 | 62:10 65:8 | 91:23 92:12 | 62:8 109:25 |
| 58:21,22,24 | 87:1,10 | 65:10 81:13 | 92:20 | **110** 1:18 |
| 59:5,16 | **want** 24:14 | 87:19 | **written** 75:11 | **12** 94:24,25 |
| 60:5,7,10 | 28:14 31:18 | **white** 73:6,13 | | 105:16,17 |
| 60:25 61:1 | 37:17 38:2 | **whoa** 92:15,15 | ____**X**____ | 108:9 |
| 61:2,4,6,7 | 38:15,19 | **wide** 81:11 | | **12900** 1:21 |
| 61:9,10,13 | 80:17,22 | **wideangle** | ____**Y**____ | 2:10 |
| 61:14,15 | 81:25 82:8 | 81:18 | | **14** 63:12,13 |
| 62:10 63:14 | 94:20 | **width** 23:6 | **yeah** 4:18 | **15** 41:24 50:5 |
| 70:25 71:3 | 100:18 | **witness** 3:10 | 18:11 44:3 | 50:9 94:25 |
| 71:19 76:4 | 105:9 106:1 | 13:3 14:23 | 50:10 56:21 | **18** 41:24 |
| 79:2,9,18 | **wanted** 11:1 | 16:6 18:8 | 57:4 59:14 | **19** 1:24 3:2 |
| 79:21 80:3 | 55:16 102:2 | 19:7,11,20 | 61:23 67:21 | **1991** 6:16,18 |
| 80:10,18,19 | **warrant** 20:12 | 26:13 28:21 | 70:12 82:2 | |
| 80:21 89:14 | 49:14,15 | 29:14 37:19 | 83:21 | ____**2**____ |
| **videotape** | 98:16 99:10 | 39:1,17 | 104:14 | **2** 1:7 44:2 |
| 5:25 52:13 | 99:23 103:4 | 44:24 47:10 | **year** 63:14 | 45:22,25 |
| 52:24 69:24 | 104:5 107:3 | 50:11 52:2 | **years** 7:15 | 46:1,4 |
| 70:5 71:10 | 107:5,8 | 55:21 59:14 | 12:24 | 51:19 91:10 |
| 71:12,15 | **wasnt** 21:2 | 61:8 67:19 | **yell** 49:2 | 92:1 110:14 |
| 107:17,19 | 23:5 28:4 | 75:5,25 | **yelled** 42:12 | **2007** 8:12 |
| 107:20 | 29:9,21 | 76:11 77:13 | 51:7 | 40:10 49:16 |
| **view** 6:1 | 48:10,11 | 77:18 78:4 | **yelling** 49:4 | 62:16 63:23 |
| 68:13 75:18 | 61:4 83:1 | 78:17 79:22 | 52:4 95:25 | 64:23 65:11 |
| 80:20,21,22 | 84:10 98:18 | 80:13 81:3 | **young** 62:19 | 66:21 |
| 81:19,22,24 | **watch** 53:11 | 81:22 85:23 | 62:21,23 | **2010** 1:24 3:2 |
| 82:19 | 79:18 | 86:1 94:12 | **youre** 65:13 | 5:5,10 |
| **viewed** 5:24 | **watched** 24:13 | 100:6 | | **2015** 109:25 |
| 70:5 | 71:15 | 103:11 | ____**Z**____ | **20s** 63:1 |
| **violating** | **waving** 27:11 | 104:22 | | **20th** 49:16 |
| 37:9,10 | **way** 5:1 25:4 | 109:10,13 | ____**0**____ | **23** 5:9 |
| 38:4,21 | 25:5,6,14 | 110:2 | **00** 8:22 | **28** 62:8 |
| **violation** | 79:16 85:13 | **woman** 8:1,1 | **07** 94:24 | |
| 37:1 38:6,7 | 92:6 | 37:4 63:9 | **08** 52:20 | ____**3**____ |
| 39:4 | **wayne** 100:1,5 | 64:13 92:21 | **0935** 44:1 | **3** 41:14 66:15 |
| **visibly** 25:23 | **weapons** 69:12 | 93:2 103:8 | **0937** 43:14,23 | 66:20 74:5 |
| 33:1 37:21 | **wear** 13:12 | 103:20 | **0950** 13:4 | 84:15 90:16 |
| 99:8 | **wearing** 54:21 | **wonder** 35:12 | **09cv12192...** | 92:8 110:5 |
| **visualize** | **week** 8:23,24 | **word** 42:20 | 1:7 | 110:15 |
| 31:18 | 8:25 9:1 | **words** 42:9,21 | | **30** 1:23 40:10 |
| **voice** 36:10 | 10:20 99:19 | 48:25 49:7 | ____**1**____ | **30s** 63:1 |
| 38:16 52:5 | **weight** 66:10 | **work** 7:17 | **1** 1:18 39:20 | **30th** 8:12 |
| 56:5 81:16 | 66:11 83:3 | 8:23 | 39:21,25 | 49:16 62:16 |
| **vs** 1:7 | 83:7 84:20 | **worked** 89:19 | 40:5,25 | 63:23 64:23 |
| | 85:2,11 | **working** 8:12 | 48:1 51:3 | 65:10 66:21 |
| ____**W**____ | **went** 6:19,21 | 10:6 63:21 | 91:2 110:13 | 104:2 |
| | | | **10** 2:19 9:1 | |

Anoinette Fett
3/19/2010

**31** 105:16
**33830** 2:4
**350** 2:10
**39** 110:13

**4**

**4** 72:16,21,23
   90:18  93:3
   97:14
   110:16
**400** 2:19
**41** 105:17
**43153** 12:15
**45** 8:21  9:3
   110:14
**46** 46:10
   108:9
**4667605** 2:21
**48** 3:3
**48035** 2:5
**48043** 2:20
**48313** 2:11

**5**

**5** 8:22  89:21
   90:1,21
   93:20  95:3
   110:17
**53** 52:19
**586** 2:6,12,21

**6**

**6** 5:9  8:21
   9:3  90:23
   94:3  107:21
   108:4,10
   110:18
**60** 63:7,12
**60plusyea...**
   63:9
**60s** 63:2,3
**60yearold**
   58:14  63:8
   64:13
**66** 110:15

**7**

**7** 90:25  94:16
   108:3,10
   110:18
**70** 63:15
**72** 110:16

**7261000** 2:12
**7746363** 2:6

**8**

**8** 46:20  90:25
**80** 63:16
**89** 110:17

**9**

**9** 1:23  3:3
   46:22  47:15
   47:25,25
   50:9,20
   51:14
**92** 6:22