TRANSCRIPTION OF VHS VIDEOTAPE MARKED FETT EXHIBIT 7 PROVIDED TO THE COURT REPORTER RHONDA FOSTER ON 3/19/10.

(Indecipherable voices in background).

MALE OFFICER 1: I had to wait there three-and-a-half hours.

(Indecipherable voices in background).

MALE OFFICER 2: We haven't ate there yet.

(Indecipherable voices in background).

MALE OFFICER 2: I am sure she will.

(Knocking).

MALE OFFICER 1: I was going to tow the vehicle, and then when -- because I've been out here knocking, I see the car's here, that vehicle in the drive with the plate, and then when I called dispatch, she's got (indecipherable) --

MALE OFFICER 2: 102, dispatch, I'm on Penny. Do you have the caller still on the phone?

(Radio dispatch).

MALE OFFICER 2: Okay. Can you let her know I am out here?

(Radio dispatch).

MALE OFFICER 1: (Indecipherable) Oh, yeah, just like that.

MALE OFFICER 2: It's a mighty quiet morning, I might add.

MALE OFFICER 1: Yeah.

MALE OFFICER 3: Morning.

MALE OFFICER 1: Morning.

(Radio dispatch).

MALE OFFICER 1: Detective Melise.

(Indecipherable voices in background).

FEMALE OFFICER: Yeah.

MALE OFFICER 1: Show my badge and everything like that.

FEMALE OFFICER: Yeah.

MALE OFFICER 2: Morning.

(Indecipherable voices in background).

MALE OFFICER 1: Please tell me -- (indecipherable).

MALE OFFICER 2: He is a detective from Clinton Township.

WOMAN VOICE: What for?

MALE OFFICER 2: He wants to investigate --

(Woman voice in background).

MALE OFFICER 2: Is your son home? Is Victor home?

WOMAN VOICE: No (indecipherable).

MALE OFFICER 1: I am taking the truck.

MALE OFFICER 2: If you don't come out here and talk to this gentleman --

MALE OFFICER 1: I am taking the truck.

MALE OFFICER 2: -- he is going to impound your car.

(Woman voice in background).

MALE OFFICER 1: If your son doesn't come out --

(Woman voice in background).

MALE OFFICER 1: Have a good day, ma'am.

WOMAN VOICE: (Indecipherable).

FEMALE OFFICER: Who are you on the phone with?

WOMAN VOICE: I'm with the police.

FEMALE OFFICER: Hang up and talk to us.

WOMAN VOICE: You taking my vehicle, you gonna be in trouble. It's in my name. My son doesn't work. He has been beat up on the job by some people -- my -- you want to talk to my son? What for? He is on medical. I am supporting him, and he is (indecipherable).

MALE OFFICER 1: Ma'am --

FEMALE OFFICER: Ma'am, hang up the phone. We are the police. You can hang up now.

WOMAN VOICE: You are the police? You want to roll my vehicles out?

FEMALE OFFICER: Ma'am, hang up the phone.

WOMAN VOICE: What for? What for?

FEMALE OFFICER: So you can talk to us.

WOMAN VOICE: What you want to roll my vehicles out of here for?

MALE OFFICER 1: I don't. I want to talk to your son.

WOMAN VOICE: When you make appointment with him --

MALE OFFICER 1: I don't make an

appointment, ma'am. I am taking your truck if you don't talk to me right now.

WOMAN VOICE: You touch my vehicle --

MALE OFFICER 1: Then what?

WOMAN VOICE: -- I am going to get my freaking gun and get you off my premises. You hear this. I -- me -- I am a 60-year-old milady going crazy over the -- bastards. Look at you. You and your lady too.

MALE OFFICER 2: Go get your son. Where is your son at?

FEMALE OFFICER: You know what --

MALE OFFICER 2: Where is your son at?

FEMALE OFFICER: You know what --

WOMAN VOICE: Excuse me, I have (indecipherable).

MALE OFFICER 2: You know what, you know what, I am not going to sit here and argue with you.

FEMALE OFFICER: You know what, this is bull.

WOMAN VOICE: (Indecipherable).

MALE OFFICER 2: You threatened me

right on your porch.

WOMAN VOICE: I am not -- (screaming).

MALE OFFICER 2: You have got to be crazy. You have got to be crazy, woman.

(Woman screaming).

MALE OFFICER 1: Am I back in Clinton?

MALE OFFICER 2: Watch it. Watch it. Hey, get back. Get back now. I will taser you. Keep your hands on top of your head. Do it now. Do not move. Do not move. Don't move. What are you doing?

(Woman crying).

MALE OFFICER 2: Go ahead. Put your hands over your head. Don't move, brother.

(Woman crying).

MALE OFFICER 2: Don't move. Is there anybody else in this house?

WOMAN VOICE: Oh, my God. No, no, no. No. (Crying).

MALE OFFICER 2: I'll explain everything in a second. Do not move.

MALE VOICE: (Indecipherable) please.

MALE OFFICER 2: We are trying to be, but she threatened to shoot us.

MALE VOICE: No, she don't have no gun.

MALE OFFICER 2: Well, she said she did. And that's why we are doing what we are doing.

(Woman screaming.)

(Indecipherable voices in background).

MALE OFFICER 2: Watch her back. Watch her back. Get back. I understand.

MALE VOICE: No, mom, don't (indecipherable) -- tell her what you are doing.

MALE OFFICER 2: Tell your mom to stop fighting.

MALE VOICE: (Indecipherable).

(Woman screaming).

MALE OFFICER 2: Tell her to stop fighting.

(Woman screaming).

FEMALE OFFICER: Get up. Get up. Get up. Slowly.

(Woman screaming).

FEMALE OFFICER: Slowly.

MALE VOICE: She can't.

(Indecipherable).

FEMALE OFFICER: Okay. You're fine. You're fine.

MALE OFFICER 2: Sarge, you want Universal to come?

MALE VOICE: Yeah, please.

MALE OFFICER 3: Universal, yeah.

FEMALE OFFICER: Relax. Relax. You can't -- you can't threaten police. You can't threaten police with a gun.

MALE OFFICER 2: Are you Victor?

(Woman crying).

MALE OFFICER 2: Are you Victor?

MALE VOICE: Yeah.

FEMALE OFFICER: Get up.

MALE OFFICER 2: Then why didn't you just come to the door and this whole thing could have been resolved?

MALE VOICE: (Indecipherable).

MALE OFFICER 2: Okay. Well, this is -- this is what happens, okay?

WOMAN VOICE: (Indecipherable).

MALE OFFICER 2: If you would have just come to the door, none of this would have happened.

How old are you, Victor?

MALE VOICE: (Indecipherable).

MALE OFFICER 2: And you can't come to the door on your own?

(Woman crying).

FEMALE OFFICER: Relax. Okay?

WOMAN VOICE: Get this off of me.

FEMALE OFFICER: You are fine. You are fine.

WOMAN VOICE: You are not (indecipherable).

MALE OFFICER VOICE: I can't see back there.

FEMALE OFFICER: Yeah, you know what, move yourself over there. Okay?

MALE OFFICER 2: What's your mom's first name, Victor?

MALE VOICE: Maria.

MALE OFFICER 2: Maria, you can't threaten to shoot the police with guns. It's as simple as that. Stay there.

WOMAN VOICE: (Indecipherable) please, sir --

MALE OFFICER 2: Maria, Maria --

FEMALE OFFICER: He's here on

official business. Okay?

MALE OFFICER 2: Victor? He's a police officer.

FEMALE OFFICER: We've already verified that.

WOMAN VOICE: No.

MALE OFFICER 2: Victor.

WOMAN VOICE: He is not the police.

FEMALE OFFICER: Quiet. Quiet.

WOMAN VOICE: He is not the police officer (indecipherable).

FEMALE OFFICER: Okay.

MALE OFFICER 2: Victor, put a pair of shoes on and get your butt outside right now. I have got to talk to you.

MALE VOICE: (Indecipherable).

MALE OFFICER 2: This will alleviate the problem. Sarge, can you let him get a pair of shoes?

MALE OFFICER 3: Yeah.

MALE OFFICER 2: Let me go with him. (Indecipherable) Just stay where you are at Maria. Okay?

WOMAN VOICE: Now I'm (indecipherable) --

MALE OFFICER 2: Shut up, ma'am. I am not talking to you.

WOMAN VOICE: (Indecipherable) you said --

FEMALE OFFICER: You just made this escalate for no reason.

(Indecipherable woman voice in background).

MALE OFFICER 2: You just made this all up. You just made this a big mess.

WOMAN VOICE: I never made a mess.

MALE OFFICER 2: You sure did.

WOMAN VOICE: Shut the door (indecipherable).

(Indecipherable voices in background).

MALE VOICE: You want some water, Mom?

FEMALE OFFICER: She's fine.

WOMAN VOICE: Yeah.

MALE OFFICER 2: We are sending --

MALE VOICE: She needs some more water.

FEMALE OFFICER: We'll get you some water.

MALE OFFICER 2: Victor --

(Indecipherable voices in background).

MALE VOICE: She needs some water (indecipherable).

(Indecipherable voices in background).

FEMALE OFFICER: (Indecipherable) come out. Okay?

WOMAN VOICE: Why come out? (Indecipherable).

(Indecipherable voices in background).

WOMAN VOICE: You broke my (indecipherable) --

(Indecipherable voices in background).

FEMALE OFFICER: You know what (indecipherable) no one pushed you.

WOMAN VOICE: Yes, I was pushed by him. I was pushed by him. (Indecipherable).

(Indecipherable voices in background).

(Radio dispatch).

(Indecipherable voices in

background).

MALE OFFICER 1: I was showing my badge after (indecipherable). You are a grown man. What the hell are you acting like this for, letting your mother do this shit?

MALE VOICE: (Indecipherable).

MALE OFFICER 1: What were you doing at P.F. Chang's last week? Forget to pay your bill? (Indecipherable).

MALE VOICE: No, I (indecipherable).

MALE OFFICER 1: I will tell you what. I am going to take your truck now, I'm going to arrest your ass now. When you were at P.F. Chang's you forgot to pay your bill, not forgot (indecipherable).

MALE VOICE: (Indecipherable).

MALE OFFICER 1: Why?

MALE VOICE: (Indecipherable).

MALE OFFICER 1: I come over here -- (indecipherable) call them, go over there, and pay your goddamn bill and nothing is going to happen, but here, you did this, (indecipherable) the problem because they have to -- your mother threatened to shoot us.

MALE VOICE: (Indecipherable).

MALE OFFICER 1: Your mother threatened to shoot us. That's not a very good thing

to do, because she was protecting her 46-year-old son who wouldn't come to the door. What is up with that?

MALE VOICE: (Indecipherable) I didn't see the badge --

MALE OFFICER 1: I put it right up to that thing four or five times.

MALE VOICE: I didn't see it. (Indecipherable) --

(Indecipherable voices in background).

MALE VOICE: I don't know. (Indecipherable).

(Radio dispatch).

(Indecipherable voices in background).

(Sirens).

(Indecipherable voices in background).

MALE OFFICER 1: I feel bad.

MALE OFFICER 3: (Indecipherable) next time they call (indecipherable) --

FEMALE OFFICER: Clinton Township (indecipherable) --

MALE OFFICER 1: (Indecipherable) because I called dispatch, I said, hey, send me a

wrecker. I want to tow the vehicle, you know, and then they said, well (indecipherable) --

MALE OFFICER 3: (Indecipherable) M-e --

MALE OFFICER 1: -- l-i-s-e.

(Indecipherable voices in background).

MALE OFFICER 3: Oh, my God. (Indecipherable) he comes around that corner, and I'm looking at his hands, I'm like, you know (indecipherable) --

MALE OFFICER 1: Well, I know (indecipherable) --

**A**

**acting** 13:4
**add** 2:7
**ahead** 6:15
**alleviate** 10:17
**anybody** 6:19
**appointment** 4:24 5:1
**argue** 5:20
**arrest** 13:13
**ass** 13:13
**ate** 1:12

**B**

**back** 6:7,10 6:10 7:10 7:11,11 9:13
**background** 1:7,11,15 2:14,21 3:4 3:16,19 7:9 11:8,16 12:3,7,13 12:17,23 13:1 14:10 14:15,18 15:7
**bad** 14:19
**badge** 2:16 13:3 14:4
**bastards** 5:9
**beat** 4:5
**big** 11:10
**bill** 13:8,14 13:20
**broke** 12:14
**brother** 6:16
**bull** 5:23
**business** 10:1
**butt** 10:14

**C**

**call** 13:19 14:21
**called** 1:21 14:25
**caller** 1:24
**car** 3:15
**car's** 1:20
**Chang's** 13:8 13:13
**Clinton** 2:25 6:8 14:22
**come** 3:10,18 8:5,17,24 9:3 12:9,10 13:18 14:2
**comes** 15:9
**corner** 15:9
**COURT** 1:2
**crazy** 5:8 6:5 6:5
**crying** 6:14 6:17,21 8:12 9:5

**D**

**day** 3:20
**detective** 2:12,24
**dispatch** 1:22 1:23,25 2:3 2:11 12:24 14:13,25
**doing** 6:13 7:6,6,13 13:7
**door** 8:17,24 9:4 11:13 14:2
**drive** 1:21

**E**

**escalate** 11:6
**Excuse** 5:17
**EXHIBIT** 1:1
**explain** 6:22

**F**

**feel** 14:19
**FEMALE** 2:15 2:18 3:23 4:1,10,14 4:17 5:13 5:16,22 7:21,24 8:2 8:8,15 9:6 9:8,14,25 10:4,9,12 11:5,19,24 12:8,18 14:22
**FETT** 1:1
**fighting** 7:15 7:19
**fine** 8:2,3 9:8,9 11:19
**first** 9:17
**five** 14:6
**Forget** 13:8
**forgot** 13:14 13:14
**FOSTER** 1:2
**four** 14:6
**freaking** 5:7

**G**

**gentleman** 3:11
**go** 5:11 6:15 10:21 13:19
**God** 6:20 15:8
**goddamn** 13:20
**going** 1:18 3:14 5:6,8 5:20 13:12 13:12,20
**gonna** 4:4
**good** 3:20 13:25
**grown** 13:3
**gun** 5:7 7:4 8:10
**guns** 9:20

**H**

**hands** 6:11,16 15:10
**hang** 4:1,10 4:11,14
**happen** 13:20
**happened** 8:25
**happens** 8:21
**head** 6:11,16
**hear** 5:7
**hell** 13:4
**hey** 6:10 14:25
**home** 3:5,6
**hours** 1:9
**house** 6:19

**I**

**impound** 3:15
**indeciphe...** 1:6,10,14 1:22 2:4,13 2:20,23 3:7 3:22 4:8 5:18,24 6:24 7:8,13 7:16 8:1,19 8:22 9:2,11 9:22 10:11 10:16,22,25 11:3,7,14 11:15 12:2 12:5,6,8,11 12:12,15,16 12:19,21,22 12:25 13:3 13:6,9,10 13:14,15,17 13:19,21,23 14:3,8,9,12 14:14,17,20 14:21,23,24 15:2,3,6,9 15:11,13
**investigate** 3:3

**J**

**job** 4:5

**K**

**Keep** 6:11
**knocking** 1:17 1:20
**know** 2:2 5:13 5:16,19,20 5:22 9:14 12:18 14:11 15:1,11,13

**L**

**lady** 5:9
**letting** 13:4
**Look** 5:9
**looking** 15:10
**l-i-s-e** 15:5

**M**

**MALE** 1:8,12 1:16,18,23 2:1,4,6,8,9 2:10,12,16 2:19,22,24 3:2,5,8,10 3:12,14,17 3:20 4:9,21 4:25 5:5,11 5:14,19,25 6:4,7,9,15 6:18,22,24 7:1,3,5,10 7:12,14,16 7:18,25 8:4 8:6,7,11,13 8:14,16,19 8:20,23 9:2 9:3,12,16 9:18,19,24 10:2,7,13 10:16,17,20 10:21 11:1 11:9,12,17 11:21,22 12:1,4 13:2 13:6,7,10 13:11,15,16 13:17,18,23 13:24 14:3 14:5,7,11 14:19,20,24 15:3,5,8,12
**man** 13:3
**Maria** 9:18,19 9:24,24 10:22
**MARKED** 1:1
**ma'am** 3:21 4:9,10,14 5:1 11:1
**medical** 4:7
**Melise** 2:12
**mess** 11:10,11
**mighty** 2:6
**milady** 5:8
**mom** 7:12,14 11:18
**mom's** 9:16
**morning** 2:7,9 2:10,19
**mother** 13:5 13:22,24
**move** 6:12,12 6:12,16,18 6:23 9:15
**M-e** 15:4

**N**

name 4:4 9:17
needs 11:22 12:4
never 11:11

O

officer 1:8 1:12,16,18 1:23 2:1,4 2:6,8,9,10 2:12,15,16 2:18,19,22 2:24 3:2,5 3:8,10,12 3:14,17,20 3:23 4:1,9 4:10,14,17 4:21,25 5:5 5:11,13,14 5:16,19,22 5:25 6:4,7 6:9,15,18 6:22 7:1,5 7:10,14,18 7:21,24 8:2 8:4,7,8,11 8:13,15,16 8:20,23 9:3 9:6,8,12,14 9:16,19,24 9:25 10:2,3 10:4,7,9,11 10:12,13,17 10:20,21 11:1,5,9,12 11:19,21,24 12:1,8,18 13:2,7,11 13:16,18,24 14:5,19,20 14:22,24 15:3,5,8,12
official 10:1
Oh 2:4 6:20 15:8
okay 2:1 8:2 8:20,21 9:6 9:15 10:1 10:12,23 12:9
old 9:1
outside 10:14

P

pair 10:13,18
pay 13:8,14 13:19
Penny 1:24
people 4:6
phone 1:24 3:24 4:11 4:15
plate 1:21
please 2:22 6:25 8:6 9:23
police 3:25 4:11,12 8:9 8:10 9:20 10:3,8,10
porch 6:1
premises 5:7
problem 10:18 13:21
protecting 14:1
PROVIDED 1:2
pushed 12:19 12:20,21
put 6:15 10:13 14:5
P.F 13:8,13

Q

quiet 2:6 10:9,9

R

Radio 1:25 2:3,11 12:24 14:13
reason 11:6
Relax 8:8,8 9:6
REPORTER 1:2
resolved 8:18
RHONDA 1:2
right 5:2 6:1 10:14 14:5
roll 4:13,19

S

Sarge 8:4 10:18
screaming 6:3
6:6 7:7,17 7:20,23
second 6:23
see 1:20 9:12 14:4,7
send 14:25
sending 11:21
shit 13:5
shoes 10:14 10:19
shoot 7:2 9:20 13:22 13:25
Show 2:16
showing 13:2
Shut 11:1,13
simple 9:20
sir 9:23
Sirens 14:16
sit 5:20
Slowly 7:22 7:24
son 3:5,17 4:4,6,22 5:11,12,14 14:1
stay 9:21 10:22
stop 7:15,18
supporting 4:7
sure 1:16 11:12

T

take 13:12
talk 3:11 4:1 4:6,17,22 5:2 10:15
talking 11:2
taser 6:10
tell 2:22 7:13,14,18 13:11
thing 8:17 13:25 14:6
threaten 8:9 8:9 9:20
threatened 5:25 7:2 13:22,25
three-and... 1:9
time 14:21
times 14:6
top 6:11
touch 5:3
tow 1:18 15:1
Township 2:25 14:22
TRANSCRIP... 1:1
trouble 4:4
truck 3:9,13 5:1 13:12
trying 7:1

U

understand 7:11
Universal 8:5 8:7

V

vehicle 1:19 1:20 4:3 5:4 15:1
vehicles 4:13 4:20
verified 10:5
VHS 1:1
Victor 3:6 8:11,13 9:1 9:17 10:2,7 10:13 12:1
VIDEOTAPE 1:1
voice 3:1,4,7 3:16,19,22 3:25 4:3,12 4:16,19,23 5:3,6,17,24 6:2,20,24 7:3,12,16 7:25 8:6,14 8:19,22 9:2 9:7,10,12 9:18,22 10:6,8,10 10:16,24 11:3,7,11 11:13,17,20 11:22 12:4 12:10,14,20 13:6,10,15 13:17,23 14:3,7,11
voices 1:6,10 1:14 2:13 2:20 7:8 11:15 12:2 12:6,12,16 12:22,25 14:9,14,17 15:6

W

wait 1:8
want 4:6,13 4:19,21 8:4 11:17 15:1
wants 3:2
Watch 6:9,9 7:10,11
water 11:17 11:23,25 12:4
week 13:8
We'll 11:24
We've 10:4
woman 3:1,4,7 3:16,19,22 3:25 4:3,12 4:16,19,23 5:3,6,17,24 6:2,5,6,14 6:17,20 7:7 7:17,20,23 8:12,22 9:5 9:7,10,22 10:6,8,10 10:24 11:3 11:7,11,13 11:20 12:10 12:14,20
work 4:5
wouldn't 14:2
wrecker 15:1

Y

yeah 2:5,8,15 2:18 8:6,7 8:14 9:14 10:20 11:20

1

1 1:8,18 2:4 2:8,10,12 2:16,22 3:8 3:12,17,20

4:9,21,25
5:5 6:7
13:2,7,11
13:16,18,24
14:5,19,24
15:5,12
**102** 1:23

**2**

**2** 1:12,16,23
2:1,6,19,24
3:2,5,10,14
5:11,14,19
5:25 6:4,9
6:15,18,22
7:1,5,10,14
7:18 8:4,11
8:13,16,20
8:23 9:3,16
9:19,24
10:2,7,13
10:17,21
11:1,9,12
11:21 12:1

**3**

**3** 2:9 8:7
10:20 14:20
15:3,8
**3/19/10** 1:3

**4**

**46-year-old**
14:1

**6**

**60-year-old**
5:8

**7**

**7** 1:1