©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (/) negatives.



2556927-2008
PEROVICH, MARIA M
10-30-2007

**Beaumont**

William Beaumont Hospital

# EMERGENCY DEPARTMENT RECORD
## Physician Order Sheet

Date ______ Code Status ______

**Lab**

- ☐ CBC
- ☐ CBC w/ Diff
  - ☐ Lytes
  - ☐ Glucose *Bedside*
  - ☐ BUN
  - ☐ Creat
- ☐ Amylase
- ☐ Lipase
- ☐ AST
- ☐ ALT
- ☐ Alk Phos
- ☐ T/D bili
  - ☐ CPK-MB
  - ☐ Troponin
  - ☐ Myoglobin
- ☐ BNP
- ☐ PT / ☐ INR / ☐ PTT
- ☐ HCG *urine* *serum quant*
- ☒ Urine *cath* *CCMS*
- ☐ Levels
  - ☐ ETOH ☐ Digoxin
  - ☐ Tylenol ☐ Phenytoin
  - ☐ Aspirin ☐
- ☐ D-Dimer
- ☐ Venous pH
- ☐ Beta Hydroxy
- ☐ Urine Drug Screen of Abuse
- ☐ Rhogam Screen
- ☐ Lactate

11/15 ... 1138

**Cultures/Screens**

- ☐ Blood x ______
- ☐ Urine *cath* *CCMS*
- ☐ Sputum
- ☐ Stool
- ☐ C. Diff
- ☐ Cervical
- ☐ GC / Chlamydia
- ☐ NP Swab
- ☐ Strep
- ☐ RSV
- ☐ Influenza
- ☐ ______

**Lab Panels**

- ☐ Basic Metabolic
- ☒ Cardiac
- ☐ Trauma
- ☐ Hepatic
- ☐ Critical Care II
- ☐ Sepsis

**Radiology**

- ☒ CXR *portable* *PA / lat*
- ☐ Spine
- ☐ Cervical *cross table* *complete*
- ☐ Thoracic
- ☐ Lumbar
- ☐ AAS
- ☐ Extremity ______
- ☐ ______

**EKG** **Old EKG**

**Nursing Orders**

- ☐ Cardiac Monitor ☐ NGT
- ☐ Orthostatic VS ☐ Foley
- ☐ Pelvic Exam ☐ Straight Cath
- ☐ Seizure Pre ☐ Bed rest
- ☐ Suicide Pre ☐ BRP w/ Assist
- ☐ Social Work ☐ NPO
- ☐ Gown Patient ☐ PO Fluids
- ☐ May Feed

**CT/Ultrasound**

- ☐ Head CT
- ☐ Chest
- ☐ Abd / Pelvic
  - ☐ *contrast* ☐ *oral* ☐ *IV*
- ☐ Stone Protocol
- ☐ Pelvic US
- ☐ Foley
- ☐ Abd US
- ☐ Doppler of ______
- ☐ Indication ______
- ☐ CT of ______
- ☐ US of ______

**Respiratory**

- ☐ Pulse Ox
- ☐ O2 ______ L via ______
- ☐ Cool Mist
- ☐ Peak Flows
- ☐ Vapo Treatment
- ☐ Albuterol ______ mg
- ☐ Atrovent 0.5mg
- ☐ ABG RA / FIO2 ______

**Physician Orders**

| Time | Orders | Noted |
|---|---|---|
| | ☒ IV lock | |
| | ☐ IV 0.9 NS at ______ | |
| | ☐ Bolus fluid ______ | |
| | volume ______ | |
| | then ______ mL/hr | |
| | ☐ Initial Assessment Physician ______ | |
| | Ativan .5mg IVP | |

☐ See back for additional orders

*PHYSICIAN SIGNATURES*

1 [signature] 2 ______

Time 1125 Time ______

**Panels**

**Basic Metabolic**
- Sodium
- Potassium
- Chloride
- $tCO_2$
- Glucose
- BUN
- Creat
- Calcium

**Cardiac**
- EKG
- CXR
- CBC w / diff
- Glucose
- Lytes
- BUN
- Creat
- CK
- Myoglobin
- Troponin
- PT / PTT

**Trauma**
- HcG (females)
- AP Pelvis
- Cross Table C-Spine
- AP Chest
- CBC w/ diff
- Type & Screen
- Glucose
- Lytes
- BUN
- Creat
- UA w/ micro

**Hepatic**
- Albumin
- Total Protein
- AST
- ALT
- Alk. Phosphatase
- Bilirubin total & direct

**Critical Care II**
- Sodium
- Potassium
- Chloride
- Blood Gases
- Ionized Calcium
- Hemoglobin

**Sepsis**
- CBC w/ diff
- Lytes
- Glucose
- BUN
- Creat
- UA w/ micro
- BC x I
- CXR
- Lactate

| Time | Orders | Noted |
|---|---|---|
| | | |

©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

18

**Beaumont**

William Beaumont Hospital

# EMERGENCY NURSING RECORD
## Chest Pain Complaints

2556927-2008
PEROVICH, MARIA M
10-30-2007

TIME TO ROOM: 1100 ROOM: 217

Date ____ Code Status ____

**TRIAGE** TIME 1020 ESI I II III (IV) V /AC

NAME: PEROVICH, MARIA

D.O.B.: 5.27.48 AGE: 59 (M) / F

ARRIVAL MODE: Acar (EMS) police

PCP: none Dr. Rivera Goldberg

Primary Language Spoken: English Spanish other

Communication Needs: Interpreter
speech / hearing / cognitive

TREATMENT PTA see EMS report
$O_2$ Acck 233 IV ____ gauge 22g site (R) hand amount
12 lead done ____ meds given

**VITALS** Weight 240 lb kg
BP 178/87 P 107 RR 20 temp 36.7 O R Ax
$SaO_2$ 100% (RA) / $O_2$ GCS 15

**PAIN LEVEL** 6 /10 location Back pain.

**CHIEF COMPLAINT** CP + DIB after verbal
onset altercation w/ police
Symptoms resolved in route per EMS
nausea / vomiting x ____ shortness of breath ____
weakness ____ R/O diaphoretic ____

**quality:** pressure, tightness, indigestion, burning, dull / aching, sharp / stabbing, "pain", "numbness", "like prior MI"

anxiety attack

**location of pain:**

radiation (show radiation: →)

**ALLERGIES** NKDA
drug - PCN / ASA / sulfa / latex / codeine / iodine

**MEDS** none (see med list) coumadin ____ Toprol
nitro SL metformin, januvia
Plavix Prandin, L thyroxine, crestor
ASA Xanax, spironolactone
Immunizations: UTD needs further evaluation
tetanus ____ flu ____

**PAST MEDICAL HX** negative ^TB exposure / symptoms
MI / CVD / (HTN) / asthma / renal failure / CA type
(diabetes: Type I (Type 2)) Thyroid
Back pain
Anxiety
family history of heart disease ____
(past surgeries) none Back
↑ chol.
poor historian

**LNMP** N/A G ____ P ____ Ab ____ pregnant / postmenop / hyst

☐ Meets criteria for advance treatment protocols

Triage RN Signature [signature] /38138

**INITIAL ASSESSMENT** TIME: ____

**GENERAL APPEARANCE**
✓ no acute distress / (mild) / moderate / severe distress
✓ alert ✓ (anxious) / decreased LOC

**FALL RISK** ☐ YES ☐ NO

**^FUNCTIONAL / NUTRITIONAL ASSESSMENT**
✓ independent ADL __assisted / total care
✓ appears well nourished / hydrated __obese / malnourished __recent weight loss / gain

**SOCIAL HX**
smoker ____ ppd drugs / alcohol
Alcohol Use: (One standard drink equals: 12 ounces of beer, 4 ounces of wine, or 1 ounce of hard liquor)
How many drinks containing alcohol do you have on a typical day when you are drinking? less than 1 1-2 / day 3-4 / day 5-6 / day* 7-9 / day* more than 10 / day*
How often do you drink 4 or more (if female) or 6 or more (if male) drinks on one occasion? (binge drinking) never less than once / month more than once / month* more than once / weekly* daily*
When did you have your last drink of alcohol?
Date ____ Time of last drink if within 24 hrs ____
#of drinks within the last 24 hours ____
^has been physically hurt or threatened by someone close ____
physical / behavioral / historical indicators of abuse, neglect, or
Is anyone misusing your money, food, housing, or not allowing you to obtain healthcare?
☐ Requires further assessment

**RESPIRATORY**
✓ no resp distress __mild / moderate / severe distress
✓ nml breath sounds __wheezing / rales / rhonchi
✓ chest non-tender __decreased breath sounds
__retractions / splinting
__accessory muscle use
__JVD

**CVS**
✓ regular rate __tachycardia / bradycardia
✓ pulses strong __pulse deficit
✓ cap refill less than 2 sec __cap refill greater than 2 sec
✓ skin warm & dry __cool / diaphoretic
__pale / cyanotic / mottled

**NEURO**
✓ oriented x 3 __disoriented to person / place / time
__confused
__weakness / sensory loss

**EXTREMITIES**
✓ non-tender __calf tenderness
__moves all extremities ✓ limited ROM (R) leg, not new
✓ no pedal edema __pedal edema

**ABDOMEN**
✓ nml inspection __tenderness / guarding / rebound
✓ soft, non-tender __rigid / distended
✓ bowel sounds nml __bowel sounds hyper hypo absent

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| 1110 | ID band applied | ID band verified | [initials] |
| | (disrobed / gowned) | blanket provided | |
| | side rails up x1, x2 | | |

Assessment RN Signature [signature]

^ protocol available

**ACTIONS**

| TIME | | INIT |
|---|---|---|
| 1117 | (cardiac monitor) | JT |
| | pulse oximeter $O_2$ ____ L via | |
| | Accu-Chek | |
| | ready for Dr eval. notified doctor / seen by Dr | |
| | restraints see documentation | |
| | CRITICAL LAB VALUES | |
| | ECP NOTIFIED | |
| | | |
| | | |

**IV STARTS**

| TIME | # | site | gauge | attempts | complications | INIT |
|---|---|---|---|---|---|---|
| | | Per EMS | | | | |

☐ See MAR for medication administration

**PROCEDURES**

| TIME | | INIT |
|---|---|---|
| | 12-lead EKG performed notified | |
| | repeat EKG done x | |
| | echocardiogram | |
| | V/Q duplex U / S | |
| | bronchodilator treatment nebulizer | |
| | x 1 | |
| | x 2 | |
| | x 3 | |
| | Foley fr. mL return | |
| 1200 | (lab drawn / sent) (by ED tech) / nurse / lab | OW |
| 1200 | (to Xray) w/ monitor / nurse / $O_2$ / tech transport | AW |
| | return to room | |
| | to CT w/ monitor / nurse / $O_2$ / tech | |
| | return to room | |
| | to cath lab w/ monitor / nurse / $O_2$ / tech | |
| | return to room | |
| | | |

**VITAL SIGNS**

| TIME | BP | P | RR | T | $SaO_2$ | Rhythm | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| 1130 | 175/109 | 110 | 18 | | | | 8/10 | | AW |
| 1430 | 164/99 | 102 | 18 | 98.R | | | 0/10 | | KA |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |

Chest Pain Complaints - 18

**ADDITIONAL NOTES**

1150 - pt denies any CP or SOB @ this time. IV inf. KJohansen

Time____ orders completed, results returned, awaiting physician review

**VITALS**

BP____ / ____ P ____ RR ____ temp ____ O R Ax
$SaO_2$ ____ GCS ____

**RE-EVALUATION**

**INTAKE**____ **OUTPUT**____

__IV / saline lock discontinued: Total Amt Infused ____
Time____ Initials____

**PROPERTY TO:**

__patient __family __security __safe __see patient belongings list

**DISPOSITION**

✓ **discharged** (home) police nursing home ME funeral home
✓ verbal / written instructions / RX given to: patient
✓ verbalized understanding
__^learning barriers addressed
✓ accompanied by / driver son

__**admitted / transferred** to ____
__with nurse / transporter __on O2 __cardiac monitor
__report to____ time ____
__transfer documentation completed
__notified family / police / ME ____
__**left AMA / LWBS** signed AMA sheet refused ____
__physician notified of: ____

**Discharge Vitals**
BP____ HR ____ Sel W Temp____ $SaO_2$____
__**pain level at discharge** ____/10

**CONDITION**

__unchanged ✓ improved __stable __other____
Depart Time 1430 Mode: walk crutches W/C stretcher ambulance

Discharge Signature KJohansen
☒ Continuation Sheet

| SIGNATURE | INITIAL |
|---|---|
| JT NCO 38051 | JT |
| Omar Williams | OW |
| KJohansen | |
| | |

^ protocol available

PAGE

**Beaumont®**
William Beaumont Hospital
Troy

2556927-2008
PEROVICH, MARIA M
10-30-2007

AC
H

# MEDICATION ADMINISTRATION RECORD - EMERGENCY CENTER / FIRST 24 HOUR ADMISSION

NURSE REVIEW (SIGNATURE) | INITIALS

ALLERGIES

10-30-07

| DATE | ROUTE | MEDICATION | | 2400-0759 | 0800-1559 | 1600-2359 |
|---|---|---|---|---|---|---|
| 10-30-07 | IV | Ativan 0.5mg slow IVP | KQ | | 12/45 KQ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | ☐ IV ☐ IVPB and ☐ Gravity ☐ Pump | @ | | | | |
| | ☐ IV ☐ IVPB and ☐ Gravity ☐ Pump | @ | | | | |
| | ☐ IV ☐ IVPB and ☐ Gravity ☐ Pump | @ | | | | |
| | ☐ IV ☐ IVPB and ☐ Gravity ☐ Pump | @ | | | | |

| NAME & PROFESSIONAL DESIGNATION | INITIALS | SHIFT | NAME & PROFESSIONAL DESIGNATION | INITIALS | SHIFT | NAME & PROFESSIONAL DESIGNATION | INITIALS | SHIFT |
|---|---|---|---|---|---|---|---|---|
| | | | K [signature] | KQP | | | | |
| | | | | | | | | |
| | | | | | | | | |

**INJECTION SITE CODES**
A - LEFT DORSOGLUTEAL
B - RIGHT DORSOGLUTEAL
C - LEFT VENTROGLUTEAL
D - RIGHT VENTROGLUTEAL
E - LEFT THIGH
F - RIGHT THIGH
G - LEFT ARM
H - RIGHT ARM
I - LEFT ABDOMEN
J - RIGHT ABDOMEN

3819 AUG 06 OS8

MEDICAL RECORD

Chart Review Copy - Duplicate Printout
Requested by: Ayers,Cynthia at: 04/07/09 1410
William Beaumont Hospital - Troy
ECP Dictation

| Patient Name | DOB:05/27/1948 | Patient No. | FC | Room No. | Event Date |
|---|---|---|---|---|---|
| Perovich,Maria M | | 25569272008 | | EP | 10/30/07 |



ALEIDA M RIVERA M.D.
43956 MOUND RD
STERLING HEIGHTS MI 48314

REPORT

William Beaumont Hospital

PATIENT NAME: PEROVICH, MARIA M
DATE AND TIME OF ED REG: 10/30/2007 10:29AM
MEDICAL RECORD NUM: 2556927
CHART NUM: 25569272008 DATE AND TIME OF ED EXAM: 10/30/2007 11:25AM
AGE: 59y
RACE:
SEX: F
PATIENT DOB: 05/27/1948
FINAL IMPRESSION(S)/DIAGNOSES:
Shortness of breath, resolved.
HISTORY:

CHIEF COMPLAINT(S):
Chest pain and shortness of breath.
HISTORY OF PRESENT ILLNESS:
The patient is a 59-year-old woman who states that she experienced shortness of breath and some anterior chest pain while involved in an altercation with police. She states that the police came to her home looking for her son and in her opinion they were rude to her. She states that she feels much better now. She states that the chest pain lasted for several minutes. She states no recent cough, cold or fever.
REVIEW OF SYSTEMS:

All systems reviewed and negative except as noted elsewhere in chart.
PAST MEDICAL, FAMILY, AND/OR SOCIAL HISTORY:

PAST MEDICAL HISTORY: Significant for hypertension, diabetes, thyroid problems, back problems, anxiety disorder and high cholesterol.
ALLERGIES: SULFA.
CURRENT MEDICATIONS: See list.

Physician Signature
Dean L Dalbec M.D.

| Typed By | Date | Name of Report | Complete |
|---|---|---|---|
| | D:10/30/07<br>T:<br>T: | ECP Dictation | |

Chart Review Copy - Duplicate Printout
Requested by: Kotcher,Donna at: 11/15/07 1627
William Beaumont Hospital - Troy
ECP Dictation

| Patient Name | DOB:05/27/1948 | Patient No. | FC | Room No. | Event Date |
|---|---|---|---|---|---|
| Perovich,Maria M | | 25569272008 | | EP | 10/30/07 |



FAMILY HISTORY: Positive for heart disease.
SOCIAL HISTORY: Denies any alcohol or tobacco use.
EXAMINATION OF ORGAN SYSTEMS/BODY AREAS:

CONSTITUTIONAL: Blood pressure 178/87, heart rate of 107, respirations 20 and unlabored, afebrile. Note, the patient is somewhat anxious, however, does not appear to be in any acute distress.
EYES: Conjunctivae and lids are normal.
EARS, NOSE, MOUTH AND THROAT: The pharynx is negative.
NECK: Supple, nontender without masses.
RESPIRATORY: Lungs are clear bilaterally.
CARDIOVASCULAR: Cor S1, S2. No murmur. Distal pulses are appropriate and symmetric.
GASTROINTESTINAL: Abdomen is soft and nontender. There are no masses or organomegaly.
LYMPHATIC: No remarkable neck or groin nodes.
MUSCULOSKELETAL: No peripheral edema.
SKIN: Warm and dry without lesions.
NEUROLOGIC EXAM: Showed no focal motor or sensory deficits.
MEDICAL DECISION MAKING:

COURSE IN THE ED WITH INTERPRETATION/REVIEW OF DIAGNOSTIC STUDIES:
EKG is obtained and is interpreted by me and shows no acute ischemic changes.
Chest x-ray is interpreted by me and is negative for infiltrate or signs of CHF.
The patient was given Ativan 0.5 mg IV push.
Routine labs and cardiac enzymes are normal and the patient states she is feeling much better at the time of disposition.
DISPOSITION:
Discharged home in satisfactory condition with instructions to follow up with PMD.

DALBEC, M.D., DEAN DICTATION DATE/TIME (EST): 10/30/2007 14:18PM
TRANSCRIPTION DATE/TIME(CST):
10/30/2007 13:38:34 By JOHNSONT

Physician Signature
Dean L Dalbec M.D.

| Typed By | Date | Name of Report | Complete |
|---|---|---|---|
| | D:10/30/07<br>T:<br>T: | ECP Dictation | |

Perovich, Maria  ID:2556927  30-OCT-2007 10:35:56  WBH ECG

27-MAY-1948 (59 yr)
Female Unknown

Room:217 EC
Loc:201

| | | |
|---|---|---|
| Vent. rate | 102 | BPM |
| PR interval | 138 | ms |
| QRS duration | 100 | ms |
| QT/QTc | 376/490 | ms |
| P-R-T axes | 44 28 | 7 |

Sinus tachycardia
Moderate voltage criteria for LVH, may be normal variant
Inferior infarct , age undetermined
Abnormal ECG
When compared with ECG of 20-APR-2004 06:28,
Manual comparison required for analog tracing
Confirmed by Cieszkowski MD, John (25) on 10/30/2007 7:35:08 PM

Technician: 22987
Test ind:

STAT?:Yes  TROY 25:  Referred by:  Confirmed By: John Cieszkowski MD




25mm/s 10mm/mV 150Hz 7.0.2 12SL 237 CID: 25

EID:25 EDT: 19:35 30-OCT-2007 ORDER: 207181075 ACCOUNT: 25569272008

Chart Review Copy - Duplicate Printout
Requested By: Ayers, C at 04/07/09 1410
William Beaumont Hospital - Troy
Diagnostic Radiology

| Patient Name | DOB: 05/27/48 | Patient No. | FC | Room No. | Exam Date |
|---|---|---|---|---|---|
| Perovich,Maria M | | 25569272008 | | EP | 10/30/07 1216 |

Page 1 of 1

** DEAN L DALBEC , REQUESTOR
44201 DEQUINDRE
TROY MI 48085

ALEIDA M RIVERA M.D.
43956 MOUND RD
STERLING HEIGHTS MI 48314

Chest:

PA and lateral views were obtained for pain. Correlation is made with 4/26/2006.

The lungs are clear. Cardiomediastinal silhouette and pulmonary vasculature appear normal.

Impression:

No active pulmonary disease.

House Officer

Radiologist
Stephan John Loginsky, M.D.
HDS

Typed By
SJL/

Date
D: 10/30/07
T:
T:

Name of Report
XRY Chest

Complete

Beaumont®
William Beaumont Hospital

# EMERGENCY CENTER - PRE-HOSPITAL INFORMATION

Alpha 31

ROYAL OAK FAX (248) 551-3704
TROY FAX (248) 828-5068

| PATIENT NAME | GENDER ☐ Male ☒ Female |
|---|---|
| PERSONAL PHYSICIAN | AGE 59 |
| DATE 10/30/07 | TIME 1004 ☐ AM ☐ PM |
| NAME OF REQUESTOR/CALLER | PHONE NUMBER |
| SIGNATURE OF PERSON TAKING / SENDING MESSAGE / ID# 7-10 mi | |

| Reason Being Sent: | Past Medical History: |
|---|---|
| Anxiety attack p̄ confronted by PD | |
| vitals stable | |

Admit: ☐ No ☐ Yes To Whom: ______

Consult Dr. ______ Service: ______

Consult Dr. ______ Service: ______

| Tests Requested: | Current Meds: | Dose | Freq |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| TX Completed PTA: | | | |
| | | | |
| | | | |
| | | | |
| | | | |

8030A NOV 01 OS6

STERLING HEIGHTS FIRE

# STREET SHEET

(circled) 5-9

E.T.A. ______
HOSP. BTR
TRANS. 34

PRIORITY 1 2 3 4
AGE: 6 27 48 M (F) W.T. ______
FAMILY PHYSICIAN ______
CHIEF COMP. SOB

NAME MARIA YEROVICH
ADD. 43153 PENNY
CITY/ST/ZIP ______
PHONE 586 884 6084

ONSET/DUR. ______ DISTRESS ______ MOI ______
HISTORY BACK SURGERY, DIABETES, CARDIAC, TYROID
MEDS TOPROL METFORMIN PRANDIN JANUVIA L THYROXINE CRESTOR SPIRONOLACTONE ALPRAZOLAM
ALLERGIES SULFA

| TIME | 0950 | | | TIME | | |
|---|---|---|---|---|---|---|
| L.O.C. | A&O X3 | | | SKIN | WAD | |
| B/P | 240/140 | | | TEMP | | |
| PULSE | 153 | 140 | | NEURO | | |
| RESP. | 24 | | | ABD. | | |
| LUNGS | CLEAR | | | N/V | | |
| PUPILS | PERL | | | EDEMA | | |

| EYES OPEN | CODED VALUE |
|---|---|
| Spontaneous | 4 |
| To Sound | 3 |
| To Pain | 2 |
| None | 1 |
| **BEST VERBAL RESPONSE** | |
| Oriented | 5 |
| Confused | 4 |
| Inappropriate | 3 |
| Incomprehensible | 2 |
| None | 1 |
| **BEST MOTOR RESPONSE** | |
| Obeys commands | 6 |
| Localizes pain | 5 |
| Withdraws (pain) | 4 |
| Flexion (pain) | 3 |
| Extension (pain) | 2 |
| None | 1 |

DEXI 1 233 2 ___ PULSE OX: RA 99 02 ___ GCS ___
EKG ST

TREATMENT
02 NC 4 LPM
HEMO/FRACTURE ______
I.V. TIME 0955 SOL NS LOC L HAND SIZE 20 MEDIC JCYB

MED TIME ___ DRUG ___ DOSE ___ ROUTE ___ MEDIC ___

Comments: ______

F.D. #84-A

Case 2:09-cv-12192-PJD-VMM Document 27-9 Filed 09/21/10 Page 12 of 14

William Beaumont Hospital
44201 Dequindre Road
Troy, MI 48085
(248) 964-5111

# EXITCARE® PATIENT INFORMATION

Patient Name: Maria Perovich - DOB: 5/27/1948
Patient ID: (ID# 2556927)
Responsible Adult:
The named patient and/or responsible adult has received the following instruction set(s):

Login ID:
User Name:

---

**Shortness of Breath ID# 1650**

Attending Caregiver(s): Dean Dalbec, MD
Follow-Up Caregiver(s):
At what oral temperature should the patient return to this location or see their caregiver?:
Additional Notes to bottom of Discharge Instruction?: Return for worsening symptoms or new problems.

**Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.**

Maria M. Perovich — 10-30-07 1420

Patient or Guardian Signature — Date/Time — Witnessed & Instructed by — Date/Time

Copyright ©2007 MedQuest, LLC

Beaumont
William Beaumont Hospital

# GENERAL CONSENT TO TREATMENT

Patient's Name: PEROVICH, MARIA M

Date of Birth: 05/27/48 Hospital ID Number: 2556927-2008

1. **Consent:** I request and authorize medical or surgical treatment as may be deemed necessary and appropriate by the physician and his/her designees and assistants participating in my care. This care may include: diagnostic; radiology and laboratory procedures; blood transfusions; anesthesia; therapeutic procedures; drugs; and medical; nursing and hospital care.

2. **Release of Information:** I authorize William Beaumont Hospital to release pertinent information and/or copies of medical records for treatment, payment or health care operations purposes. I understand such information may include Human Immunodeficiency Virus (HIV), AIDS Related Complex (ARC), Acquired Immunodeficiency Syndrome (AIDS), Hepatitis, substance abuse, psychiatric/psychological services records, and social work records, if any. See Notice of Privacy Practices for further information.

3. **Human Immunodeficiency Virus (HIV) and Hepatitis B/C Testing:** I understand and agree that, in accordance with State law, an HIV, HBV or HCV test may be performed upon me in the event a health care worker sustains a significant exposure to my blood or body fluids. The results of any test will be treated confidentially.

4. **Testing and Disposal of Specimens and Tissues:** I authorize William Beaumont Hospital to retain, preserve, or use for research, scientific or teaching purposes, or to dispose of any specimen or tissue remaining after completion of a clinical procedure or treatment.

5. **Infant Care:** If I am admitted for the purpose of giving birth, I authorize all appropriate infant care and treatment. I further authorize the taking of baby pictures for purchase by me, if desired.

6. **Valuables:** I release William Beaumont Hospital from responsibility for all personal articles which I have with me during the time I am a patient at the Hospital. I understand that the Hospital is not responsible for clothing, eyeglasses, dentures, jewelry, money or other personal articles of value kept in my possession or in my room while a patient in the Hospital. I understand that personal valuables must be deposited with the Hospital in order for the Hospital to assume any responsibility for their safekeeping.

7. **Payment:** I assign and authorize payment from my insurance company directly to William Beaumont Hospital/Beaumont Professional Services for any and all services rendered. I agree to pay, at the time of discharge or on an interim basis (agreed upon by the hospital), all charges not covered by my insurance company. I understand that it is my primary responsibility to pay the Hospital all charges for services rendered irrespective of any disputes or disagreements between myself and insurance companies. If I receive anesthesia/pain management services, I assign and authorize payment from my insurance company for anesthesiologist services to South Oakland Anesthesia Associates, P.C., or will pay directly for any amount not covered.

8. **No Guarantees:** I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees or promises have been made to me as to the results of the care and treatment which I have hereby authorized.

**I have read this form or it has been read to me and I am satisfied that I understand its contents. I further understand that this consent will be deemed continuing and I am free to withdraw my consent at any time.**

10/30/07 Maria M. Perovich

*Date* *Signature of patient/parent (if patient is a minor)/legal guardian/patient advocate/closest relative (if patient is unable to consent)*

[signature]

*Signature of Witness* *Please indicate relationship*

## ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

I received a copy of the Notice of Privacy Practices.

*Patient or Representative Signature* *Date*

Acknowledgement of receipt of Notice of Privacy Practice was not obtained because ________

*Hospital Representative* *Date*

## RELEASE BY PATIENT LEAVING AGAINST MEDICAL ADVICE

This is to certify that I, ________, a patient in WILLIAM BEAUMONT HOSPITAL, am leaving the hospital against the advice of the attending physician and hospital administration. I acknowledge that I have been advised of the risks involved. I release the attending physician and the hospital from all responsibility for any ill effects which may result from such an act.

*Signature of Witness*

*Signature of Patient (if patient is a minor, or mentally, incompetent, signature of legal guardian or closest relative is necessary.)*

*Date*

Beaumont
William Beaumont Hospital

# EMERGENCY CENTER RECORD - TROY

PATIENT: PEROVICH, MARIA M
43153 PENNY DR
STERLING HEIGHTS, MI 48314
DAY / NIGHT (586)884-6084

RELIGION: Orth | SEX: F | MS: D | VIP | EMP. | RACE | INIT. | AGE: 59Y | DATE OF BIRTH: 05/27/1948 | PATIENT NUMBER: 2556927-2008

EMPLOYER: FORD MOTOR CO.
1 American Road
Dearborn, MI 48126

VISIT TYPE: EP | DIV. NO.: TR | SOC. SEC. NUMBER: XXX-XX-0082
VISIT DATE: 10/30/07 | VISIT TIME: 1029 | TRIAGE

NEXT OF KIN: Gojcaj,Victor
Son (586)884-6084

ER: No,Other

PRIMARY CARE PHYSICIAN: RIVERA, ALEIDA M

BROUGHT IN BY: Ambulance - Universal Ambulanc

F/C | PRO CODE | ACCIDENT DATE | ACC CODE | TOS | MEDICAL RECORD TIME

INSURANCE

PEROVICH,MARIA M
08/01/2006
FORD MOTOR CO.
1 American Road
Dearborn, MI 48126
BCBS
/ BLUE PREFERRED PLUS /
87961 / FMR921136451

PO BOX 166
DETROIT, MI 48231-0166

PEROVICH,MARIA M
09/01/1992
FORD MOTOR CO.
1 American Road
Dearborn, MI 48126
MEDICARE
/ HOSPITAL ONLY (PART A) /
/ 371600082A

PO BOX 5555
MARION, IL 62959

____ I am unable to obtain a history from this patient or another source because of: (age, patients condition, language barrier)
____ I have reviewed old records and past medical history as a part of this evaluation.
____ I have reviewed nursing notes as a part of this evaluation.

**Review of Systems**
- Constitutional: *weakness fatigue stress fever anorexia*
- Neurologic: *headache syncope confusion dizzy*
- Respiratory: *dypsnea PND orthopnea cough wheezing sputum*
- Cardiac: chest pain palpitations
- GI: *nausea vomiting diarrhea melena hematochezia*
- ENT: *throat pain ear pain tinnitus hearing loss*
- Musculoskeletal: *back pain extremity pain swelling*
- Genitourinary: *frequency dysuria nocturia*
- Skin: *diaphoresis rash*
- Eyes: *pain vision loss tearing glasses*
- Endocrine: *heat/cold intolerance polydypsia*

____ All other systems negative except as marked.
____ Social History: Marital Status: ☐ S ☐ M ☐ W ☐ D
Smoking History: ☐ Y ☐ N
ETOH: ☐ Y ☐ N

**Past Medical History**
____ Medications: See nurses notes.
____ Allergies: See nurses notes.

**Procedures**
I have personally supervised or performed the following procedures:
____ CPR ____ LP ____ Intubation ____ Chest Tube ____ Other

**Critical Care**
____ minutes were personally spent in critical care services, independent of procedures, teaching, or services provided by the resident managing this patient. These services were provided to address clinical conditions that could result in sudden, clinically significant or life threatening deterioration of the patients condition. These interventions include care spent at the bedside, analysis of the test results, conversations with the caregivers, and time spent with family members when the patient is unable or clinically incompetent to give a medical history. Please refer to the chart for additional details. The following organ system conditions were impaired:
☐ Cardiac ☐ CNS ☐ Hepatic ☐ Metabolic
☐ Renal ☐ Respiratory ☐ Sepsis ☐ Other

The patient response to treatment was:
☐ Improved ☐ Worse ☐ No Change

**Rhythm Strip Interpretation**
Reason: ____ Rate: ____ Rhythm: ____ Impression: ____

**Pulse Oximetry**
Reason: ____ Tachypnea ____ Other Result: ____
Impression: ____ NL ____ Hypoxemia

PHYSICIAN EVALUATION

[handwritten] 1420

____ Troy Teaching (Faculty Note). I personally saw and evaluated this patient, performed the key elements of the history, physical examination and have discussed them and the plan of care with the resident as reflected on the Emergency Center chart. Please see the resident note for details. Exceptions and clarifications are listed below: Time Seen ____

BAR CODE
25569272008
PEROVICH, MARIA M

E.C. PHYSICIAN SIGNATURE | DICTATION TIME

DIAGNOSIS
ICD-9 CODE | DESCRIPTION: [handwritten] DIB - resolved.

EXP. CODE | RESIDENT SIGNATURE | TIME

PHYS .EVAL. TIME: [handwritten] 1125 | DISCHARGE TIME:

DISCHARGE STATUS: ☒ Satisfactory ☐ Improved ☐ No Change

Referral/Phone Calls
ATTENDING PHYSICIAN | TIME
SERVICE | TIME
SERVICE | TIME
SERVICE | TIME

PROCEDURES
CODE

Adm. Room & Time:

DISCHARGE SIGNATURE