©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Beaumont**®

William Beaumont Hospital

# EMERGENCY DEPARTMENT RECORD

## Physician Order Sheet

2556927-2014
PEROVICH, MARIA M
12-20-2007

Date______ Code Status______

### Lab

☐ CBC
☐ CBC w/ Diff
☐ Lytes
☐ Glucose Bedside
☐ BUN
☐ Creat
☐ Amylase
☐ Lipase
☐ AST
☐ ALT
☐ Alk Phos
☐ T/D bili
☐ CPK-MB
☐ Troponin
☐ Myoglobin
☐ BNP
☐ PT / ☐ INR / ☐ PTT
☐ HCG urine serum quant
☐ Urine cath CCMS
☐ Levels
☐ ETOH ☐ Digoxin
☐ Tylenol ☐ Phenytoin
☐ Aspirin ☐ ______
☐ D-Dimer
☐ Venous pH
☐ Beta Hydroxy
☐ Urine Drug Screen of Abuse
☐ Rhogam Screen
☐ Lactate

### EKG (circled) — Old EKG

### Nursing Orders

☒ Cardiac Monitor
☐ NGT
☐ Orthostatic VS
☐ Foley
☐ Pelvic Exam
☐ Straight Cath
☐ Seizure Pre
☐ Bed rest
☐ Suicide Pre
☐ BRP w/ Assist
☐ Social Work
☐ NPO
☐ Gown Patient
☐ PO Fluids
☐ May Feed

### Cultures/Screens

☐ Blood x ______
☐ Urine cath CCMS
☐ Sputum
☐ Stool
☐ C. Diff
☐ Cervical
☐ GC / Chlamydia
☐ NP Swab
☐ Strep
☐ RSV
☐ Influenza
☐ ______

### Lab Panels

☐ Basic Metabolic
☑ Cardiac
☐ Trauma
☐ Hepatic
☐ Critical Care II
☐ Sepsis

called

### Radiology

☑ CXR (portable circled) PA / lat
☐ Spine
☐ Cervical cross table complete
☐ Thoracic
☐ Lumbar
☐ AAS
☐ Extremity
☐

### CT/Ultrasound

☑ Head CT HA
☐ Chest
☐ Abd / Pelvic
☐ contrast ☐ oral ☐ IV
☐ Stone Protocol
☐ Pelvic US
☐ Foley
☐ Abd US
☐ Doppler of ______
☐ Indication ______
☐ CT of ______
☐ US of ______

### Respiratory

☐ Pulse Ox
☑ O2 2 L via NC
☐ Cool Mist
☐ Peak Flows
☐ Vapo Treatment
☐ Albuterol ______ mg
☐ Atrovent 0.5mg
☐ ABG RA / FIO2

### Physician Orders

| Time | Orders | Noted |
|---|---|---|
| | ☐ IV lock | |
| | ☑ IV 0.9 NS at 100 ml/hr | |
| | ☐ Bolus fluid volume ______ then ______ mL/hr | |
| | ☐ Initial Assessment Physician ______ | |
| 0027 | Zofran 4mg IVP | |
| | may repeat x1 | |
| | Dilaudid 0.5mg IVP | |
| | may repeat x1 prn HA | |
| | NTG 16mg / min IV drip | |
| | titrate [illegible] | |
| | per protocol. | |
| | ASA 325 mg PO | |

☐ See back for additional orders

**PHYSICIAN SIGNATURES**

1 [signature] 2______

Time 0028 Time______

**Panels**

**Basic Metabolic**
- Sodium
- Potassium
- Chloride
- $tCO_2$
- Glucose
- BUN
- Creat
- Calcium

**Cardiac**
- EKG
- CXR
- CBC w / diff
- Glucose
- Lytes
- BUN
- Creat
- CK
- Myoglobin
- Troponin
- PT / PTT

**Trauma**
- HcG (females)
- AP Pelvis
- Cross Table C-Spine
- AP Chest
- CBC w/ diff
- Type & Screen
- Glucose
- Lytes
- BUN
- Creat
- UA w/ micro

**Hepatic**
- Albumin
- Total Protein
- AST
- ALT
- Alk. Phosphatase
- *Bilirubin total & direct*

**Critical Care II**
- Sodium
- Potassium
- Chloride
- Blood Gases
- Ionized Calcium
- Hemoglobin

**Sepsis**
- CBC w/ diff
- Lytes
- Glucose
- BUN
- Creat
- UA w/ micro
- BC x I
- CXR
- Lactate

| Time | Orders | Noted |
|---|---|---|
| | | |

©2001-2006 T-System, Inc. Circle or check affirmatives, backslash () negatives.

18

**Beaumont**
William Beaumont Hospital

# EMERGENCY NURSING RECORD
## Chest Pain Complaints

2556927-2014
PEROVICH, MARIA M
12-20-2007

Date 12/20/07 Code Status

**TRIAGE** TIME 2339 ESI I (II) III IV V

NAME: Perovich Maria
D.O.B.: May 27, 1948 AGE: 59 M (F)
ARRIVAL MODE: car (EMS) police
(PCP) none Dr. Rivera
Primary Language Spoken: (English) Spanish other
Communication Needs: Interpreter
speech / hearing / cognitive

TREATMENT PTA see EMS report
$O_2$ Acck 34? IV gauge site amount
12 lead done ST HR 132 meds given

VITALS Weight 109 (kg)
BP 160 / 80 P 108 RR 18 temp 35.8 (O) R Ax
$SaO_2$ 97 (RA) / $O_2$ GCS

PAIN LEVEL 6-7/10 location CP

CHIEF COMPLAINT Mid sternal C.P.
onset 45 min ago / c̄ blurred vision
C.P. not relieved c̄ TNitro
(nausea) (vomiting x) (shortness of breath) weakness diaphoretic
PT was getting ... when she developed C.P.

quality: (pressure) tightness indigestion burning dull / aching sharp / stabbing "pain" "numbness" "like prior MI"

location of pain:

radiation (show radiation: → )

ALLERGIES NKDA
drug - PCN / ASA / (sulfa) latex / codeine / iodine

MEDS none (see med list) coumadin
nitro SL
Plavix
ASA
Immunizations: UTD needs further evaluation
tetanus flu

PAST MEDICAL HX negative ^TB exposure / symptoms
(MI) CVD / HTN / asthma / renal failure / CA type
diabetes: Type I, Type 2, NIDDM
Migrains
family history of heart disease 2 Stents
past surgeries none
poor historian

LNMP G P Ab pregnant / postmenop / hyst

☐ Meets criteria for advance treatment protocols

Triage RN Signature Czoza, RN 3234

TIME TO ROOM: 2400 ROOM: 208

**INITIAL ASSESSMENT** TIME: 0030

**GENERAL APPEARANCE**
no acute distress ✓ (mild) moderate / severe distress
✓ alert anxious / decreased LOC

**FALL RISK** ☒ YES ☐ NO

**^FUNCTIONAL / NUTRITIONAL ASSESSMENT**
independent ADL ✓ (assisted) total care
appears well ✓ (obese) malnourished
nourished / hydrated recent weight loss / gain

**SOCIAL HX**
smoker NO ppd drugs / alcohol NO
Alcohol Use: (One standard drink equals: 12 ounces of beer, 4 ounces of wine, or 1 ounce of hard liquor)
How many drinks containing alcohol do you have on a typical day when you are drinking? less than 1 1-2 / day 3-4 / day 5-6 / day* 7-9 / day* more than 10 / day*
How often do you drink 4 or more (if female) or 6 or more (if male) drinks on one occasion? (binge drinking) never less than once / month more than once / month* more than once / weekly* daily*
When did you have your last drink of alcohol?
Date Time of last drink if within 24 hrs
#of drinks within the last 24 hours
^has been physically hurt or threatened by someone close physical / behavioral / historical indicators of abuse, neglect, or Is anyone misusing your money, food, housing, or not allowing you to obtain healthcare?
☐ Requires further assessment

**RESPIRATORY**
✓ no resp distress — mild / moderate / severe distress
✓ nml breath sounds — wheezing / rales / rhonchi
✓ chest non-tender — decreased breath sounds
retractions / splinting
accessory muscle use
JVD

**CVS**
regular rate — ✓ (tachycardia) bradycardia
pulse deficit
✓ pulses strong — cap refill greater than 2 sec
✓ cap refill less than 2 sec — cool / diaphoretic
✓ skin warm & dry — pale / cyanotic / mottled

**NEURO**
✓ oriented x 3 — disoriented to person / place / time
confused
weakness / sensory loss

**EXTREMITIES**
non-tender — calf tenderness
moves all extremities — limited ROM
no pedal edema — pedal edema

**ABDOMEN**
✓ nml inspection — tenderness / guarding / rebound
✓ soft, non-tender — rigid / distended
✓ bowel sounds nml — bowel sounds hyper hypo absent

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| 0030 | (ID band applied) | (ID band verified) | JM |
| | disrobed / (gowned) | blanket provided | |
| | side rails up x1 (x2) | | |

Assessment RN Signature Jasper

^ protocol available

## ACTIONS

| TIME | | INIT |
|---|---|---|
| | cardiac monitor | |
| | pulse oximeter $O_2$ ____ L via | |
| | Accu-Chek | |
| | ready for Dr eval. notified doctor / seen by Dr | |
| | restraints *see documentation* | |
| | CRITICAL LAB VALUES | |
| | ECP NOTIFIED | |
| | | |
| | | |

## IV STARTS

| TIME | # | site | gauge | attempts | complications | INIT |
|---|---|---|---|---|---|---|
| | | | 20g | 1 | | [initials] |

☐ See MAR for medication administration

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| 0100 | 12-lead EKG performed *notified* refusing | [initials] |
| | repeat EKG done x | |
| | echocardiogram | |
| | V/Q duplex U/S | |
| | bronchodilator treatment *nebulizer* | |
| | x 1 | |
| | x 2 | |
| | x 3 | |
| | Foley fr. mL return | |
| | lab drawn / sent by ED tech / nurse / lab | |
| | | |
| | to Xray *w/ monitor / nurse / $O_2$ / tech* | |
| | return to room | |
| | to CT *w/ monitor / nurse / $O_2$ / tech* | |
| | return to room | |
| | to cath lab *w/ monitor / nurse / $O_2$ / tech* | |
| | return to room | |
| | | |

## VITAL SIGNS

| TIME | BP | P | RR | T | $SaO_2$ | Rhythm | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| Refusing | | | | | | U.S.- | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |

Chest Pain Complaints - 18

## ADDITIONAL NOTES

0045 Pt refusing EKG refusing to stay in bed, attempting to ambulate in room c/o active chest pain. Pt is requesting to leave. Dr notified of her decision to leave. Pt [illegible] yelling at staff.

Time ___ orders completed, results returned

awaiting physician review

**VITALS**

BP / P RR temp O R Ax

$SaO_2$ GCS

## RE-EVALUATION

0100 Pt's son took her to the E.D. Pt diaphoretic. Security escorted pt and her son to front. [initials]

**INTAKE** ___ **OUTPUT** ___

__IV / saline lock discontinued: Total Amt Infused __

Time__ __Initials

## PROPERTY TO:

__patient __family __security __safe __see patient belongings list

## DISPOSITION

__**discharged** *home police nursing home ME funeral home*

__verbal / written instructions / RX given to: *patient*

__verbalized understanding

__^learning barriers addressed

__accompanied by / driver

__**admitted / transferred** to

__with nurse / transporter __on O2 __cardiac monitor

__report to __ time

__transfer documentation completed

__notified family / police / ME

**left AMA / LWBS** (circled) *signed AMA sheet* *refused* (circled)

__physician notified of Dr Bishop

**Discharge Vitals** refused

BP____ HR____ RR____ Temp____ $SaO_2$____

__**pain level at discharge** ___/10

## CONDITION

__unchanged __improved __stable __other (circled)

Depart Time 0110 Mode: *walk crutches* W/C (circled) *stretcher ambulance*

*Discharge Signature* [signature]

☐ Continuation Sheet

| SIGNATURE | INITIAL |
|---|---|
| [signature] N0324 | [initials] |
| | |
| | |
| | |

^ protocol available


PEROVICH, MARIA
ID: 2556927
21-Dec-2007 0:01:52
WILLIAM BEAUMONT HOSPITAL
27-May-1948
Female
Room: TRI
Loc: 201
Vent. rate 109 bpm
PR interval 150 ms
QRS duration 104 ms
QT/QTc 364/490 ms
P-R-T axes 54 25 15
Sinus tachycardia
Minimal voltage criteria for LVH, may be normal variant
Cannot rule out Anterior infarct, age undetermined
Abnormal ECG
Technician: 115560
2556927-2014
PEROVICH, MARIA M
12-20-2007
Referred by:
Unconfirmed
STAT?: Yes
TROY 25:
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
40 Hz
25.0 mm/s
10.0 mm/mV
4 by 2.5s + 1 rhythm ld
MAC55 009A
12SL™ v237

Perovich, Maria ID:2556927 30-OCT-2007 10:35:56 WBH ECG-T1RdEC 1ST PREVIOUS

27-MAY-1948 (59 yr)
Female Unknown

Room:217 EC
Loc:201

| | | |
|---|---|---|
| Vent. rate | 102 | BPM |
| PR interval | 138 | ms |
| QRS duration | 100 | ms |
| QT/QTc | 376/490 | ms |
| P-R-T axes | 44 28 | 7 |

Sinus tachycardia
Moderate voltage criteria for LVH, may be normal variant
Inferior infarct , age undetermined
Abnormal ECG
When compared with ECG of 20-APR-2004 06:28,
Manual comparison required for analog tracing
Confirmed by Cieszkowski MD, John (25) on 10/30/2007 7:35:08 PM

Technician: 22987
Test ind:

STAT?:Yes TROY 25: Referred by: Confirmed By: John Cieszkowski MD




25mm/s 10mm/mV 150Hz 7.0.2 12SL 237 CID: 25

EID:25 EDT: 19:35 30-OCT-2007 ORDER: 207181075 ACCOUNT: 25569272008

**Beaumont**
William Beaumont Hospital

# EMERGENCY CENTER - PRE-HOSPITAL INFORMATION

**ROYAL OAK FAX (248) 551-3704**
**TROY FAX (248) 828-5068**

| | |
|---|---|
| PATIENT NAME II | GENDER ☐ Male ☒ Female |
| PERSONAL PHYSICIAN | AGE 59 |
| DATE / / | TIME : ☐ AM ☐ PM |
| NAME OF REQUESTOR/CALLER 0329 | PHONE NUMBER |
| SIGNATURE OF PERSON TAKING / SENDING MESSAGE / ID | |

| Reason Being Sent: CP x 30min 4/5 pain | Past Medical History: |
|---|---|
| midsternal | |
| HA | 190/110 |
| c̄ nausea. | 132 |
| | ST. |
| | bld-sugar 347 |
| | |
| | ASA given |
| | Nitro is not given yet |

Admit: ☐ No ☐ Yes To Whom: ______

Consult Dr. ______ Service: ______

Consult Dr. ______ Service: ______

| Tests Requested: | Current Meds: | Dose | Freq |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| TX Completed PTA: | | | |
| | | | |
| | | | |
| | | | |
| | | | |

8030A NOV 01 OS6