

-----Inline Attachment Follows-----





RIGHT HAND

http://68.142.200.12/us.f459.mail.yahoo.com/ya/securedownload?fid=Inbox&mid=1_4141_... 3/4/2008

Page 1 of 1



RIGHT ARM

http://68.142.200.12/us.f459.mail.yahoo.com/ya/securedownload?fid=Inbox&mid=1_4606_...   3/4/2008

Page 1 of 1



http://68.142.200.12/us.f459.mail.yahoo.com/ya/securedownload?fid=Inbox&mid=1_2286_... 3/4/2008

Page 1 of 1





http://68.142.200.12/us.f459.mail.yahoo.com/ya/securedownload?fid=Inbox&mid=1_899_... 3/4/2008

Page 1 of 1

