UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-12192

THE ESTATE OF MARIA PEROVICH, VICTOR GOJCAJ,

Plaintiff,

-v-

STERLING HEIGHTS POLICE OFFICER ANTOINETTE FETT, ET.AL,

Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE

Plaintiffs having filed a Motion to Extend Time to File Response to Defendants' Motion for Summary Judgment; now therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Motion to Extend Time to File Response to Defendants' Motion is granted. Plaintiffs' response filed September 21, 2010 is deemed timely.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager