UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

THE ESTATE OF MARIA PEROVICH,
VICTOR GOJCAJ,

    Plaintiffs,

v                                                                                             Case No. 2:09-cv-12192-PJD-VMM
                                                                                        Hon. Patrick J. Duggan

STERLING HEIGHTS POLICE OFFICER
ANTOINETTE FETT, STERLING HEIGHTS
SERGEANT DAVID CATTANEO, STERLING
HEIGHTS POLICE OFFICER AARON BURGESS
AND CLINTON TOWNSHIP POLICE DETECTIVE
LEO MELISE,

    Defendants.

_____/

| LAW OFFICES OF PATRICK J. MCQUEENEY | O'REILLY RANCILIO P.C. |
|---|---|
| Patrick J. McQueeney (P45797) | Jeffrey A. Bahorski (P41731) |
| Attorneys for Plaintiffs | Marc D. Kaszubski (P60333) |
| 33830 Harper Avenue | Attorneys for Defendants |
| Clinton Township, MI 48035 | Sterling Heights Police Officer Antoinette Fett, |
| (586) 774-6363 | Sterling Heights Sergeant David Cattaneo and |
| Fax: (586) 415-1210 | Sterling Heights Police |
|  | Officer Aaron Burgess |
|  | 12900 Hall Road, Suite 350 |
|  | Sterling Heights, MI 48313 |
|  | (586) 726-1000 |
|  | Fax: (586) 726-1560 |

_____/

**STIPULATION AND ORDER OF DISMISSAL**
**WITH PREJUDICE AND**
**WITHOUT COSTS TO ANY PARTY**

NOW COME the above-named parties, by and through their respective counsel, and hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice and without costs to either party.

| | |
|---|---|
| /s/ Patrick J. McQueeny | /s/ Marc D. Kaszubski |
| Patrick J. McQueeny | Marc D. Kaszubski |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Patrickjmcqueeney@yahoo.com | Sterling Heights Police Officer Antoinette Fett, |
| (P45797) | Sterling Heights Sergeant David Cattaneo and |
| | Sterling Heights Police |
| | Officer Aaron Burgess |
| | mkaszubski@orlaw.com |
| | (P60333) |

## ORDER OF DISMISSAL

The Court having read the attached Stipulation of the parties; and, the Court being fully advised in the premises herein,

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and without costs to either party pursuant to the foregoing Stipulation.

This Order resolves all pending claims and closes the case.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 12, 2010November 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 12, 2010November 12, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

J:\STERLING\Gojcaj v Wemple and Cattaneo\Pleadings\Dismissal Order.doc